# Exhibit 13.2

*Lic. Gonzalo Vadillo Espinosa*

*Notario Público No. 14*

*Cd. del Carmen, Campeche.*

Cd. Del Carmen, Campeche, a 3 de Octubre de 2017.

**PERFORADORA ORO NEGRO, S. DE R.L DE C.V.**
Takin Parque Corporativo 4 ½, Edificio de Oficinas Takin
Avenida Isla de Tris Numero 28, Planta Baja, Km. 5
Entre Avenida Contadores y Boulevard San Miguel,
Fraccionamiento San Miguel, Ciudad del Carmen, Campeche
Código Postal 24157
**Representante Legal.**
Presente:

Asunto: **Se notifica LA TERMINACION ANTICIPADA
DEL ARRENDAMIENTO (CONTRATO 421004806).**

Con fundamento en los artículos 30 treinta, 93 noventa y tres, 94 noventa y cuatro y 95
noventa y cinco, de la Ley del Notariado para el Estado de Campeche, en vigor, le notifico lo
siguiente: Que con esta fecha, el señor Licenciado **EFRAIN SIERRA JUAREZ,** en su carácter de
**Apoderado Legal de "Pemex Perforación y Servicios, Empresa Productiva del Estado,
Subsidiaria de Petróleos Mexicanos";** lo que me ha acreditado en términos del Instrumento
Público número 123,738 ciento veintitrés mil, setecientos treinta y ocho de fecha 22 veintidós
de Noviembre de 2016 dos mil dieciséis, otorgado ante la Fe del Licenciado Eduardo García
Villegas, Titular de la Notaría Pública número quince de la Ciudad de México; solicitó los
servicios del suscrito Notario, a efecto de notificarle(s) en este acto, la TERMINACIÓN
ANTICIPADA DEL ARRENDAMIENTO **(CONTRATO 421004806),** mediante Numero de Oficio
PPS-SOIP-0396-2017 (P P S guion S O I P guion cero tres nueve seis guion cero dos uno siete),
de fecha 2 dos de Octubre de 2017 dos mil diecisiete, emitido por el señor Ingeniero Carlos
Francisco Rangel Hernandez, Gerente de Perforación y Reparación de Pozos Terrestre
actuando como Suplente por Ausencia del Subdirector de Operaciones en Intervenciones a
Pozos, designado con el oficio número PPS-DG-139-2017 (P P S GUION D G GUION UNO TRES
NUEVE GUION DOS CERO UNO SIETE), de fecha 14 catorce de Agosto de 2017 dos mil
diecisiete, emitido por el Suplente por Ausencia del Director General de Pemex Perforación y
Servicios. (ANEXO 3); en el que se señala como asunto: **Se notifica LA TERMINACION
ANTICIPADA DEL ARRENDAMIENTO (CONTRATO 421004806),** constante de 3 tres fojas
útiles tamaño carta escritas solo por su frente.-------------------------------------------------------------
El solicitante, bajo protesta de decir verdad, me ha manifestado la legalidad de los hechos que
me pide notificar y que esto es del amplio conocimiento de la empresa y de su representante
legal, por estar perfectamente enterado del asunto.--------------------------------------------------------
El presente instructivo de notificación consta de una foja útil tamaño oficio escrita por ambos
lados, que contiene una relación sucinta del oficio y documentos que se le notifica y del mismo
agrego copia certificada al Apéndice y Testimonio que de la Escritura resultante de la presente
diligencia se libren. ------------------------------------------------------------------------------------------------
**Asimismo,** para los efectos pertinentes, le instruyo que, de acuerdo con lo que señala la
fracción II del Artículo 94 (noventa y cuatro) de la vigente Ley del Notariado para el Estado de
Campeche, la persona que haya sido destinataria del objeto de la diligencia efectuada, podrá
concurrir a la oficina del suscrito Notario, ubicada en la Calle 34 treinta y cuatro número 211



PPS-SOIP-396-2017

# ANEXO 1

## Dictamen de

## Terminación anticipada

**PEMEX**®
*PERFORACIÓN Y SERVICIOS*

Ciudad del Carmen, Campeche, a 02 de octubre de 2017.

Número de Oficio: PPS-SOIP-  0396  -2017.

Subdirección de Operaciones en Intervenciones a Pozos
Blvd. Adolfo Ruíz Cortines 1202
Edificio Pirámide, Piso 8
Fracc. Oropeza, C.P. 86030
Villahermosa, Tabasco
Tel. (993) 310 62 62 Ext. 2 12 36

**PERFORADORA ORO NEGRO, S. DE R.L. DE C.V.**
Takin Parque Corporativo 4 ½, Edificio de oficinas TAKIN
Av. Isla de Tris No. 28, Planta Baja, Km. 5 entre Av. Contadores y Boulevard San Miguel,
Fraccionamiento San Miguel, Ciudad del Carmen,
Campeche, C.P. 24157.

Javier Barros Sierra # 540 Oficina 103 Park Plaza Torre 1
Col. Santa Fe, Delegación Álvaro Obregón,
México, D.F, CP 01210

Atención: Sr. Olé Aagaard Jensen
oaagaard@oronegro.com

**Asunto:** Notificación de la terminación anticipada del arrendamiento (contrato 421004806).

En términos del (i) contrato de arrendamiento número 421004806 de fecha 27 de enero de 2014 ("CONTRATO"), celebrado entre TODCO MÉXICO, INC (hoy PERFORADORA ORO NEGRO, S. DE R.L. DE C.V.) en adelante "ARRENDADOR" y Pemex Exploración y Producción ("PEP") (hoy Pemex Perforación y Servicios en adelante "PPS o "ARRENDATARIO", cuyo objeto se describe como *"...el ARRENDADOR se obliga a conceder el uso y goce temporal a PEP, de una plataforma de perforación marina tipo Autoelevable cantiliver de patas independientes, denominada "Decus",...",* (ii) las memorandas de entendimiento y convenios que se han celebrado en relación con el "CONTRATO" y (iii) las *DISPOSICIONES ADMINISTRATIVAS DE CONTRATACION EN MATERIA DE ADQUISICIONES, ARRENDAMIENTOS, OBRAS Y SERVICIOS DE LAS ACTIVIDADES SUSTANTIVAS DE CARACTER PRODUCTIVO DE PETROLEOS MEXICANOS Y ORGANISMOS SUBSIDIARIOS* ("DACS") publicadas en el Diario Oficial de la Federación del 6 de enero de 2010 y vigentes en la fecha de celebración del CONTRATO, se le comunica la determinación de PPS de **terminar anticipadamente** el CONTRATO, por lo que en estricto cumplimiento a las obligaciones previstas en la cláusula décima octava, inciso b) se informa:

PREÁMBULO

Los precios internacionales del petróleo están sujetos a la oferta y demanda internacional y fluctúan como consecuencia de  diversos factores que están fuera del control de Petróleos Mexicanos, PEP y PPS.

Esos factores son: competencia dentro del sector del petróleo, disponibilidad de precios y fuentes alternativas de energía, tendencias económicas internacionales, fluctuaciones en el tipo de cambio en las divisas, expectativas de inflación, regulaciones locales y extranjeras, acontecimientos políticos y otros hechos en las principales naciones productoras y consumidoras de petróleo, así como las medidas que adoptan los países exportadores de petróleo entorno a su venta y distribución, entre otros.

Cuando los precios del petróleo disminuyen Petróleos Mexicanos, PEP y PPS, generalmente obtienen menores ingresos y por lo tanto generan un menor flujo de efectivo y menores rendimientos, lo que conlleva a instrumentar las acciones de eficiencia y contención en el gasto, entre otras, renegociando los contratos celebrados con sus proveedores, que le brinden mejores condiciones del mercado.



Página 1 de 3

**PEMEX**®

**PERFORACIÓN Y SERVICIOS**

PPS-SOIP-  0396  -2017

Según información contenida en la Administración de Información Energética de los Estados Unidos de América (*Energy Information Administration*) que compila información estadística para el Departamento de Energía de los Estados Unidos de América, la caída en los precios del crudo a nivel internacional ha impactado a la baja las tarifas internacionales de los contratos relacionados con equipos de perforación a nivel global.

## CONSIDERACIONES

(I)     En el artículo 3, fracción tercera y último párrafo, de las DACS está previsto que durante la ejecución de los contratos, uno de los principios a considerarse es el de la COMPETITIVIDAD, referenciado como las "*condiciones y criterios para promover la competencia entre los interesados y estar en posibilidad de obtener las mejores ofertas del mercado.*"

(II)    Dicho principio ha motivado que las partes renegocien y reduzcan las tarifas del arrendamiento originalmente pactadas.
        Así, las partes lograron concretar una reducción en la tarifa de la renta diaria, mediante el convenio número uno al CONTRATO, que celebraron el 26 de junio de 2015 -en el marco de las acciones instrumentadas, a partir del acuerdo CA-010/2015 del 13 de febrero de 2015 del Consejo de Administración de Petróleos Mexicanos- con el propósito de reducir costos y promover eficiencias, con el propósito de lograr la continuidad de la relación contractual en beneficio del ARRENDADOR.
        El artículo 13 de la Ley de Petróleos Mexicanos, establece que es el Consejo de Administración de Petróleos Mexicanos, quien define la dirección estratégica de las actividades empresariales y económicas de sus empresas productivas subsidiarias (entre otras, las de PEP y PPS).

(III)   Mediante acuerdo CA-013/2016 del 26 de febrero de 2016, el Consejo de Administración de Petróleos Mexicanos: *(I) aprobó el ajuste al presupuesto de Petróleos Mexicanos y sus empresas productivas subsidiarias 2016, por cuando menos una disminución de 100 mil millones de pesos y (II) autorizó que se realice la adecuación al presupuesto del ejercicio fiscal 2016, en virtud del ajuste aprobado derivado de una disminución de los ingresos propios, para cumplir el balance financiero aprobado por el Congreso de la Unión.*
        Igualmente, el Consejo de Administración de Petróleos Mexicanos en el acuerdo CA-019/2016 del 4 de marzo de 2016, para implementar ese ajuste presupuestal, *autorizó a la Administración a negociar y acordar la modificación de los contratos, suspensiones y terminaciones anticipadas.*

        Después de varias negociaciones en las que se procuró privilegiar la continuidad de la relación contractual (en lugar de la terminación anticipada que estaba prevista originalmente), las partes materializaron sus esfuerzos el 14 de noviembre de 2016, con la celebración del convenio modificatorio tres, en la que acordaron una suspensión temporal del arrendamiento sin costo para PPS.

(IV)    Derivado de la situación prevaleciente en el año 2017, con bajos precios del barril de petróleo mexicano y reducción presupuestal, el Consejo de Administración de Petróleos Mexicanos, emitió acuerdo CA-016/2017 del primero de marzo de 2017, autorizando a la Administración a negociar y acordar la modificación de los contratos, suspensiones y terminaciones anticipadas.

        Para ello, Petróleos Mexicanos, PEP y PPS integraron un grupo de trabajo de negociaciones con los ARRENDADORES de equipos de perforación con los cuales existe relación contractual.

        En el caso del ARRENDADOR se han llevado diversas negociaciones desde el mes de marzo de 2017, sin que a la fecha se haya formalizado algún acuerdo.

        Sin embargo con otros arrendadores de equipos de equipos de perforación análogos al del ARRENDADOR, si se han concretado renegociaciones con reducción de las tarifas del arrendamiento originalmente pactadas sin que se establezcan cargas o condicionantes inviables por la aceptación de la tarifa reducida.

### TERMINACIÓN ANTICIPADA POR DETERMINACIÓN DE PPS

En la memoranda de entendimiento celebrada el 5 de enero de 2016, se reconoció que con motivo de la transferencia del CONTRATO, PPS se subrogó en todos los derechos y obligaciones de PEP.
En la cláusula décimo octava (terminación anticipada), inciso b)  del CONTRATO,  las partes acordaron que PPS podría **DETERMINAR LA TERMINACIÓN ANTICIPADA**, lo que en el caso se instrumenta bajo el principio de COMPETITIVIDAD, eficiencia, economía, racionalidad, austeridad y contención en el gasto, ya que se ha logrado obtener una mejor tarifa de



**PEMEX**®

*PERFORACIÓN Y SERVICIOS*

arrendamiento con contrapartes que tienen equipo análogo al del ARRENDADOR, por lo que al no existir un acuerdo entre las partes respecto a la reducción de la tarifa resulta indispensable activar los mecanismos contractuales que permitan a esta Empresa Productiva *estar en posibilidad de obtener las mejores ofertas del mercado* y con ello tornar efectivo el principio de competitividad que rige la ejecución del contrato, de ahí que el ejercicio del derecho de mi representante de terminar anticipadamente la relación contractual que a través del presente se realiza, se encuentre plenamente justificado tal y como se expone en el Dictamen de Justificación de 28 de septiembre de 2017, que se acompaña al presente como ANEXO 1, y el Oficio de Autorización de la Terminación Anticipada que se adjunta al presente como ANEXO 2.

Al actualizarse la terminación anticipada del arrendamiento deberá estarse a lo siguiente:

a.  Los derechos y obligaciones de las partes se mantendrán en pleno vigor durante el plazo de 30 (treinta) días hábiles en cumplimiento a la Cláusula Décima OCTAVA.- TERMINACIÓN ANTICIPADA, inciso (b) del CONTRATO, contados a partir del presente comunicado de Terminación anticipada.

b.  PPS pagará los conceptos que se enlistan en los numerales 1 y 2 del inciso b) de la cláusula décimo octava, así como la INDEMNIZACIÓN tasada que se acordó en el numeral 3 de dicho inciso, en el entendido de que el ARRENDADOR acepta el importe que resulte de dicha indemnización como pago total y único por los daños y perjuicios que haya sufrido con motivo de la terminación anticipada, renunciando a cualquier reclamación posterior. El importe al que ascienden tales importes se determinará en el finiquito del presente contrato, tal como se establece en la cláusula trigésima octava del CONTRATO.

c.  En virtud de la presente terminación anticipada el día 04 de noviembre del presente año, se llevará a cabo la entrega física definitiva de la plataforma mediante acta que se suscribirá a bordo en términos de la cláusula trigésima octava, instrumentando el finiquito pactado en dicha cláusula.

d.  En caso de que el ARRENDADOR, a través de sus representantes legales, no se encuentre presente en la Fecha y Lugar de Entrega, PPS se reserva el derecho de entablar cualesquier acciones o ejercer cualesquier derechos derivados de la legislación aplicable y/o relacionados con el presente comunicado y/o con cualesquier documentos, entregables o certificaciones relacionados con, o entregados de conformidad a, dichos instrumentos.

Consecuentemente, en términos de lo acordado por las partes en cláusula décima octava, inciso b) del CONTRATO y los convenios modificatorios, se notifica formalmente la terminación anticipada el arrendamiento para todos los efectos contractuales y legales a que haya lugar.

Atentamente

**Ing. Carlos Francisco Rangel Hernández**
Gerente de Perforación y Reparación de Pozos Terrestre actuando como Suplente por Ausencia del Subdirector de Operaciones en Intervenciones a Pozos, designado con el oficio número PPS-DG-139-2017 de fecha 14 de agosto de 2017, emitido por el Suplente por Ausencia del Director General de Pemex Perforación y Servicios. (ANEXO 3)

Representación que se justifica con fundamento en los artículos 1, 40 fracciones I, XXX y XLVIII, 44 fracción III, 49, 56, 57 y 61 del Estatuto Orgánico de Pemex Perforación y Servicios, publicado en el Diario Oficial de la Federación el día 4 de septiembre de 2015 y conforme a sus reformas publicadas en el mismo medio el 5 de enero de 2017.

RMR

C.c.p.  Ing. Pedro Virgilio Sánchez Soto.- Suplente por Ausencia del Director General de Pemex Perforación y Servicios.
Ing. José Carlos Pacheco Ledesma.- Suplente por Ausencia del Subdirector de Ingeniería de Pozos y Desarrollo del Negocio.
Ing. Miguel Ángel Lugo Valdez.- Coordinador de Procura y Abastecimiento para Exploración y Producción.
Ing. Juan Lorenzo González Montemayor.- Gerente de Soporte Técnico y Administración de Contratos.
Ing. Renato Gamiño Ramos.- Gerente de Perforación y Reparación de Pozos Marina.
Ing. Arturo Alfredo Musalem Solís.- Gerente de Contrataciones para Servicios a la Explotación y Perforación.
Lic. Alejandro Minor Castillo.- Gerente Jurídico Región Sureste.
Ing. Edgar Juvencio Herrera Rodríguez.-Responsable de  la Residencia de Contratos Carmen-Dos Bocas.

**PEMEX®**

**PERFORACIÓN Y SERVICIOS**

SUBDIRECCIÓN DE OPERACIONES EN INTERVENCIONES A POZOS
GERENCIA DE PERFORACIÓN Y REPARACIÓN DE POZOS MARINA

JUSTIFICACIÓN TÉCNICA PARA LA TERMINACIÓN ANTICIPADA DEL CONTRATO No. 421004806

Ciudad del Carmen, Campeche, a 28 de septiembre de 2017.

SE EMITE EL PRESENTE DICTAMEN PARA JUSTIFICAR LA TERMINACIÓN ANTICIPADA DEL CONTRATO NÚMERO **421004806**, EN ADELANTE EL **"CONTRATO"** CELEBRADO POR LA EMPRESA PRODUCTIVA DEL ESTADO SUBSIDIARIA DE PETRÓLEOS MEXICANOS, DENOMINADA **PEMEX PERFORACIÓN Y SERVICIOS**, A QUIEN EN ESTE DOCUMENTO SE LE DENOMINARA **"PPS"** Y POR LA OTRA LA EMPRESA **PERFORADORA ORO NEGRO, S. DE R.L. DE C.V.**, A QUIEN EN LO SUCESIVO SE LE DENOMINARÁ **"ARRENDADOR"**, DE CONFORMIDAD CON LO DISPUESTO POR EL ARTÍCULO 64 DEL REGLAMENTO DE LA LEY DE PETRÓLEOS MEXICANOS, 57 INCISO P), 75 FRACCIÓN V, PENÚLTIMO Y ÚLTIMO PÁRRAFOS, DE LAS DISPOSICIONES ADMINISTRATIVAS DE CONTRATACIÓN EN MATERIA DE ADQUISICIONES, ARRENDAMIENTOS, OBRAS Y SERVICIOS DE LAS ACTIVIDADES SUSTANTIVAS DE CARÁCTER PRODUCTIVO DE PETRÓLEOS MEXICANOS Y ORGANISMOS SUBSIDIARIOS **(EN ADELANTE DAC)**, VIGENTES A LA FECHA DE LA CONTRATACIÓN Y CLÁUSULA DÉCIMA OCTAVA, INCISO B) DEL CONTRATO.

## I.   ANTECEDENTES

### I.1. CONTRACTUALES

**1.1** El Modelo Económico de fecha 06 de agosto de 2013, que dio origen al **CONTRATO**, en su numeral 3.2 establece lo siguiente **(Anexo 1)**:

*3.2.- Proyecto sustantivo al que se encuentra asociada la contratación*
*Proyecto Chalabil, Proyecto Campeche Oriente y Proyecto Uchukil pudiendo operar en cualquier otro proyecto sustantivo de acuerdo a las necesidades de PEP.*

**1.2** Con fecha 27 de enero de 2014, **Pemex Exploración y Producción** (en adelante **PEP**) y el **ARRENDADOR**  PERFORADORA ORO NEGRO, S. DE R.L. DE C.V., celebraron el contrato de arrendamiento número 421004806 (en lo sucesivo el **"CONTRATO"**), cuyo objeto se describe como *"Por virtud de este contrato de arrendamiento, el ARRENDADOR se obliga a conceder el uso y goce temporal a PEP, de una plataforma de perforación marina tipo Autoelevable cantiléver de patas independientes, denominada "Decus", con capacidad mínima nominal para operar en tirante de agua de al menos 400 pies, y capacidad de perforación mínima de 30,000 pies de profundidad, incluyendo tripulación para su operación y mantenimiento integral, para operar en aguas mexicanas del Golfo de México (AE "XIX")"*, en las condiciones especificadas en los Anexos "B", "B-1" y "DT4 que forman parte integrante del presente contrato...*, con un monto de USD$ 227'549,750.00 (Doscientos veintisiete millones quinientos cuarenta y nueve mil setecientos cincuenta dólares 00/100 USD) y  un plazo de 1,342 días (mil trescientos cuarenta y dos) días naturales, contados a partir del día siguiente de la fecha de emisión del Certificado de Aceptación. **(Anexo 2)**

En el apartado DECLARACIONES, numeral 2.4., del Contrato, el ARRENDADOR estableció como domicilio para efectos del Contrato, el ubicado en Calle Edzná No.1, Carretera Carmen-Puerto Real y Chichen Itza, Colonia Mundo Maya, Ciudad del Carmen, Campeche. C.P. 24150, número telefónico (938) 38-104-30 y cuenta con Cédula de Registro Federal de Contribuyentes clave TMI030813GY4.

**1.3** Con fecha 3 de marzo de 2015, se formalizó la Memoranda de Entendimiento Número Uno al CONTRATO, la cual tuvo por objeto el Cambio de Nacionalidad y Cambio de Razón Social de Todco México, INC a Perforadora Oro Negro, S. de R.L. de C.V. **(Anexo 3)**

**1.4** Con fecha 26 de junio de 2015, las partes formalizaron el Convenio Número Uno al CONTRATO, donde acordaron la reducción a la tarifa de la renta diaria pactada originalmente de la plataforma denominada "Decus", que era de US$ 161,125.00 (Ciento sesenta y un mil ciento veinticinco dólares 00/100 de los Estados Unidos de América) para





1 de 29

**PEMEX®**
*PERFORACIÓN Y SERVICIOS*

SUBDIRECCIÓN DE OPERACIONES EN INTERVENCIONES A POZOS
GERENCIA DE PERFORACIÓN Y REPARACIÓN DE POZOS MARINA

JUSTIFICACIÓN TÉCNICA PARA LA TERMINACIÓN ANTICIPADA DEL CONTRATO No. 421004806

establecerla en la cantidad de US$ 130,000.00 (Ciento treinta mil dólares 00/100 de los Estados Unidos de América) por día, para aplicarse a partir de 1º de junio de 2015 y hasta el día 31 de mayo de 2016. **(Anexo 4)**

En el numeral III y IV del capítulo de Antecedentes del Convenio Uno se estableció que se suscribiría en observancia al Acuerdo No. CA-010/2015 emitido por el Consejo de Administración de Petróleos Mexicanos en Sesión extraordinaria número 887, en su punto Cuarto, en el que la entonces Dirección de Procura y Abastecimiento de Petróleos Mexicanos, procedió a realizar las acciones establecidas en el citado Acuerdo para reducir costos y promover eficiencias en forma integral y en beneficio de los intereses de Petróleos Mexicanos y su Empresa Productiva del Estado Subsidiaria denominada PEP, por lo que por escrito de 27 de mayo de 2015, el ARRENDADOR ofertó la reducción de la tarifa de la renta diaria pactada originalmente de la Plataforma "Decus", de $161,125.00 USD por día, para establecerla en $130,000.00 por día.

En el numeral V de Antecedentes del Convenio, se mencionó que por oficio No. DCPA-053-2015 PEP-220-2015 de fecha 29 de mayo de 2015, emitió la aprobación por parte de la Dirección General de Pemex Exploración y Producción para la celebración de los convenios modificatorios que se celebren al amparo del Acuerdo del Consejo de Administración No. CA-010/2015, de conformidad con lo estipulado en el artículo 58 fracción I de las Disposiciones Administrativas de Contratación en materia de arrendamientos, obras y servicios de las Actividades Sustantivas de carácter productivo de Petróleos Mexicanos y Organismos Subsidiarios (DAC) publicadas en el Diario Oficial de la Federación (DOF) el 6 de enero de 2010.

1.5 Con fecha 28 de agosto 2015 se formalizó la Memoranda de Entendimiento Número Dos al CONTRATO, donde se modificaron las fechas de inicio y término del arrendamiento (programadas originalmente para iniciar el 30 de abril de 2014 y terminar el 31 de diciembre de 2017) para dar inicio el 10 de junio de 2014 y terminar el 10 de febrero de 2018, sin modificar el plazo del arrendamiento de 1,342 días naturales, ni el monto originalmente pactado. **(Anexo 5)**

1.6 El 26 de octubre de 2015, las partes formalizaron el Convenio Número Dos al CONTRATO, donde acordaron la ampliación de plazo del CONTRATO en 366 (trescientos sesenta y seis) días naturales, contados a partir del 11 de febrero de 2018 al 11 de febrero de 2019, lo que incrementó en un 27.27% el plazo originalmente contratado. **(Anexo 6)**

En el numeral III del capítulo de Antecedentes del Convenio Dos se mencionó que por oficio No. DCPA-053-2015 PEP-220-2015 data 29 de mayo de 2015, emitió la aprobación por parte de la Dirección General de Pemex Exploración y Producción para la celebración de los convenios modificatorios que se celebren al amparo del Acuerdo del Consejo de Administración No. CA-010/2015, de conformidad con lo estipulado en el artículo 58 fracción I de las DAC.

En el numeral IV del capítulo de Antecedentes del Convenio Dos se señaló que el Convenio de Ampliación de Plazo al **CONTRATO**, se justificó en el marco de las negociaciones que se llevaron a cabo entre la Dirección Corporativa de Procura y Abastecimiento y el **ARRENDADOR**.

Es importante mencionar que la formalización del Convenio de Ampliación de Plazo se dio como parte de las negociaciones llevadas a cabo con el ARRENDADOR que, por cuestión de orden, se priorizó llevar a cabo los Convenios de Reducción de Tarifa con las empresas, para posteriormente formalizar las ampliaciones de plazo producto de las negociaciones.

1.7 El 30 de diciembre de 2015 las partes formalizaron el "Convenio Modificatorio a las condiciones de pago y facturación" en cuya cláusula SEGUNDA acordaron que el pago de las facturas derivadas del CONTRATO sería a los 180 días naturales siguientes a la autorización de las mismas. **(Anexo 7)**

2 de 29

**PEMEX**®

**PERFORACIÓN Y SERVICIOS**

SUBDIRECCIÓN DE OPERACIONES EN INTERVENCIONES A POZOS
GERENCIA DE PERFORACIÓN Y REPARACIÓN DE POZOS MARINA

JUSTIFICACIÓN TÉCNICA PARA LA TERMINACIÓN ANTICIPADA DEL CONTRATO No. 421004806

Los motivos que dieron origen al Convenio fueron la optimización de los recursos financieros de **PEP**.

1.8 Con fecha 05 de enero de 2016, se formalizó Memoranda de Entendimiento con el **ARRENDADOR**, haciéndose constar que con motivo de la transferencia del **CONTRATO** de PEP a PPS, **PPS** se subrogó en todos los derechos y obligaciones de **PEP**, por tanto las referencias a las denominaciones que tenga el **CONTRATO** a PEP como organismo público descentralizado subsidiario de Petróleos Mexicanos o como empresa productiva subsidiaria de Petróleos Mexicanos, se entenderán hechas o conferidas a la empresa productiva del Estado subsidiaria de Petróleos Mexicanos PPS, reconociendo y aceptando el **ARRENDADOR** que los derechos y obligaciones que asumió al amparo del **CONTRATO** cuyo objeto ha quedado descrito, corresponden a la empresa productiva del Estado Subsidiaria de Petróleos Mexicanos denominada Pemex Perforación y Servicios (**PPS**), por lo cual acepta que el **CONTRATO** lo tiene celebrado con PPS. (**Anexo 8**)

1.9 Con fecha 14 de noviembre de 2016, las partes formalizaron el Convenio Modificatorio Tres al CONTRATO, donde acordaron la Reducción Temporal de Tarifa, Ampliación de Plazo, Incremento de Monto y Modificación a la Facturación y Condiciones de Pago. (**Anexo 9**)

Asimismo se acordó la reducción de tarifa a US$116,300.00 por un periodo del 01 de junio de 2016 al 31 de mayo de 2017, la ampliación de plazo del CONTRATO por 731 días naturales, el incremento de monto del CONTRATO en $176,600,000.00 USD (Ciento setenta y seis millones seiscientos mil dólares 00/100 de los Estados Unidos de América) y la Modificación a la Facturación y Condiciones de Pago.

En el numeral III del capítulo de Antecedentes del Convenio Tres se estableció que se suscribiría en observancia al Acuerdo No. CA-019/2016, emitido por el Consejo de Administración de Petróleos Mexicanos en Sesión ordinaria número 906 de 4 de marzo de 2016, en el cual con motivo del ajuste al presupuesto de Petróleos mexicanos y sus Empresas Productivas Subsidiarias 2016, autorizó a la Administración a negociar y acordar la modificación de los contratos, suspensiones y terminaciones anticipadas.

En el numeral IV de antecedentes del Convenio como resultado de las negociaciones realizadas por **PPS** y la Dirección Operativa de Procura y Abastecimiento bajo una perspectiva empresarial integral, conjuntamente con el **ARRENDADOR** acordaron las modificaciones al **CONTRATO** que son objeto del Convenio.

En el numeral V de Antecedentes del Convenio se indicó que mediante oficio No. PEP-017-2016, PPS-110-2016, DCPA-081-2016 de 16 de mayo de 2016, se emitió la aprobación por parte de PEP, PPS y la Dirección Corporativa de Procura y Abastecimiento para los convenios Modificatorios que se celebren al amparo del Acuerdo del Consejo de Administración No. CA-019/2016, de conformidad con el artículo 58 de las DAC.

Señala el numérico VI de Antecedentes del Convenio Tres, que conforme a lo indicado en la Sesión 010 Extraordinaria del Comité de Adquisiciones, Arrendamientos, Obras y Servicios de PPS, se estableció la integración del Grupo de Trabajo para la negociación, mismo que forma parte integrante de la estrategia para la revisión de términos y condiciones de contratos vigentes. Con base a lo anterior y en concordancia con el Acuerdo No. CA-019/2016 del Consejo de Administración de Petróleos Mexicanos, con fecha 15 de junio de 2016, el Grupo de Trabajo de Negociaciones (Equipos de Perforación TODCO (Oro Negro) suscribió el acuerdo para proceder a la implementación de los convenios modificatorios, en el cual se acordó, que la tarifa diaria contractual del contrato No. 421004806 que ampara la plataforma "Decus" será reducida temporalmente a US$116,300.00 y que será aplicable durante el periodo del 01 de junio de 2016 al 31 de mayo de 2017.

**I.2. REDUCCIÓN PRESUPUESTAL**

I.2.1 Mediante oficio número SPE-001-2015 de fecha 7 de enero de 2015, la Subdirección de Planeación y Evaluación de Pemex Exploración y Producción, hace del conocimiento en forma textual lo siguiente: (**Anexo 10**)

3 de 29

**PEMEX®**
**PERFORACIÓN Y SERVICIOS**

SUBDIRECCIÓN DE OPERACIONES EN INTERVENCIONES A POZOS
GERENCIA DE PERFORACIÓN Y REPARACIÓN DE POZOS MARINA

JUSTIFICACIÓN TÉCNICA PARA LA TERMINACIÓN ANTICIPADA DEL CONTRATO No. 421004806

*"En relación a los oficios citados en el apartado de antecedentes, donde varias Subdirecciones solicitan y en algunos casos, reiteran la necesidad de requerimientos adicionales en el presupuesto de inversión autorizados para 2015, me permito informarles a todas las Subdirecciones que bajo los escenarios actuales de los precios internacionales de crudo y a la reducción en las expectativas de los programas de producción del presente año, el Corporativo ha requerido a PEP, una reducción presupuestal de alrededor de 47 mil millones de pesos para disminuir el impacto negativo en el estado de resultados del presente año, lo que implica la necesidad de ajustar nuevamente los techos presupuestales, quedando de la siguiente manera:*

### ESCENARIOS DE AJUSTE AL PRESUPUESTO DE INVERSION 2015
#### Flujo de efectivo en millones de pesos

| REGION / PROYECTO | 2014 | 2015 | | Adecuado I 2015 ajustado |
|---|---|---|---|---|
| | adecuado IV | autorizado | adecuado 1 | |
| | 1 | 2 | 3 | 4 |
| DESARROLLO DE CAMPOS | 40,111 | 43,499 | 42,100 | 35,379 |
| EXPLORACION | 34,238 | 38,637 | 34,239 | 27,439 |
| PMARINA NORESTE | 63,966 | 72,795 | 64,535 | 55,674 |
| PMARINA SUROESTE | 40,743 | 45,691 | 41,199 | 38,128 |
| PNORTE | 53,323 | 25,415 | 27,034 | 28,744 * |
| PSUR | 52,110 | 54,652 | 54,600 | 44,303 |
| SDC INTERREGIONALES | 4,084 | 2,120 | 4,458 | 3,600 |

Notas: De manera general, la reducción aplica en igual proporción al devengable

\* Incluye 3000 mp para COPF y CIEP's

...

*Dado lo anterior, cada una de sus áreas deberá reforzar los análisis de priorización y ajuste a las actividades 2015, a fin de cancelar y diferir las que representen el menor beneficio pero sin comprometer la integridad de personal e instalaciones de PEP.*

*Por otro lado, dentro de las negociaciones de ajuste presupuestal se mantiene la revisión con el Corporativo de la posibilidad de financiar pozos y obras en 2015, con el fin de no afectar las metas de producción, pero es claro que de conseguir financiamiento para actividades productivas con el fin de liberar su presupuesto asignado, estas deberán aportar ingresos suficientes para pagar el capital e intereses derivados de estos financiamientos.*

*Independientemente de la posibilidad de obtención de financiamiento, es responsabilidad de cada área cuidar el nivel de compromisos acorde a los techos asignados, por lo que deberán considerar ajustar su techo presupuestal de 2015 con las siguientes premisas:*

*1. Ajuste en pozos y obras con el menor impacto en producción para 2015.*
*2. Ajuste a proyectos no incluidos en el Programa Nacional de Infraestructura (PNI)...*
*3. Ajuste a los rubros sumados de Estudios y Mantenimiento Preventivo, cuidando en todo momento no comprometer la integridad de personal e instalaciones.*
*4. Reducción de costos en pozos y obras.*
*5. Para Exploración, considerar el escenario ajustado en 4.8 mil millones de pesos presentados a la CADG PEP y SPE más un ajuste adicional de 2 mil millones de pesos.*

...

4 de 29

**PEMEX**®
**PERFORACIÓN Y SERVICIOS**

SUBDIRECCIÓN DE OPERACIONES EN INTERVENCIONES A POZOS
GERENCIA DE PERFORACIÓN Y REPARACIÓN DE POZOS MARINA

JUSTIFICACIÓN TÉCNICA PARA LA TERMINACIÓN ANTICIPADA DEL CONTRATO No. 421004806

I.2.2 El Acuerdo No. CA-010/2015 emitido por el Consejo de Administración de Petróleos Mexicanos en su Sesión 887 Extraordinaria de fecha 13 de febrero de 2015, rubro I.1 Ajuste al presupuesto 2015, específicamente en sus puntos Primero inciso e) y Cuarto, establece lo siguiente: **(Anexo 11)**

> *Primero.- Aprobó el Ajuste al Presupuesto 2015 por la cantidad de $62 mil millones, que considera:*
> ...
> *e) Reducciones de gasto en actividades extractivas de hidrocarburos que no impactan directamente a la plataforma de producción 2015.*
> *Asimismo, instruyó a la Administración a iniciar los actos necesarios para la implementación de dichas reducciones a partir de esta fecha, incluyendo los ajustes a los proyectos y contratos que se ubiquen en tales supuestos. ...*
>
> *Cuarto.- Por lo que respecta a la revisión de los proyectos y contratos presentados a este Consejo, autorizó a la Administración a negociar y acordar la modificación de plazos, montos, tarifas y, en general, toda estipulación que pueda adecuarse a reducir costos y promover eficiencias en forma integral y en beneficio de los intereses de Petróleos Mexicanos y de sus Organismos Subsidiarios, incluyendo aquellas que versen sobre términos para los que se requiriese la autorización previa de este Consejo en términos del artículo 10 de las "Disposiciones administrativas de contratación en materia de adquisiciones, arrendamientos, obras y servicios de las actividades sustantivas de carácter productivo de Petróleos Mexicanos y Organismos Subsidiarios".*
>
> *Asimismo, autorizó a la Administración a formalizar las terminaciones anticipadas que procedan conforme a los términos pactados en los propios contratos, procurando en todo caso que los finiquitos correspondientes sean en las mejores condiciones para efectos del Ajuste al Presupuesto 2015. La Administración informará trimestralmente a este Consejo, por conducto del Comité de Adquisiciones, Arrendamientos, Obras y Servicios, sobre las modificaciones contractuales que hayan sido acordadas, así como sobre los contratos respecto de los cuales se haya actualizado su terminación anticipada.*

I.2.3 El 17 de febrero de 2016, mediante comunicado de prensa 020-2016 SHCP (consultable en la dirección electrónica https://www.gob.mx/shcp/prensa/comunicado-de-prensa-020-2016) la Secretaría de Hacienda y Crédito Público anunció lo siguiente: **(Anexo 12)**

> *Desde el inicio de 2016 se incrementó la volatilidad en los mercados financieros internacionales, asociada principalmente a una nueva caída en el precio del petróleo, al proceso de alza de las tasas de interés en Estados Unidos y a riesgos de una desaceleración de la economía global, principalmente en China.*
>
> *En este entorno, el Gobierno de la República ha actuado con responsabilidad fiscal, cumpliendo con las métricas establecidas de balance fiscal y actuando de forma coordinada con Banco de México. En este sentido, destaca el desempeño de los Requerimientos Financieros del Sector Público, la medida más amplia del balance, que incluye a Petróleos Mexicanos, que se redujo en 0.5% del PIB para cerrar, conforme a la meta autorizada, en 4.1% del PIB durante 2015.*
>
> ....
>
> *Las coberturas petroleras que fueron contratadas para el ejercicio 2016 protegen el nivel de los ingresos presupuestales durante este año y por tanto dan certeza que el Gobierno pueda continuar sobre la trayectoria comprometida de consolidación multianual. Sin embargo, ante la volatilidad del entorno externo, es necesario tomar medidas adicionales por tres motivos:*
>
> 1. *La depreciación del tipo de cambio, refleja en parte, la caída de los precios del petróleo que deterioró los términos de intercambio de nuestra economía. Ante este fenómeno, es necesario que los choques externos se atiendan de forma integral y coordinada a través del uso de todos los instrumentos de política pública, evitando que todos los ajustes se den a través de un solo instrumento o variable.*



5 de 29

**PEMEX** ®
**PERFORACIÓN Y SERVICIOS**

SUBDIRECCIÓN DE OPERACIONES EN INTERVENCIONES A POZOS
GERENCIA DE PERFORACIÓN Y REPARACIÓN DE POZOS MARINA

JUSTIFICACIÓN TÉCNICA PARA LA TERMINACIÓN ANTICIPADA DEL CONTRATO No. 421004806

2. *Las coberturas petroleras protegen los ingresos del Gobierno Federal para 2016 pero no los de 2017. Por tanto, derivado de la evolución reciente del precio del petróleo, es conveniente realizar un ajuste preventivo al gasto que permita alcanzar las metas de consolidación fiscal establecidas para 2017.*

3. *PEMEX debe hacer uso de todos los instrumentos que le otorgó la Reforma Energética para que pueda operar con más eficiencia, incrementando sus utilidades, en beneficio de todos los mexicanos. El esfuerzo se debe de focalizar en PEMEX ya que no solo enfrenta una caída en sus ingresos, sino que también debe redefinir su estrategia de negocios en el nuevo contexto de precios y bajo un nuevo marco institucional.*

*Por estos motivos, de conformidad con lo establecido en la LFPRH, el Gobierno de la República redobla esfuerzos para que el fortalecimiento adicional requerido de las finanzas públicas se realice mediante un ajuste en el gasto del Sector Público, sin incrementos de impuestos y sin recurrir a un mayor nivel de endeudamiento.*

*Por tanto, el ajuste preventivo al gasto público de las dependencias y entidades de la Administración Pública Federal (APF) asciende a 132.3 miles de millones de pesos, monto que representa el 0.7% por ciento del PIB. Este monto incluye ajustes de 100 mil millones pesos en PEMEX, de conformidad con lo que el Director General de la Empresa Productiva del Estado ha informado a esta Secretaría que habrá de someter a aprobación de su Consejo.*

*....*

*El ajuste de gasto en materia de inversión consideró la rentabilidad y el impacto social de cada uno de los proyectos, el ritmo de ejecución de los mismos y, que contaran con los elementos técnicos jurídicos para iniciar su ejecución tales como el registro en la Cartera de Inversión que administra e integra la Secretaría de Hacienda y Crédito Público. En ese sentido, las dependencias reducirán y recalendarizarán metas físicas de los programas y proyectos de inversión aprobados para este año.*

*....*

*Por su parte, el Director General de PEMEX ha informado a la SHCP que someterá una propuesta de ajuste de gasto a aprobación de su Consejo de Administración de la Empresa. El programa de ajuste que se propondrá privilegia acciones que otorguen liquidez durante 2016 y fortalezcan la solvencia de largo plazo. Dicho programa tendrá los siguientes lineamientos generales: se garantizará la seguridad de sus trabajadores e instalaciones; se reducirán gastos corporativos y administrativos; se dará puntual cumplimiento a las obligaciones financieras y laborales; se priorizará la inversión en proyectos de acuerdo a su rentabilidad; se garantizará la transparencia y competencia en los procesos de adquisición de bienes y servicios; se mejorará la productividad y eficiencia de costos en los proyectos existentes y, conjuntamente con la SHCP, se implementaran mecanismos para reducir el pasivo circulante y propiciar el pago oportuno a proveedores.*

*De acuerdo con lo informado por el Director General de PEMEX, el programa de ajuste se propondrá al Consejo de Administración de la Empresa en la próxima semana y será por 100 mil mdp.*

*....*

**I.2.4** En Sesión 905 Extraordinaria del 26 de febrero de 2016, el Consejo de Administración de Petróleos Mexicanos emitió el Acuerdo CA-013/2016, determinando lo siguiente: **(Anexo 13)**

*I.1 Ajuste al Presupuesto de Petróleos Mexicanos y Empresas Productivas Subsidiarias 2016.*

*Con fundamento en los artículos 13, fracciones I, IV y XXIX, 102, fracciones II y V, y 103, primer párrafo, de la Ley de Petróleos Mexicanos, y el Lineamiento Primero, Numeral 5 de los Lineamientos de las Adecuaciones Presupuestales, para Petróleos Mexicanos y sus Empresas Productivas Subsidiarias, el Consejo de Administración:*

6 de 29

**PEMEX®**
**PERFORACIÓN Y SERVICIOS**

SUBDIRECCIÓN DE OPERACIONES EN INTERVENCIONES A POZOS
GERENCIA DE PERFORACIÓN Y REPARACIÓN DE POZOS MARINA

JUSTIFICACIÓN TÉCNICA PARA LA TERMINACIÓN ANTICIPADA DEL CONTRATO No. 421004806

*Primero: Aprobó el Ajuste al Presupuesto de Petróleos Mexicanos y sus Empresas Productivas Subsidiarias 2016, por cuando menos una disminución de 100 mil millones de pesos, en los términos presentados.*

*Segundo: Autorizó que se realice la adecuación al presupuesto del ejercicio fiscal 2016, en virtud del ajuste aprobado derivado de una disminución de los ingresos propios, para cumplir el balance financiero aprobado por el Congreso de la Unión.*

Cabe precisar que el Consejo de Administración de Petróleos Mexicanos define la dirección estratégica de las actividades empresariales y económicas de sus empresas productivas subsidiarias (entre otras, las de PEP y PPS).

Para pronta referencia se transcribe la parte conducente del artículo 13 de la Ley de Petróleos Mexicanos:

*Artículo 13.- El Consejo de Administración, órgano supremo de administración de Petróleos Mexicanos, será responsable de definir las políticas, lineamientos y visión estratégica de Petróleos Mexicanos, sus empresas productivas subsidiarias y sus empresas filiales. Al efecto, tendrá las funciones siguientes:*

*I. La conducción central y la dirección estratégica de las actividades empresariales, económicas e industriales de Petróleos Mexicanos, sus empresas productivas subsidiarias y empresas filiales;*

*II. Establecer las directrices, prioridades y políticas generales relativas a la producción, productividad, comercialización, desarrollo tecnológico, investigación, administración general, seguridad, salud y protección ambiental, finanzas, presupuesto y otras que se relacionen con las actividades de Petróleos Mexicanos;*

*III. Aprobar, revisar y, en su caso, actualizar anualmente el Plan de Negocios de Petróleos Mexicanos y sus empresas productivas subsidiarias, con base en una proyección a cinco años, y, conforme a éste, el programa operativo y financiero anual;*

I.2.5 Mediante comunicado de prensa del 29 de febrero de 2016 (publicado en la dirección electrónica http://www.pemex.com/saladeprensa/boletines_nacionales/Paginas/2016-015-nacional.aspx) Petróleos Mexicanos informó lo siguiente: **(Anexo 14)**

*Aprueba el Consejo de Administración plan de ajuste al presupuesto de Pemex para 2016 de 100 mil mdp*

*En todo el mundo, las empresas petroleras han hecho ajustes a su operación para enfrentar la caída en los precios del petróleo. Pemex no es la excepción. La Ley de Ingresos para 2016 contemplaba un precio por barril de petróleo de 50 dólares y, en la actualidad, el precio promedio esperado para este año es de 25 dólares por barril.*

*Esta disminución en el precio del crudo le plantea serios problemas de liquidez a Petróleos Mexicanos que demandan un ajuste en los ingresos de 100 mil millones de pesos para cumplir con la meta financiera.*

*Para hacer frente la situación, se diseñó un programa de ajuste que tuviera como prioridad no afectar la viabilidad de la empresa en el largo plazo, con los siguientes criterios: preservar la seguridad del personal y mantener la integridad de las instalaciones de la empresa; utilizar al máximo los nuevos instrumentos y figuras que permite la Reforma Energética para atraer inversiones; hacer frente a los compromisos laborales y financieros de la empresa; y mantener, en la medida de lo posible, la plataforma de producción de hidrocarburos de este año, estabilizando los niveles de producción en el mediano y largo plazo.*

*Las tres principales líneas de ajuste en el corporativo y en todas las empresas subsidiarias de Petróleos Mexicanos, de acuerdo con el plan aprobado por el Consejo de Administración el pasado 26 de febrero, son:*

*1. Generar eficiencias y reducir costos para incrementar la productividad en la operación y promover un uso racional de los recursos por un total estimado de 29 mil millones de pesos.*



**PEMEX®**

*PERFORACIÓN Y SERVICIOS*

SUBDIRECCIÓN DE OPERACIONES EN INTERVENCIONES A POZOS
GERENCIA DE PERFORACIÓN Y REPARACIÓN DE POZOS MARINA

JUSTIFICACIÓN TÉCNICA PARA LA TERMINACIÓN ANTICIPADA DEL CONTRATO No. 421004806

2. *Diferir y replantear inversiones comprometiendo lo menos posible la producción futura en función de su rentabilidad y disponibilidad de recursos por aproximadamente 65 mil millones de pesos.*

3. *Ajustar el gasto de operación e inversión a la caída de 25 dólares en el precio promedio del barril de crudo, a fin de canalizar los recursos hacia proyectos rentables con los precios actuales. Este ajuste representa aproximadamente 6.2 mil millones de pesos y siguió dos criterios: que las inversiones diferidas no fueran rentables a los precios actuales del petróleo y que no afectaran proyectos que ya estuvieran produciendo en 2016.*

(...).

| Líneas de acción MXN miles de millones | Corporativo | Otras EPS* | Logística | TRI | PEP** | Total |
|---|---|---|---|---|---|---|
| • Generar eficiencias y reducir costos | 13.1 | 0.1 | 1.8 | 0.8 | 13.1 | 28.9 |
| • Diferir / replantear inversiones comprometiendo lo menos posible la producción futura | 0.0 | 0.2 | 1.8 | 35.4 | 27.5 | 64.9 |
| • Ajustar el gasto de operación e inversión a la caída de USD 50 a USD 25 promedio por barril | 0.0 | 0.0 | 0.0 | 0.0 | 6.2 | 6.2 |
| **TOTAL** | 13.1 | 0.3 | 3.6 | 36.2 | 46.8 | 100.0 |

*Las cantidades pueden no sumar debido al redondeo.*

\* *Se refiere a Pemex Fertilizantes, Pemex Etileno, Pemex Cogeneración y Servicios.*
\*\* *Incluye Pemex Perforación y Servicios.*

\*\*\* *Con impacto en producción en 2016.*

**I.2.6** El Consejo de Administración de Petróleos Mexicanos en Sesión Ordinaria número 906 de 4 de marzo de 2016, emitió el Acuerdo No. CA-019/2016, I.5 "Implementación del Ajuste al Presupuesto de Petróleos Mexicanos y sus Empresas Productivas Subsidiarias 2016", que en lo conducente determinó lo siguiente: **(Anexo 15)**

*Primero. - En relación con el ajuste al Presupuesto de Petróleos Mexicanos y sus Empresas Productivas Subsidiarias 2016, **autorizó a la Administración a negociar y acordar la modificación de los contratos, suspensiones y terminaciones anticipadas.***

**I.2.7** El Comité de Adquisiciones, Arrendamientos, Obras y Servicios del Consejo de Administración de Petróleos Mexicanos, en Sesión 010 Extraordinaria de 17 de marzo de 2016 emitió Acuerdo CAAOS-006/2016, denominado "Estrategia y Criterios Generales que seguirá la Dirección Corporativa de Procura y Abastecimiento en el Proceso de Renegociación de Contratos con Proveedores", en ejercicio de sus facultades establecidas en el artículo 45 fracciones I y II de la Ley de Petróleos Mexicanos, vigente, a propuesta del Director General, tomó conocimiento de la "Guía de aspectos generales a considerar en la revisión de términos y condiciones de contratos vigentes", se adjunta. **(Anexo 16)**

**I.2.8 Por Minuta Interna de 15 de julio de 2016, se analizó lo siguiente:**



**PEMEX®**

PERFORACIÓN Y SERVICIOS

SUBDIRECCIÓN DE OPERACIONES EN INTERVENCIONES A POZOS
GERENCIA DE PERFORACIÓN Y REPARACIÓN DE POZOS MARINA

JUSTIFICACIÓN TÉCNICA PARA LA TERMINACIÓN ANTICIPADA DEL CONTRATO No. 421004806

Mediante escrito de fecha 30 de junio de 2016, ORO NEGRO (TODCO) presenta la propuesta para sus 5 equipos de perforación:

| Equipo | Estrategia | Inicio Termino de la suspensión | Descuento | | Ampliación de Plazo |
|--------|-----------|----------------------------------|-----------|-----------|---------------------|
| | | | Tarifa diaria USD | Periodo Descuento | |
| PRIMUS A/E 400 ft R. Mixto 421003823 | Suspensión Temporal Total | A partir del término de actividades | No aplica | No aplica | Ampliación Plazo 1 año |
| LAURUS A/E 400 ft R. Mixto 421003824 | Suspensión Temporal Total | 1-may-16 30-abr-17 | No aplica | No aplica | Ampliación Plazo 1 año |
| DECUS A/E 400 ft R. Mixto 421004806 | Continuidad | No aplica | 116,300 | 1-Jun-16 a 30-May-17 | Ampliación Plazo 2 año |
| FORTUIS A/E 400 ft R. Mixto 421004800 | Continuidad | No aplica | 116,300 | 1-Jun-16 a 30-May-17 | Ampliación Plazo 2 año |
| IMPETUS A/E 400 ft R. Mixto 641005817 | Continuidad | No aplica | 116,300 | 1-Jun-16 a 30-May-17 | Ampliación Plazo 1 año Sujeto a suficiencia presupuestal y carga de trabajo |

En la propuesta se solicita lo siguiente:

- Ajuste a los términos de pago a fin de pagar los adeudos por servicios prestados durante septiembre a diciembre de 2015 y febrero, marzo, abril y subsecuentes de 2016, y una vez firmados los convenios, se restablecerían los términos de pago pactados actualmente en los contratos.
- Modificaciones en los requerimientos contractuales en relación al personal

Derivado de lo anterior y conforme a las instrucciones de la Alta Dirección, se concluye la procedencia de la propuesta indicada en la tabla anterior y se da por concluida la negociación con la empresa, atendiendo los objetivos de la misma por el Grupo de Trabajo.

I.2.9 Por Acuerdo CA-016/2017 de 1 de marzo de 2017, emitido por el Consejo de Administración de Petróleos Mexicanos, se estableció en su punto Primero lo siguiente: **(Anexo 17)**

*"Primero.- Autorizó a la Administración a negociar y acordar la modificación de los contratos, suspensiones y terminaciones anticipadas, incluyendo aquéllas que versen sobre términos para los que se requiera la autorización previa de este Consejo, en términos de las disposiciones aplicables."*

I.2.10 El 23 de marzo de 2017, por Minuta Interna con el ARRENDADOR que tuvo por Objetivo "Negociación 2017 Equipos de Perforación con la empresa Perforadora Oro Negro, S. de R.L. de C.V.", en primer término se le hizo del conocimiento el personal que integraría el Grupo de Trabajo de Negociaciones (GTN) cuya participación se daría en términos del Acuerdo del Consejo de Administración de PEMEX CA-016/17 de fecha 1 de marzo 2017, que autoriza a la Administración a negociar y acordar la modificación de los contratos, suspensiones y terminaciones anticipadas.

En la reunión se le expresó la disponibilidad del presupuesto para el ejercicio 2017, en relación a la actividad de perforación, utilización de equipos y pozos considerados para el mismo ejercicio, así como el entorno del mercado de equipos de perforación en el mundo tanto autoelevables y semisumergibles, y su comportamiento respecto al precio.

**PEMEX®**
*PERFORACIÓN Y SERVICIOS*

SUBDIRECCIÓN DE OPERACIONES EN INTERVENCIONES A POZOS
GERENCIA DE PERFORACIÓN Y REPARACIÓN DE POZOS MARINA

JUSTIFICACIÓN TÉCNICA PARA LA TERMINACIÓN ANTICIPADA DEL CONTRATO No. 421004806

Se le hizo del conocimiento al ARRENDADOR la propuesta de PEMEX para estar en posibilidades de cumplir con su actividad durante 2017, conforme a lo siguiente:

- *"Decus: Tarifa diaria de 116,300 USD por un periodo de seis meses a partir del 1° de junio de 2017; así como inclusión de fórmula de ajuste.*
- *Fortius: Tarifa diaria de 116,300 USD por un periodo de seis meses a partir del 1° de junio de 2017; así como inclusión de fórmula de ajuste.*
- *Impetus: Tarifa diaria de 116,300 USD por un periodo de seis meses a partir del 1° de junio de 2017; así como inclusión de fórmula de ajuste,*
- *Laurus: Suspensión a partir del 1° de mayo al 31 de octubre de 2017. Tarifa diaria de 116,300 USD con fórmula de ajuste semestral.*
- *Primus: Suspensión a partir de 12 de septiembre de 2017 hasta reactivarse en el último bimestre de 2018. Tarifa diaria de 116,300 USD con fórmula de ajuste semestral."*

I.2.11 El 06 de abril de 2017, por Minuta Interna con el ARRENDADOR que tuvo por Objetivo "Negociación 2017 Equipos de Perforación con la empresa Perforadora Oro Negro, S. de R.L. de C.V.", quedó asentado que este solicitó a Pemex remita por escrito las propuestas de negociación para entregar una oferta.

I.2.12 Por correo electrónico de 7 de abril de 2017, se le realizó una propuesta al **ARRENDADOR**, conforme al Acuerdo del Consejo de Administración de PEMEX **CA-016/17 de fecha del 1° de marzo 2017**, y con base en el presupuesto asignado para el ejercicio 2017 aunado a la contención del gasto para el mismo ejercicio, reiterando lo manifestado por el Grupo de Trabajo para las Negociaciones en las reuniones sostenidas el 23 de marzo y 6 de abril del presente, se envió la fórmula de ajuste a la tarifa que se propone a ser incluida en los contratos de la que es titular su representada, respecto de cada uno de los 5 equipos.

I.2.13 Mediante oficio DCAS-DOPA-CPAEP-GCSEP-386-2017 de fecha 06 de julio de 2017, se le comunicó a la empresa Perforadora Oro Negro, S. de R.L. de C.V., la propuesta de negociación de Pemex entre otros, para continuar con el arrendamiento del Equipo Autoelevable Decus, en términos del acuerdo del Consejo de Administración CA-016/2017, a fin de negociar con el Arrendador tanto las tarifas aplicables como el índice que se utilizaría para calcular las mismas durante la vigencia del contrato. **(Anexo 18)**

La propuesta se hizo consistir en:

2. Equipo A/E Decus (No. 421004806), continuidad operativa conforme al programa operativo con una tarifa diaria de 116,300 USD por un periodo de seis meses a partir del 1° de junio al 30 de noviembre de 2017. Del 1° de diciembre de 2017 la tarifa diaria estará determinada conforme al resultado de aplicar el mecanismo de ajuste que se incluirá en el convenio correspondiente.

En el mismo documento, se requirió al **ARRENDADOR** que en un plazo no mayor a cinco días hábiles a partir de la recepción del documento en cuestión, manifestara su aceptación o rechazo a la propuesta antes descrita, en el entendido que, de aceptarse la propuesta, se formalizaría el convenio modificatorio correspondiente y de lo contrario, PEMEX podría ejercer su derecho a terminar anticipadamente el **CONTRATO**.

I.2.14 Mediante escrito de fecha 13 de julio de 2017, Perforadora Oro Negro, S. de R.L. de C.V., dio contestación a la propuesta planteada, respecto de la reducción de las tarifas, entre otros, del arrendamiento del equipo "Decus", manifestando que dicha propuesta no resulta aceptable para la compañía, ya que compromete viabilidad y no permite el cumplimiento de sus obligaciones contraídas con terceros, en razón de que como resultado de los Convenios Modificatorios Oro Negro ha visto reducido sus ingresos y prestaciones económicas originalmente pactadas alrededor de un 55%. Considerando lo anterior, Oro Negro solicitó a PPS el cumplimiento a las obligaciones a su cargo previstas en los contratos y al mismo tiempo propuso lo siguiente:**(Anexo 19)**

**PEMEX**®
*PERFORACIÓN Y SERVICIOS*

SUBDIRECCIÓN DE OPERACIONES EN INTERVENCIONES A POZOS
GERENCIA DE PERFORACIÓN Y REPARACIÓN DE POZOS MARINA

JUSTIFICACIÓN TÉCNICA PARA LA TERMINACIÓN ANTICIPADA DEL CONTRATO No. 421004806

2. Contrato Decus. Sujeto a lo mencionado más adelante, conforme a la oferta de **PPS, Oro Negro** está dispuesto a aceptar la aplicación de la tarifa diaria de US$116,300.00 (ciento dieciséis mil trescientos Dólares 00/100 Moneda de los Estados Unidos de América) a partir del día 1 de junio de 2017 y hasta el 31 de diciembre de 2017, en el entendido de que a partir del día 1 de enero de 2018, la tarifa diaria correspondiente se determinaría con base en una fórmula a ser acordada entre **PPS** y **Oro Negro**, la cual considerará una tarifa piso de US$116,300.00 (ciento dieciséis mil trescientos Dólares 00/100 Moneda de los Estados Unidos de América) y una tarifa techo que será equivalente a la originalmente pactada en el Contrato. Lo anterior sujeto a que **PPS** acceda a ampliar la vigencia del Contrato Decus por un periodo de doce meses y a eliminar la cláusula de terminación anticipada.

I.2.15 Por último, derivado de las negociaciones con empresas arrendadoras de equipos de perforación de 400 pies, de las características del equipo de perforación Decus, se lograron tarifas reducidas con Grupo R (2 equipos), Grupo México (2 equipos), Perforadora Latina (2 equipos) y Operadora CICSA (1 equipo).

## 2. CONSIDERACIONES

### 2.1 Régimen Aplicable

De conformidad con el apartado DECLARACIONES en su numeral 1.3 y 1.5 del **CONTRATO**, dicho acto jurídico se encuentra regulado por la Ley de Petróleos Mexicanos publicada en el Diario Oficial de la Federación (en adelante DOF) el 28 de noviembre de 2008, el Reglamento de la Ley de Petróleos Mexicanos publicado en el DOF el 4 de septiembre de 2009 y las Disposiciones Administrativas de Contratación en materia de arrendamientos, obras y servicios de las Actividades Sustantivas de carácter productivo de Petróleos Mexicanos y Organismos Subsidiarios (DAC) publicadas en el Diario Oficial de la Federación (DOF) el 6 de enero de 2010, por ser aplicables al momento de la formalización del **CONTRATO**.

Acorde a lo establecido en el Transitorio Décimo Tercero de La Ley de Petróleos Mexicanos vigente, publicada en el Diario Oficial de la Federación el 11 de Agosto de 2014 *"Los contratos, convenios y otros actos jurídicos celebrados por Petróleos Mexicanos y sus Organismos Subsidiarios que se encuentren vigentes a la entrada en vigor de la presente ley, se respetarán en los términos pactados....",* por lo que el **CONTRATO** continúa rigiéndose por el régimen jurídico bajo el cual se suscribió y en consecuencia, también la terminación anticipada objeto del presente Dictamen de Justificación.

### Terminación Anticipada.

Las Disposiciones Administrativas de Contratación en materia de arrendamientos, obras y servicios de las Actividades Sustantivas de carácter productivo de Petróleos Mexicanos y Organismos Subsidiarios (DAC) publicadas en el Diario Oficial de la Federación (DOF) el 6 de enero de 2010 (aplicables al momento de la formalización del CONTRATO, señalan lo conducente que:

11 de 29

**PEMEX®**
**PERFORACIÓN Y SERVICIOS**

SUBDIRECCIÓN DE OPERACIONES EN INTERVENCIONES A POZOS
GERENCIA DE PERFORACIÓN Y REPARACIÓN DE POZOS MARINA

JUSTIFICACIÓN TÉCNICA PARA LA TERMINACIÓN ANTICIPADA DEL CONTRATO No. 421004806

*"ARTÍCULO 75.- Los Organismos Descentralizados podrán convenir en el contrato la terminación anticipada, atendiendo a las necesidades del Proyecto Sustantivo, pudiendo considerar, de manera enunciativa y no limitativa, las siguientes causas:*

*(...).*

*V.     Cuando así lo determine el Organismo Descentralizado.*

*...).*

*La decisión de terminar anticipadamente un contrato deberá estar plenamente justificada por la Administradora del Proyecto, con apoyo de las Áreas de Servicio para la Contratación, y estar autorizada por el servidor público inmediato superior de la Administradora del Proyecto o en caso de que el procedimiento haya sido autorizado por el Consejo de Administración, se requerirá la autorización del Director General del Organismo Subsidiario correspondiente o del Director Corporativo, según sea el caso."*

En la cláusula DÉCIMA OCTAVA "TERMINACIÓN ANTICIPADA", del CONTRATO las partes acordaron lo siguiente:

*DÉCIMA OCTAVA.- TERMINACIÓN ANTICIPADA*

*"Ambas partes convienen y el ARRENDADOR está de acuerdo en que PEP podrá dar por terminado anticipadamente el presente Contrato en los siguientes supuestos:*

*...*

*b) Por razones debidamente justificadas, cuando así lo determine PEP.*

*...*

*b) Terminación Anticipada por determinación de PEP.- En caso de que PEP determine la terminación anticipada del contrato, comunicará al ARRENDADOR la fecha en que pretenda darlo por terminado anticipadamente, por lo menos con 30 (treinta) días naturales de anticipación, en el entendido de que los derechos y obligaciones de las partes se mantendrán en pleno vigor hasta que la terminación surta efectos jurídicos.*

*(...)"*

La justificación para dar por terminado anticipadamente el CONTRATO consiste en:

**2.2.1 Terminación Anticipada en atención al principio de competitividad previsto en el artículo 3°, fracción III y último párrafo de las DACS, derivado de que las negociaciones instruidas por el Consejo de Administración se obtuvieron mejores ofertas que la propuesta por el ARRENDADOR.**

**Preámbulo.**

Atendiendo a la importancia que reviste la decisión de terminar anticipadamente el Contrato, se hace referencia a las disposiciones normativas que lo rigen y aquellas que regulan el actuar de Petróleos Mexicanos y sus Empresas productivas Subsidiarias como PPS.

La Ley de Petróleos Mexicanos publicada en el DOF el 28 de noviembre de 2008, aplicable al **CONTRATO**, establece en su artículo 1 primer párrafo que la misma es de **interés público.**

Del mismo modo la Ley de Petróleos Mexicanos publicada en el DOF el 11 de agosto de 2014, en su artículo 1 dispone:

*"**Artículo 1.-** La presente Ley es Reglamentaria del artículo 25, párrafo cuarto de la Constitución y del Transitorio Vigésimo del Decreto por el que se reforman y adicionan diversas disposiciones de la Constitución Política de los Estados Unidos Mexicanos, en Materia de Energía, publicado en el Diario Oficial de la Federación el 20 de diciembre de 2013, **es de interés público** y tiene por objeto regular la organización, administración, funcionamiento, operación, control, evaluación y rendición de cuentas de la empresa productiva del Estado Petróleos Mexicanos, así como establecer su régimen especial en materia de:*




12 de 29

**PEMEX®**
**PERFORACIÓN Y SERVICIOS**

SUBDIRECCIÓN DE OPERACIONES EN INTERVENCIONES A POZOS
GERENCIA DE PERFORACIÓN Y REPARACIÓN DE POZOS MARINA

JUSTIFICACIÓN TÉCNICA PARA LA TERMINACIÓN ANTICIPADA DEL CONTRATO No. 421004806

> I.      Empresas productivas subsidiarias y empresas filiales;
>
> ...
>
> III.     Adquisiciones, arrendamientos, servicios y obras;
>
> ..."

El artículo 3 último párrafo de la Ley de Petróleos Mexicanos publicada en el DOF el 11 de agosto de 2014, establece que en caso de duda se deberá favorecer la interpretación que privilegie la mejor realización de los fines y objeto de Petróleos Mexicanos conforme a su naturaleza jurídica de empresa productiva del Estado con régimen especial.

El artículo 4 de la Ley de Petróleos Mexicanos publicada en el DOF el 11 de agosto de 2014 establece en lo que interesa, que Petróleos Mexicanos tiene como fin el desarrollo de actividades empresariales, económicas, industriales y comerciales en términos de su objeto, **generando valor económico** para el Estado Mexicano como su propietario, procurando el mejoramiento de la productividad para maximizar la renta petrolera del Estado y contribuir con ello al desarrollo nacional.

El artículo 5 de la Ley de Petróleos Mexicanos publicada en el DOF el 11 de agosto de 2014 dispone que Petróleos Mexicanos tiene por objeto llevar a cabo, en términos de la legislación aplicable, la exploración y extracción del petróleo y de los carburos de hidrógeno sólidos, líquidos o gaseosos, así como su recolección, venta y comercialización.

El numérico 6 de la Ley de Petróleos Mexicanos publicada en el DOF el 11 de agosto de 2014 estipula, en la parte que interesa, que Petróleos Mexicanos podrá realizar las actividades, operaciones o servicios necesarios para el cumplimiento de su objeto por sí mismo; con apoyo de sus empresas productivas subsidiarias, todo ello en términos de lo señalado en esta Ley y las demás disposiciones jurídicas aplicables.

El artículo 7 de la Ley de Petróleos Mexicanos publicada en el DOF el 11 de agosto de 2014 establece que **para cumplir con su objeto**, Petróleos Mexicanos podrá celebrar con el Gobierno Federal y con personas físicas o morales toda clase de actos, convenios, contratos, estando facultado para realizar las operaciones relacionadas directa o indirectamente con su objeto.

Por su parte, el artículo 59 de la Ley de Petróleos Mexicanos publicada en el DOF el 11 de agosto de 2014 establece en su primer párrafo, que Petróleos Mexicanos podrá contar con empresas productivas subsidiarias y; en su segundo párrafo, que Petróleos Mexicanos actuará a través de empresas productivas subsidiarias para realizar las actividades de exploración y extracción de hidrocarburos, sin perjuicio de lo dispuesto en el artículo 63 de esta Ley.

Las actividades de perforación de pozos que son objeto de **PPS**, están comprendidas en lo que se entiende por Exploración y Extracción, específicamente en el artículo 4 fracciones XIV y XV de la Ley de Hidrocarburos.

Asimismo, el artículo 60 de la ley de Petróleos Mexicanos publicada en el DOF el 11 de agosto de 2014 establece en su segundo párrafo, que a las empresas productivas subsidiarias se sujetarán, a lo dispuesto entre otros, los artículos 3 y 7 de esa Ley, tendrán por objeto las actividades que determine el Consejo de Administración de Petróleos Mexicanos, en términos del artículo 59, y operarán conforme al régimen especial previsto en esa Ley para Petróleos Mexicanos en materia de presupuesto; deuda; adquisiciones, arrendamientos, servicios y obras.

El Consejo de Administración de Petróleos Mexicanos es el órgano supremo de administración de Petróleos Mexicanos, será responsable de definir las políticas, lineamientos y visión estratégica de Petróleos Mexicanos, sus empresas productivas subsidiarias y sus empresas filiales, tiene entre sus funciones, (i) La conducción central y la dirección estratégica de las actividades empresariales, económicas e industriales de Petróleos Mexicanos, sus empresas productivas subsidiarias y empresas filiales; y (ii) Aprobar las directrices, prioridades y políticas generales relacionadas





13 de 29

**PEMEX®**

**PERFORACIÓN Y SERVICIOS**

SUBDIRECCIÓN DE OPERACIONES EN INTERVENCIONES A POZOS
GERENCIA DE PERFORACIÓN Y REPARACIÓN DE POZOS MARINA

JUSTIFICACIÓN TÉCNICA PARA LA TERMINACIÓN ANTICIPADA DEL CONTRATO No. 421004806

con las inversiones de Petróleos Mexicanos, de sus empresas productivas subsidiarias. Lo anterior con fundamento en el artículo 13 fracciones I y IV de la Ley de Petróleos Mexicanos publicada en el DOF el 11 de agosto de 2014.

El artículo 102 fracción II de la Ley de Petróleos Mexicanos publicada en el DOF el 11 de agosto de 2014, establece que Petróleos Mexicanos y sus empresas productivas subsidiarias ejercerán sus respectivos presupuestos conforme a lo siguiente, sin requerir autorización de la Secretaría de Hacienda y Crédito Público, para ello el Consejo de Administración de Petróleos Mexicanos autorizará el presupuesto correspondiente a los programas y proyectos de inversión de la empresa y sus empresas productivas subsidiarias. Del mismo modo el citado numérico en su fracción V establece que Determinarán los ajustes que correspondan en sus presupuestos en caso de disminución de ingresos, para cumplir con la meta de balance financiero aprobada.

El artículo 103 primer párrafo de la Ley de Petróleos Mexicanos publicada en el DOF el 11 de agosto de 2014, establece que el Consejo de Administración de Petróleos Mexicanos autorizará las adecuaciones a su presupuesto y al de sus empresas productivas subsidiarias.

PPS tiene como finalidad generar valor económico para el Estado Mexicano, como lo establece el artículo 1 párrafo segundo del ACUERDO de Creación de la Empresa Productiva del Estado Subsidiaria de Petróleos Mexicanos, denominada Pemex Perforación y Servicios, publicado en el DOF el 28 de Abril de 2015 (en lo subsecuente Acuerdo de Creación de PPS) y 2 del Estatuto Orgánico de Pemex Perforación y Servicios publicado en el DOF el 4 de septiembre de 2015, con sus reformas del 5 de enero de 2017 (Estatuto de PPS).

Conforme al artículo 2 fracciones I y XIII del Acuerdo de Creación de PPS, y 3 fracciones I y XIII del Estatuto de PPS, este tiene por objeto proveer servicios de perforación, terminación y reparación de pozos, así como la ejecución de los servicios a pozos, pudiendo celebrar con personas físicas o morales, nacionales o extranjeras, toda clase de actos, convenios y contratos para ello.

El Artículo 134 Constitucional establece que los recursos económicos de que dispongan la Federación, los estados, los municipios, el Distrito Federal, se administrarán, entre otros criterios, con eficiencia, eficacia, economía, para satisfacer los objetivos a los que estén destinados.

Del mismo modo artículo 1 segundo párrafo de la Ley Federal de Presupuesto y Responsabilidad Hacendaria, los sujetos obligados a cumplir las disposiciones de esta Ley deberán observar que la administración de los recursos públicos federales se realice, entre otros, con base en criterios de legalidad, eficiencia, eficacia, economía, racionalidad, austeridad y control.

Asimismo, es de mencionar que el artículo 3 fracción III y último párrafo de las DAC, establece que durante la ejecución de Contratos se considerará la Competitividad, que comprende las reglas y criterios para estar en condiciones de obtener las mejores ofertas del mercado.

*ARTICULO 3.- Los procedimientos de contratación que realicen los Organismos Descentralizados se apegarán a la legalidad y se llevarán a cabo conforme a lo establecido en los artículos 25, 27, 28 y 134 Constitucional; Ley Reglamentaria del Artículo 27 Constitucional y su Reglamento; la Ley, su Reglamento y demás relativos aplicables para lo cual se considerará lo siguiente:*

...

*III.    Competitividad: Se establecerán reglas, condiciones y criterios para promover la competencia entre los interesados y estar en posibilidad de obtener las mejores ofertas del mercado;*

...



14 de 29

**PEMEX**®

*PERFORACIÓN Y SERVICIOS*

SUBDIRECCIÓN DE OPERACIONES EN INTERVENCIONES A POZOS
GERENCIA DE PERFORACIÓN Y REPARACIÓN DE POZOS MARINA

JUSTIFICACIÓN TÉCNICA PARA LA TERMINACIÓN ANTICIPADA DEL CONTRATO No. 421004806

*Los principios antes señalados deberán considerarse en todas las fases del procedimiento de contratación y durante la ejecución de los contratos y concretarse en reglas, condiciones y criterios objetivos y verificables, con el objeto de facilitar la rendición de cuentas.*

Como corolario de lo anterior se concluye que, se actualizan causas justificadas para ejercer el derecho contractual de Terminar Anticipadamente el **CONTRATO**, por razones de interés público; es decir, que esa decisión le aporte el máximo valor económico, con base en criterios de legalidad, eficiencia, eficacia, economía, racionalidad, austeridad y tomando en cuenta el principio de competitividad para obtener las mejores ofertas del mercado.

**Panorama General presupuestal, del precio del crudo y equipos de perforación.**

El precio del petróleo crudo es volátil y su disminución afecta negativamente los ingresos y el flujo efectivo de **Petróleos Mexicanos**, PEP y PPS.

Los precios internacionales del petróleo están sujetos a la oferta y demanda internacional y fluctúan como consecuencia de diversos factores que están fuera del control de **Petróleos Mexicanos**, PEP y PPS. Esos factores entre otros, son: **Competencia** dentro del Sector del Petróleo, disponibilidad de precios y fuentes alternativas de energía, tendencias económicas internacionales, fluctuaciones en el tipo de cambio en las divisas, expectativas de inflación, regulaciones locales y extranjeras, acontecimientos políticos y otros hechos en las principales naciones productoras y consumidoras de petróleo, así como las medidas que adoptan los países exportadores de petróleo entorno a su venta y distribución, entre otros.

En ese contexto cada vez que los precios del petróleo disminuyen se genera un impacto a nivel mundial en todos los sectores (energéticos y comerciales) afectando la economía de diversas empresas, sin que **Petróleos Mexicanos**, PEP y PPS sean la excepción, lo que las obliga a reconsiderar o renegociar sus obligaciones con terceros; como resultado de ello, generalmente obtienen menores ingresos y por lo tanto generan un menor flujo de efectivo y menores rendimientos, debido a que los costos se mantienen constantes en una mayor proporción. Por el contrario, cuando los precios del petróleo aumentan, se obtienen mayores ingresos.

Por ejemplo, de los reportes que Petróleos Mexicanos presenta ante la Comisión Nacional Bancaria y de Valores (CNBV), Bolsa Mexicana de Valores (BMV) y Secuirity Exchange Commission (SEC) que es información pública disponible en las páginas de internet (www.cnbv.gob.mx; www.bmv.com.mx; www.pemex.com) es factible constatar que los precios de la mezcla de petróleo crudo mexicano, que habían cotizado generalmente por arriba de $75 USD por barril desde octubre de 2009 y cotizaron alrededor de $94.979 USD por barril al 30 de julio de 2014, los cuales empezaron a caer en agosto de 2014,

Después de una caída gradual que resultó que al 30 de septiembre de 2014 cayeran a 91.16 USD y que dicha caída se acelerara fuertemente hasta un precio de USD53.27 por barril a finales de 2014. Durante 2015 el precio promedio ponderado fue de aproximadamente 44.17 USD por barril y cayó a 26.54 USD por barril a finales de 2015. Durante 2016 el precio promedio de la mezcla de petróleo mexicano de exportación cayó hasta 18.90 USD por barril (el más bajo en 12 años), repuntando a 46.53 USD por barril el 28 de diciembre de 2016, con un promedio de 2016 de 35.63 USD por barril.

Según información contenida en la Administración de Información Energética de los Estados Unidos de América (Energy Information Administration) que es el organismo de estadística y de análisis del Departamento de Energía de los Estados Unidos de América, la caída en los precios del crudo a nivel internacional ha impactado a la baja las tarifas internacionales de los contratos relacionados con equipos de perforación a nivel global como se muestran en la siguiente gráfica.

15 de 29



**PEMEX**®
*PERFORACIÓN Y SERVICIOS*

SUBDIRECCIÓN DE OPERACIONES EN INTERVENCIONES A POZOS
GERENCIA DE PERFORACIÓN Y REPARACIÓN DE POZOS MARINA

JUSTIFICACIÓN TÉCNICA PARA LA TERMINACIÓN ANTICIPADA DEL CONTRATO No. 421004806

Según información contenida en Rigzone; U.S. Energy Information Administration alrededor del mundo, por tal motivo se han efectuado negociaciones en los contratos de plataformas de perforación, donde Petróleos Mexicanos no es la excepción. Si bien la respuesta de las tarifas diarias de plataformas a fluctuaciones en el precio del crudo no es inmediata, los contratos que se están pactando en el contexto de precios bajos de crudo se hacen a tarifas menores; incluso después de los recortes en tarifas negociada el año pasado, este año las Compañías de perforación han continuado reduciendo las tarifas de equipos en las nuevas negociaciones, lo que se sustenta con los Acuerdos emitidos por el Grupo de Trabajo de Negociaciones.

En el año 2013 el presupuesto de PEP osciló alrededor de 256 mil millones de pesos; en el 2014 en un estimado de 301 mil millones.

En 2015 el presupuesto de **PEP** fue de 252 mil millones de pesos (estimado de 48 mil millones de pesos menos con respecto al año 2014, más la reducción presupuestal de 47 mil millones de pesos instruida en el oficio SPE-001-2015 de fecha 7 de enero de 2015.

En el año 2016 se redujo aún más, a 216 mil millones de pesos (casi 85 mil millones de pesos menos con respecto al año 2014), más la reducción de en el que se puede apreciar que el recorte para PEP fue de 46.8 mil millones de pesos, que se sustenta con el comunicado de prensa del 29 de febrero de 2016 (publicado en la dirección electrónica http://www.pemex.com/saladeprensa/boletines_nacionales/Paginas/2016-015-nacional.aspx).



**PEMEX**®

**PERFORACIÓN Y SERVICIOS**

SUBDIRECCIÓN DE OPERACIONES EN INTERVENCIONES A POZOS
GERENCIA DE PERFORACIÓN Y REPARACIÓN DE POZOS MARINA

JUSTIFICACIÓN TÉCNICA PARA LA TERMINACIÓN ANTICIPADA DEL CONTRATO No. 421004806

En el año 2017, de los 168 mil millones de pesos originalmente autorizados **PEP** sufrió una contención de 28 mil millones de pesos, resultando un presupuesto estimado a ejercer por el orden de 140 mil millones de pesos.

Lo anterior encuentra cobijo en los oficios que se adjuntan como **Anexo 20:**

**a)** DCF-SPP-31-2013 de 16 de enero de 2013 (Oficio liberación de inversión Presupuesto de Egresos de la Federación (PEF) 2013.

**b)** DCF-SPP-535-2013 de 31 de diciembre de 2013 (Oficio liberación de inversión 2014, Presupuesto de Egresos de la Federación (PEF).

**c)** DCF-SPP-357-2014 de 31 de diciembre de 2014 Oficio liberación de inversión Presupuesto de Egresos de la Federación (PEF) 2015.

La contención presupuestal 2015 se acredita con **(i)** el oficio SPE-001-2015 de fecha 7 de enero de 2015 y **(ii)** el Acuerdo No. CA-010/2015 emitido por el Consejo de Administración de Petróleos Mexicanos en su Sesión 887 Extraordinaria de fecha 13 de febrero de 2015, rubro I.1 Ajuste al presupuesto 2015. Los documentos forman parte de los anexos citados en antecedentes del presente documento.

**d)** DCF-SPP-344-2014 de 31 de diciembre de 2015 Oficio liberación de inversión Presupuesto de Egresos de la Federación (PEF) 2016.

La reducción presupuestal 2016 se acredita con **(i)** el comunicado de prensa 020-2016 de 17 de febrero de 2016, emitido por la SHCP consultable en la dirección electrónica https://www.gob.mx/shcp/prensa/comunicado-de-prensa-020-2016), **(ii)** el Acuerdo CA-013/2016 emitido por el Consejo de Administración de Petróleos Mexicanos en Sesión 905 Extraordinaria del 26 de febrero de 2016 y, **(iii)** el comunicado de prensa del 29 de febrero de 2016 (publicado en la dirección electrónica http://www.pemex.com/saladeprensa/boletines_nacionales/Paginas/2016-015-nacional.aspx), en el que se puede apreciar que el recorte para PEP fue de 46.8 mil millones de pesos. Los documentos forman parte de los anexos citados en antecedentes del presente documento.

**e)** DCF-SP-320-2016 de 29 de diciembre de 2016 Presupuesto autorizado y calendarios gasto neto total para el ejercicio fiscal 2017, y la contención presupuestal 2017 se acredita con el oficio DCF-171-2017 / DCAS-DOPA-47-2017 de 18 de abril de 2017.

Del presupuesto autorizado en el año 2014 al presupuesto autorizado en el año 2017 incluida la contención presupuestal de ese año, **PEP** sufrió una reducción notable en su presupuesto a ejercer, en un estimado de 162 mil millones de pesos, (54%aproximadamente del presupuesto) lo que como consecuencia ineludible implicó una disminución en las actividades de perforación, afectando los programas operativos de **PEP** que resultaron afectados durante el año 2017, reduciendo considerablemente el nivel de actividad respecto de años anteriores, como se desprende del siguiente esquema.







**PEMEX**®
**PERFORACIÓN Y SERVICIOS**

SUBDIRECCIÓN DE OPERACIONES EN INTERVENCIONES A POZOS
GERENCIA DE PERFORACIÓN Y REPARACIÓN DE POZOS MARINA

JUSTIFICACIÓN TÉCNICA PARA LA TERMINACIÓN ANTICIPADA DEL CONTRATO No. 421004806



El presupuesto de PEP se ha visto reducido en un ~44%-54% entre 2014 y 2017, lo cual implica una disminución en las actividades de perforación

La reducción presupuestal ha ocasionado que el número de equipos marinos de compañía con operación programada disminuya en el año 2017, de 37 equipos marinos operando, al final del 2017 el presupuesto solo alcanzará para sostener 15 equipos trabajando, muchos menos del 50% con que se inició el año; lo anterior como se demuestra en la siguiente tabla:







**SUBDIRECCIÓN DE OPERACIONES EN INTERVENCIONES A POZOS**
**GERENCIA DE PERFORACIÓN Y REPARACIÓN DE POZOS MARINA**

*JUSTIFICACIÓN TÉCNICA PARA LA TERMINACIÓN ANTICIPADA DEL CONTRATO No. 421004806*

### El número de equipos marinos de compañía con operación programada disminuirá en 2017 por la disponibilidad presupuestal



Comportamiento de la Industria Petrolera al momento de la celebración del CONTRATO

Es de considerar que para la contratación de Adquisiciones, Arrendamientos, Obras y Servicios de las Actividades Sustantivas de Carácter Productivo que prevé la Fracción II del Artículo 2 del Reglamento de la Ley de Petróleos Mexicanos (publicado en el DOF el 4 de septiembre de 2009 y aplicable al CONTRATO), se toman en cuenta los "CRITERIOS GENERALES DE POLÍTICA ECONÓMICA PARA LA INICIATIVA DE LEY DE INGRESOS Y EL PROYECTO DE PRESUPUESTO DE EGRESOS DE LA FEDERACIÓN CORRESPONDIENTES AL EJERCICIO FISCAL" del año correspondiente.

Los criterios incluyen presupuestos del precio del petróleo actual y su promedio estimado en los años venideros. Para el año 2012, los Criterios generales en síntesis establecieron un precio de referencia para la mezcla mexicana de crudo de exportación de 84.9 dpb (dólares por barril). Esta estimación anual del precio del petróleo toma en cuenta criterios establecidos en Ley Federal de Presupuesto y Responsabilidad Hacendaria, mismo que establece que el valor del precio que se utiliza como parámetro en la formulación de la Ley de Ingresos de la Federación, por lo que no deberá superar el cálculo establecido en los Criterios Generales de Política Económica. La información anterior es consultable en la siguiente dirección electrónica, numeral V.1.1 "Precio del Petróleo", del numeral V. PERSPECTIVAS ECONÓMICAS PARA 2012, páginas 79 a 81 del archivo electrónico:
http://finanzaspublicas.hacienda.gob.mx/work/models/Finanzas_Publicas/docs/paquete_economico/cgpe/cgpe_2012.pdf





19 de 29

**PEMEX**®

**PERFORACIÓN Y SERVICIOS**

SUBDIRECCIÓN DE OPERACIONES EN INTERVENCIONES A POZOS
GERENCIA DE PERFORACIÓN Y REPARACIÓN DE POZOS MARINA

JUSTIFICACIÓN TÉCNICA PARA LA TERMINACIÓN ANTICIPADA DEL CONTRATO No. 421004806

Es el caso, que bajo los escenarios en que fue planteado el **CONTRATO**, que comprende desde la fecha de elaboración del Modelo Económico en fecha 06 de agosto de 2013, que le da origen, el precio de la Mezcla Mexicana de Barril Diario de Petróleo (BDP) estaba a un precio de $99.717 USD., es por ello que se implementó una estrategia de contratación de equipos de perforación para aprovechar los precios del mercado del barril de petróleo, lo cual puede ser consultable en las siguientes páginas electrónicas:

http://www.sgm.gob.mx/Web/SINEM/energeticos/wti_brent_mme.html#diario

http://sie.energia.gob.mx/bdiController.do?action=cuadro&cvecua=DIIE_C19_ESP

Los "Criterios Generales de Política Económica para la Iniciativa de Ley de Ingresos y el Proyecto de Presupuesto de Egresos de la Federación correspondientes al Ejercicio Fiscal de 2013", establecieron un precio de referencia esperado para el 2013 de 84.9 Dólares por Barril, consultable en el numeral IV.1.1 "Precio del Petróleo", del numeral IV. PERSPECTIVAS ECONÓMICAS PARA 2013, páginas 51 a 54, de la siguiente página electrónica:

http://finanzaspublicas.hacienda.gob.mx/work/models/Finanzas_Publicas/docs/paquete_economico/cgpe/cgpe_2013.pdf

Del mismo modo, el 27 de enero de 2014 fecha de formalización del **CONTRATO**, el precio de la Mezcla Mexicana de BDP estaba a un precio de $89.696 USD, lo cual puede ser consultable en las siguientes páginas electrónicas:

http://www.sie.energia.gob.mx/bdiController.do?action=cuadro&cvecua=DIIE_C19_ESP

http://www.sgm.gob.mx/Web/SINEM/energeticos/wti_brent_mme.html#diario

Los Criterios Generales de Política Económica 2014, establecieron un precio de referencia esperado para el 2014 de 81.0 Dólares por Barril, consultable en el numeral 4.1.2 "Precio del Petróleo", del numeral 4. LINEAMIENTOS DE POLÍTICA FISCAL Y PERSPECTIVAS ECONÓMICAS PARA 2014, páginas 68 a 71, de la siguiente página electrónica:
http://www.diputados.gob.mx/PEF2014/ingresos/cgpe.pdf

Como puede apreciarse, en los años 2013 y 2014 el comportamiento de los precios de la mezcla mexicana del petróleo en el mercado internacional heran sumamente altos, lo que alentó la contratación de equipos de perforación.

No obstante que los primeros dos cuatrimestres del año de 2014 los precios de la mezcla mexicana se mantuvieron estables, el último cuatrimestre los precios descendieron estrepitosamente, como se plasma a continuación:

Fuente: http://sie.energia.gob.mx/bdiController.do?action=cuadro&cvecua=DIIE_C19_ESP

| Sistema de Información Energética | | | | | |
|---|---|---|---|---|---|
| Secretaría de Energía | | | | | |
| Dirección General de Planeación e Información Energéticas | | | | | |
| Precios y exportaciones de petróleo crudo 1 | | | | | |
| (Dólares por barril y miles de barriles diarios) | REALES-MENSUAL | | | | |
| | Ago/2014 | Sep/2014 | Oct/2014 | Nov/2014 | Dic/2014 |
| Precios (Dólares por barril) 2 | | | | | |
| Mezcla de petróleo crudo | 90.80371 | 85.82202 | 75.23261 | 66.94425 | 50.98485 |

Comportamiento de la Industria Petrolera, reducción presupuestal, negociaciones 2015.

20 de 29

**PEMEX** ®
*PERFORACIÓN Y SERVICIOS*

SUBDIRECCIÓN DE OPERACIONES EN INTERVENCIONES A POZOS
GERENCIA DE PERFORACIÓN Y REPARACIÓN DE POZOS MARINA

JUSTIFICACIÓN TÉCNICA PARA LA TERMINACIÓN ANTICIPADA DEL CONTRATO No. 421004806

Los "Criterios Generales de Política Económica para la Iniciativa de Ley de Ingresos y el Proyecto de Presupuesto de Egresos de la Federación correspondientes al Ejercicio Fiscal 2015", establecieron un precio de referencia esperado para el 2015 de 82.0 Dólares por Barril, consultable en el numeral 4.1.2 "Precio del Petróleo", del numeral 4. Perspectivas Económicas y Lineamientos de Política Fiscal y Económica para 2015, páginas 94 a 98, de la siguiente página electrónica:

http://www.apartados.hacienda.gob.mx/presupuesto/temas/ppef/2015/paquete/criterios_generales_pe_2015.pdf

Derivado de la reducción del precio del petróleo en el último cuatrimestre del año 2014, se realizaron acciones con la finalidad de optimizar recursos y buscar las mejores ofertas del mercado, buscando precios competitivos negociando con las empresas, como el **ARRENDADOR**, como se muestra a continuación:

(a) Se emitió el oficio número SPE-001-2015 de fecha 7 de enero de 2015, en el que la Subdirección de Planeación y Evaluación de Pemex Exploración y Producción, manifestó que en relación a los oficios citados en el apartado de antecedentes de dicho escrito, donde varias Subdirecciones solicitan y en algunos casos, reiteran la necesidad de requerimientos adicionales en el presupuesto de inversión autorizados para 2015, les informó a todas las Subdirecciones que bajo los escenarios actuales de los precios internacionales de crudo y a la reducción en las expectativas de los programas de producción de ese año, el Corporativo requirió a PEP, una reducción presupuestal de alrededor de 47 mil millones de pesos para disminuir el impacto negativo en el estado de resultados del presente año, lo que implicó la necesidad de ajustar nuevamente los techos presupuestales.

Que en base a lo anterior, cada una de sus áreas deberá reforzar los análisis de priorización y ajuste a las actividades 2015, a fin de cancelar y diferir las que representen el menor beneficio pero sin comprometer la integridad de personal e instalaciones de PEP.

Por otro lado, dentro de las negociaciones de ajuste presupuestal se mantiene la revisión con el Corporativo de la posibilidad de financiar pozos y obras en 2015, con el fin de no afectar las metas de producción, pero de conseguir financiamiento para actividades productivas con el fin de liberar su presupuesto asignado, estas deberán aportar ingresos suficientes para pagar el capital e intereses derivados de esos financiamientos.

...

(b) El Consejo de Administración en ejercicio de sus funciones emitió Acuerdo No. CA-010/2015 en su Sesión 887 Extraordinaria de fecha 13 de febrero de 2015, rubro I.1 Ajuste al presupuesto 2015, específicamente en su punto Primero inciso e), Aprobó el Ajuste al Presupuesto 2015 por la cantidad de $62 mil millones, Reducciones de gasto en actividades extractivas de hidrocarburos que no impactan directamente a la plataforma de producción, e instruyó a la Administración a iniciar los actos necesarios para la implementación de dichas resoluciones a partir de esta fecha, incluyendo los ajustes a los proyectos y contratos que se ubiquen en tales supuestos.

En el punto Cuarto del Acuerdo primer párrafo señaló que, por lo que respecta a la revisión de los proyectos y contratos presentados a ese Consejo, autorizó a la Administración a negociar y acordar la modificación de plazos, montos, tarifas y, en general, toda estipulación que pueda adecuarse a reducir costos y promover eficiencias en forma integral y en beneficio de los intereses de Petróleos Mexicanos y de sus Organismos Subsidiarios, incluyendo aquellas que versen sobre términos para los que se requiriese la autorización previa de este Consejo en términos del artículo 10 de las DAC.

21 de 29

**PEMEX®**

**PERFORACIÓN Y SERVICIOS**

SUBDIRECCIÓN DE OPERACIONES EN INTERVENCIONES A POZOS
GERENCIA DE PERFORACIÓN Y REPARACIÓN DE POZOS MARINA

JUSTIFICACIÓN TÉCNICA PARA LA TERMINACIÓN ANTICIPADA DEL CONTRATO No. 421004806

Asimismo, autorizó a la Administración a formalizar las terminaciones anticipadas que procedan conforme a los términos pactados en los propios contratos, procurando en todo caso que los finiquitos correspondientes sean en las mejores condiciones para efectos del Ajuste al Presupuesto 2015.

Producto de las negociaciones implementadas en observancia al Acuerdo No. CA-010/2015, se formalizaron con el ARRENDADOR los Convenios Modificatorios Uno y Dos señalados en el capítulo de Antecedentes Contractuales, como consta en los antecedentes de los mencionados actos jurídicos.

Es importante mencionar que el precio promedio de la mezcla mexicana de barril de petróleo mexicano en el año 2015 fue de: $43.118, precio sumamente inferior a la proyectada en los Criterios Generales de Política Económica para la Iniciativa de Ley de Ingresos y el Proyecto de Presupuesto de Egresos de la Federación correspondientes al Ejercicio Fiscal 2015, lo cual puede ser consultable en la siguiente página electrónica del Sistema de Información Energética de la Secretaría de Energía:

http://sie.energia.gob.mx/bdiController.do?action=cuadro&cvecua=DIIE_C19_ESP

**Comportamiento de la Industria Petrolera, reducción presupuestal y negociaciones 2016.**

Los "Criterios Generales de Política Económica para la Iniciativa de Ley de Ingresos y el Proyecto de Presupuesto de Egresos de la Federación correspondientes al Ejercicio Fiscal 2016", establecieron un precio de referencia esperado para el 2016 de 50.0 Dólares por Barril, consultable en el numeral 4.1.2 "Precio del Petróleo", del numeral 4. Perspectivas Económicas y Lineamientos de Política Fiscal y Económica para 2016, páginas 89 a 91, de la siguiente página electrónica:
http://www.shcp.gob.mx/POLITICAFINANCIERA/FINANZASPUBLICAS/finanzas_publicas_criterios/cgpe_2016.pdf

Como los precios de la mezcla mexicana del petróleo en el año 2015 continuaban en picada, lo que se reflejaba diariamente en el precio del barril de petróleo en el año 2016, se anunciaron e implementaron las siguientes acciones:

(a) El comunicado de prensa **020-2016 SHCP** publicado el 17 de febrero de 2016, en la dirección electrónica **https://www.gob.mx/shcp/prensa/comunicado-de-prensa-020-2016**, la Secretaría de Hacienda y Crédito Público anunció que derivado que desde el inicio de 2016 se incrementó la volatilidad en los mercados financieros internacionales, asociada principalmente a una nueva caída en el precio del petróleo, por tanto comunicó el ajuste preventivo al gasto público de las dependencias y entidades de la Administración Pública Federal (APF) que ascendió a 132.3 miles de millones de pesos, monto que representa el 0.7% por ciento del PIB. Este monto incluye ajustes de 100 mil millones pesos en PEMEX.

**Nota:** Con el comunicado en síntesis se sustenta la instrucción del ajuste al gasto público, incluyendo el ajuste de 100 mil millones de pesos en PEMEX que comprende a sus Empresas Productivas, en razón que conforme a los artículos 6 y 59 de la Ley de Petróleos Mexicanos publicada en el Diario Oficial de la Federación el 11 de agosto de 2014, Petróleos Mexicanos actúa a través de sus empresas productivas en las actividades de exploración y extracción de hidrocarburos, que comprenden la perforación de pozos que son objeto de PPS, por así señalarlo la definición de Exploración y Extracción que realiza la Ley de Hidrocarburos en su artículo 4 fracciones XIV y XV.

(b) En Sesión 905 Extraordinaria de 26 de febrero de 2016, el Consejo de Administración de Petróleos Mexicanos emitió el Acuerdo CA-013/2016, en el que Aprobó el Ajuste al Presupuesto de Petróleos Mexicanos y sus Empresas Productivas Subsidiarias 2016, por cuando menos una disminución de 100 mil millones de pesos, Autorizando también que se realice la adecuación al presupuesto del ejercicio fiscal 2016, en virtud del ajuste



 

22 de 29

**PEMEX®**
**PERFORACIÓN Y SERVICIOS**

SUBDIRECCIÓN DE OPERACIONES EN INTERVENCIONES A POZOS
GERENCIA DE PERFORACIÓN Y REPARACIÓN DE POZOS MARINA

JUSTIFICACIÓN TÉCNICA PARA LA TERMINACIÓN ANTICIPADA DEL CONTRATO No. 421004806

aprobado derivado de una disminución de los ingresos propios, para cumplir el balance financiero aprobado por el Congreso de la Unión.

**Nota:** Con el documento se acredita que el Consejo de Administración, en ejercicio de sus facultades legales, aprobó del ajuste al Presupuesto de Petróleos Mexicanos y sus Empresas Productivas Subsidiarias 2016, por cuando menos una disminución de 100 mil millones de pesos, impactando a **PEP** y **PPS** en su calidad de Empresas Productivas del Estado.

(c) Mediante comunicado de prensa del 29 de febrero de 2016, publicado en la dirección electrónica http://www.pemex.com/saladeprensa/boletines_nacionales/Paginas/2016-015-nacional.aspx   Petróleos Mexicanos informó que el Consejo de Administración aprobó el plan de ajuste al presupuesto de Pemex para 2016 de 100 mil mdp, para enfrentar la caída en los precios del petróleo, en razón que la Ley de Ingresos para 2016 contemplaba un precio por barril de petróleo de 50 dólares y, en esa actualidad, el precio promedio esperado para ese año era de 25 dólares por barril. Esa disminución en el precio del crudo le planteó serios problemas de liquidez a Petróleos Mexicanos que demandaron un ajuste de 100 mil millones de pesos para cumplir con la meta financiera; PEP sufrió un recorte de 46. 8 mil millones de pesos.

| Líneas de acción<br>MXN miles de millones | Corporativo | Otras EPS* | Logística | TRI | PEP** | Total |
|---|---|---|---|---|---|---|
| • Generar eficiencias y reducir costos | 13.1 | 0.1 | 1.8 | 0.8 | 13.1 | 28.9 |
| • Diferir / replantear inversiones comprometiendo lo menos posible la producción futura | 0.0 | 0.2 | 1.8 | 35.4 | 27.5 | 64.9 |
| • Ajustar el gasto de operación e inversión a la caída de USD 50 a USD 25 promedio por barril | 0.0 | 0.0 | 0.0 | 0.0 | 6.2 | 6.2 |
| TOTAL | 13.1 | 0.3 | 3.6 | 36.2 | 46.8 | 100.0 |

**Nota:** Con dicho comunicado se sustenta la difusión del Director General de Pemex informando que el Consejo de Administración de Petróleos Mexicanos aprobó el plan de ajuste al presupuesto de Pemex 2016 de 100 mil mdp, para enfrentar la caída en los precios del petróleo, en razón que la Ley de Ingresos para 2016 contemplaba un precio por barril de petróleo de 50 dólares y, en esa actualidad, el precio promedio esperado para ese año era de 25 dólares por barril, lo que le planteó serios problemas de liquidez a Petróleos Mexicanos.

(d) El Consejo de Administración de Petróleos Mexicanos en Sesión Ordinaria número 906 de 4 de marzo de 2016, emitió el Acuerdo No. CA-019/2016, I.5 "Implementación del Ajuste al Presupuesto de Petróleos Mexicanos y sus Empresas Productivas Subsidiarias 2016", señalando que en relación con el ajuste al Presupuesto de Petróleos Mexicanos y sus Empresas Productivas Subsidiarias 2016, autorizó a la Administración a negociar y acordar la modificación de los contratos, suspensiones y terminaciones anticipadas.

**Nota:** El Consejo de Administración de Petróleos Mexicanos, ante las circunstancias de ajuste al presupuesto de Petróleos Mexicanos y sus Empresas Productivas Subsidiarias 2016, autorizó negociar y acordar la modificación de los contratos, suspensiones y terminaciones anticipadas.




23 de 29

**PEMEX®**
**PERFORACIÓN Y SERVICIOS**

SUBDIRECCIÓN DE OPERACIONES EN INTERVENCIONES A POZOS
GERENCIA DE PERFORACIÓN Y REPARACIÓN DE POZOS MARINA

JUSTIFICACIÓN TÉCNICA PARA LA TERMINACIÓN ANTICIPADA DEL CONTRATO No. 421004806

(e) Con la Minuta de 15 de julio de 2016, se acreditan las negociaciones, propuestas, contrapropuestas, para finalmente llegar a un acuerdo respecto de sus equipos de perforación, incluido el objeto del CONTRATO.

(f) El Convenio Modificatorio Tres de fecha 14 de noviembre de 2016, en el que ambas partes convinieron la que la tarifa diaria contractual de la plataforma Decus será reducida temporalmente a US$116,300.00, tarifa que se aplicará a partir del día 1 de junio de 2016 y hasta el día 31 de mayo de 2017. Asimismo, se acordó la ampliación de plazo del CONTRATO por 731 días naturales, el incremento de monto del CONTRATO en $176'600,000.00 USD (Ciento setenta y seis millones seiscientos mil dólares, 00/100 de los Estados Unidos de América), y la Modificación a las Condiciones de Pago.

**Nota:** Con el Convenio Modificatorio Tres se sustenta, como se desprende del capítulo de Antecedentes del citado Convenio, que con base en el Acuerdo No. CA-019/2016 del Consejo de Administración de Petróleos Mexicanos, en aras de privilegiar el cumplimiento del CONTRATO y promover eficiencias en forma integral, se realizaron negociaciones con el ARRENDADOR, derivado precisamente, del ajuste al presupuesto sufrido por Petróleos Mexicanos y sus Empresas Productivas en el 2016, por lo que era necesario tomar medidas para preservar los intereses de PPS. El citado Convenio también refleja los acuerdos de las negociaciones implementadas por el Grupo de Trabajo de Negociaciones, como puede advertirse en el Antecedente VI del Convenio Tres en síntesis.

Es importante mencionar que de acuerdo al Sistema de Información Energética, el precio del petróleo en 2016 no llegó al precio de los 50 dólares por barril estimado en los Criterios Generales 2016, o mayor aún, solo los meses de octubre y diciembre de 2016 los precios superaron ligeramente la barrera de los 40 dólares por barril, información consultable en la siguiente página del Sistema de Información Energética de la Secretaría de Energía, como a continuación se indica:

Precio Dólares por Barril (DPB)

| Concepto | Ene/2016 | Feb/2016 | Mar/2016 | Abr/2016 | May/2016 | Jun/2016 | Jul/2016 | Ago/2016 | Sep/2016 | Oct/2016 | Nov/2016 | Dic/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mezcla de petróleo crudo | 23.91061 | 24.47994 | 29.44453 | 32.27916 | 37.26815 | 40.05207 | 38.74628 | 38.40324 | 37.7581 | 41.34854 | 38.8795 | 42.76237 |

Fuente: http://sie.energia.gob.mx/bdiController.do?action=cuadro&cvecua=DIIE_C19_ESP

Como ha quedado patente, los precios de referencia de la mezcla mexicana que fueron proyectados en los años 2015 y 2016 que comprende el plazo de ejecución del contrato, fueran totalmente distintos y contrarios a lo esperado, creando conflicto entre los precios de renta diaria de las plataformas, aun así les sea ofertado un descuento, que se invierte para la extracción del crudo, contra el precio de venta final del barril, puesto que declinó por más de 50 dólares, conforme al precio estimado de la mezcla mexicana de barril de petróleo posterior a las fecha del Modelo Económico y formalización del CONTRATO.

**Reducción presupuestal, negociaciones 2017 bajo el principio de Competitividad.**

En el año 2017 la situación no ha cambiado con respecto al año 2016, el precio de la mezcla mexicana se encuentra a bajos precios de mercado, con un estimado de alrededor de 40 USD por barril:

| Sistema de Información Energética | | | |
|---|---|---|---|
| Secretaría de Energía | | | |
| Dirección General de Planeación e Información Energéticas | | | |




SUBDIRECCIÓN DE OPERACIONES EN INTERVENCIONES A POZOS
GERENCIA DE PERFORACIÓN Y REPARACIÓN DE POZOS MARINA

**JUSTIFICACIÓN TÉCNICA PARA LA TERMINACIÓN ANTICIPADA DEL CONTRATO No. 421004806**

| Precios y exportaciones de petróleo crudo 1 | | | | | | | |
|---|---|---|---|---|---|---|---|
| (Dólares por barril y miles de barriles diarios) | | | | | | | |
| | REALES-MENSUAL | | | | | | |
| | Ene/2017 | Feb/2017 | Mar/2017 | Abr/2017 | May/2017 | Jun/2017 | Jul/2017 |
| Precios (Dólares por barril) 2 | | | | | | | |
| Mezcla de petróleo crudo | 45.37955 | 44.74541 | 42.15618 | 43.49383 | 43.88032 | 41.26067 | N/D |

Fuente: http://sie.energia.gob.mx/bdiController.do?action=cuadro&cvecua=DIIE_C19_ESP

Conforme a la situación prevaleciente en el año 2017, de bajos precios del barril de petróleo mexicano y reducción presupuestal, el Consejo de Administración de Petróleos Mexicanos, emitió Acuerdo CA-016/2017 de 1 de marzo de 2017, que en su numeral Primero Autorizó a la Administración a negociar y acordar la modificación de los contratos, suspensiones y terminaciones anticipadas.

En observancia al Acuerdo CA-016/2017, se continuó la con la estrategia de negociación de Contratos que en años anteriores se había implementado con las mismas empresas del ramo petrolero, bajo el principio de Competitividad establecido en el artículo 3 fracción III aplicable a la ejecución de los Contratos en términos del último párrafo del citado precepto 3 de las DAC; lo anterior con la finalidad de obtener las mejores ofertas del mercado de equipos de perforación, en cuanto a reducción de las tarifas de los mismos.

La propuesta inicial de Petróleos Mexicanos fue desde el inicio, privilegiar el cumplimiento de los Contratos formalizados con el ARRENDADOR, lo que se sustenta con la Minuta Interna de 23 de marzo de 2017 suscrita por las partes, que tuvo por Objetivo "Negociación 2017 Equipos de Perforación con la empresa Perforadora Oro Negro, S. de R.L. de C.V.", para ello al ARRENDADOR se le presentaron los integrantes del Grupo de Trabajo de Negociaciones (GTN) cuya participación se da en términos del Acuerdo del Consejo de Administración de PEMEX CA-016/17 de fecha 1 de marzo 2017, que autoriza a la Administración a negociar y acordar la modificación de los contratos, suspensiones y terminaciones anticipadas.

En la reunión se le expresó la disponibilidad del presupuesto para el ejercicio 2017, en relación a la actividad de perforación, utilización de equipos y pozos considerados para el mismo ejercicio, así como el entorno del mercado de equipos de perforación en el mundo tanto autoelevables y semisumergibles, y su comportamiento respecto al precio.

Se le hizo del conocimiento al ARRENDADOR la propuesta de PEMEX para estar en posibilidades de cumplir con su actividad durante 2017, conforme a lo siguiente:

- *"Decus: Tarifa diaria de 116,300 USD por un periodo de seis meses a partir del 1° de junio de 2017; así como inclusión de fórmula de ajuste.*
- *Fortius: Tarifa diaria de 116,300 USD por un periodo de seis meses a partir del 1° de junio de 2017; así como inclusión de fórmula de ajuste.*
- *Impetus: Tarifa diaria de 116,300 USD por un periodo de seis meses a partir del 1° de junio de 2017; así como inclusión de fórmula de ajuste.*
- *Laurus: Suspensión a partir del 1° de mayo al 31 de octubre de 2017. Tarifa diaria de 116,300 USD con fórmula de ajuste semestral.*
- *Primus: Suspensión a partir de 12 de septiembre de 2017 hasta reactivarse en el último bimestre de 2018. Tarifa diaria de 116,300 USD con fórmula de ajuste semestral."*

Derivado de las negociaciones, en reunión de 23 de marzo de 2017, puede advertirse que la propuesta inicial de Pemex para el CONTRATO era la continuidad con una tarifa diaria de $116,300 por un periodo de seis meses a partir del 1 de junio de 2017, por ser un equipo de perforación contratado bajo la modalidad REMI MIXTO (Renta con





25 de 29

**PEMEX**®
**PERFORACIÓN Y SERVICIOS**

SUBDIRECCIÓN DE OPERACIONES EN INTERVENCIONES A POZOS
GERENCIA DE PERFORACIÓN Y REPARACIÓN DE POZOS MARINA

JUSTIFICACIÓN TÉCNICA PARA LA TERMINACIÓN ANTICIPADA DEL CONTRATO No. 421004806

Mantenimiento Integral que incluye el personal de operación), de lo que se desprende que se honró el mantener vivas las obligaciones del CONTRATO.

Continuando con las negociaciones con el ARRENDADOR bajo un esquema de competitividad, el 06 de abril de 2017 en reunión con el ARRENDADOR que tuvo por Objetivo "Negociación 2017 Equipos de Perforación con la empresa Perforadora Oro Negro, S. de R.L. de C.V.", quedó asentado que este solicitó a Pemex remitiera por escrito las propuestas de negociación para entregar una oferta.

Por correo electrónico de 7 de abril de 2017, se le realizó una propuesta al ARRENDADOR, conforme al Acuerdo del Consejo de Administración de PEMEX CA-016/17 de fecha del 1° de marzo 2017, y con base en el presupuesto asignado para el ejercicio 2017 aunado a la contención del gasto para el mismo ejercicio, reiterando lo manifestado por el Grupo de Trabajo para las Negociaciones en las reuniones sostenidas el 23 de marzo y 6 de abril del presente.

Posteriormente, por oficio DCAS-DOPA-CPAEP-GCSEP-386-2017 de fecha 06 de julio de 2017, se le comunicó a la empresa Perforadora Oro Negro, S. de R.L. de C.V., la propuesta de negociación de Pemex, entre otros, para continuar con el arrendamiento del Equipo Autoelevable Decus, en términos del acuerdo del Consejo de Administración CA-016/2017, a fin de negociar con el Arrendador tanto las tarifas aplicables como el índice que se utilizaría para calcular las mismas durante la vigencia del contrato. En lo medular, la propuesta para el CONTRATO consistió en:

2. Equipo A/E Decus (No. 421004806), continuidad operativa conforme al programa operativo con una tarifa diaria de 116,300 USD por un periodo de seis meses a partir del 1° de junio al 30 de noviembre de 2017. Del 1° de diciembre de 2017 la tarifa diaria estará determinada conforme al resultado de aplicar el mecanismo de ajuste que se incluirá en el convenio correspondiente.

Como puede advertirse la propuesta final contenida en el oficio DCAS DCAS-DOPA-CPAEP-GCSEP-386-2017 para el caso del equipo de perforación Decus, fue en todo momento privilegiar las relaciones entre la partes al ser tendientes a mantener vigentes las obligaciones del CONTRATO y buscar soluciones ante este clima adverso de reducción presupuestal, por lo que era necesario optimizar recursos bajo principios de austeridad y racionalidad presupuestal, buscando para ello la competencia entre los Arrendadores que ofertaran las mejores propuestas de reducción de tarifa diaria de equipos de perforación, estableciendo las mismas reglas y criterios para todos.

Por escrito sin número de 13 de julio de 2017, el ARRENDADOR respondió a la propuesta planteada por Pemex, respecto a la reducción de las tarifas, entre otros, del arrendamiento del equipo "Decus", manifestando que la propuesta no resulta aceptable, ya que compromete su viabilidad y no le permite el cumplimiento de sus obligaciones contraídas con terceros, en razón de que como resultado de los Convenios Modificatorios Oro Negro ha visto reducido sus ingresos y prestaciones económicas originalmente pactadas alrededor de un 55%. Considerando lo anterior, solicitó a PPS el cumplimiento a las obligaciones a su cargo previstas en el CONTRATO y al mismo tiempo formuló una contrapropuesta para la plataforma Decus, que versa en lo siguiente:

2. Contrato Decus. Sujeto a lo mencionado más adelante, conforme a la oferta de

PPS, Oro Negro está dispuesto a aceptar la aplicación de la tarifa diaria de US$116,300.00

(ciento dieciséis mil trescientos Dólares 00/100 Moneda de los Estados Unidos de América)

26 de 29

**PEMEX®**
**PERFORACIÓN Y SERVICIOS**

SUBDIRECCIÓN DE OPERACIONES EN INTERVENCIONES A POZOS
GERENCIA DE PERFORACIÓN Y REPARACIÓN DE POZOS MARINA

JUSTIFICACIÓN TÉCNICA PARA LA TERMINACIÓN ANTICIPADA DEL CONTRATO No. 421004806

a partir del día 1 de junio de 2017 y hasta el 31 de diciembre de 2017, en el entendido de que a partir del día 1 de enero de 2018, la tarifa diaria correspondiente se determinaría con base en una fórmula a ser acordada entre PPS y Oro Negro, la cual considerará una tarifa piso de US$116,300.00 (ciento dieciséis mil trescientos Dólares 00/100 Moneda de los Estados Unidos de América) y una tarifa techo que será equivalente a la originalmente pactada en el Contrato. Lo anterior sujeto a que PPS acceda a ampliar la vigencia del Contrato Decus por un periodo de doce meses y a eliminar la cláusula de terminación anticipada.

La contrapropuesta formulada por el ARRENDADOR es inaceptable en razón de que sería contravenir el principio de competitividad contenido en el numeral 3 fracción III de las DAC, al no ofrecer las mejores condiciones, además que el mercado es muy volátil razón por la cual no es procedente ampliar la vigencia (plazo) del CONTRATO por un periodo de doce meses; además, eliminar la cláusula de terminación anticipada no es aceptable considerando que forma parte del modelo de contratación establecido, en el artículo 57 de las DAC que menciona las cláusulas que como mínimo deben contener los contratos, entre las que se encuentra la cláusula de terminación, específicamente en su inciso p).

De igual modo, eliminar la cláusula de terminación anticipada no es aceptable considerando que forma parte del modelo de contratación establecido, esto es, forma parte del Modelo Económico que le dio origen, atendiendo a lo dispuesto en el artículo 58 de las DAC primer párrafo que establece que: Las modificaciones contractuales deberán considerar el modelo económico para el CONTRATO, y se dejaría en estado de indefensión a PPS en razón de que se eliminaría el derecho de terminar anticipadamente un CONTRATO, que dada las condiciones actuales no garantiza las mejores condiciones de mercado, va en contra de la política de contención del gasto público y dista de ajustarse al principio de competitividad que atendiendo al comportamiento del mercado se encuentra fuera de contexto, partiendo que el mercado es volátil.

A la fecha no se ha logrado formalizar ningún acuerdo con el ARRENDADOR que permita armonizar las condiciones contractuales con el estado que guarda la industria petrolera a nivel internacional de tal suerte que se pueda dar cumplimiento a los principios de competitividad y eficiencia que regulan el ejercicio del gasto de PPS.

En base a lo anterior y bajo un esquema de competitividad se establecieron las mismas reglas y criterios para los arrendadores de equipos de perforación. De manera específica con las empresas arrendadoras de equipos de perforación de las características del ARRENDADOR se tomaron en cuenta como criterios de negociación en las propuestas, lo siguiente:

Primero, considerar equipos de perforación de las mismas características; plataformas Autoelevables de 400 Pies/P.

Segundo, sin menoscabo que se tratara de equipos de perforación con características similares, se tomó en cuenta la modalidad del Contrato de Arrendamiento: (i) si se trata de un Contrato de Arrendamiento con Mantenimiento Integral de la plataforma (Renta con Mantenimiento Integral "REMI"); ó (ii) si se trata de un Contrato de Arrendamiento con Mantenimiento Integral de la plataforma y que incluye la cuadrilla de operación del equipo de perforación (Renta con Mantenimiento Integral y cuadrilla de operación "REMI MIXTO").

Para los Contratos REMI se propuso reducción de la tarifa diaria a $111,300.00 USD; para el caso de los Contratos REMI MIXTO, se propuso una reducción de la tarifa diaria de $116, 300.00 USD; haciendo notar que el CONTRATO

27 de 29

que ampara el equipo de perforación Decus es (Renta con Mantenimiento Integral que incluye el personal de operación del equipo).

Es por ello, como puede constatarse en las Minutas de Negociación 2017, se le propuso la reducción de la tarifa diaria a la cantidad de $116, 300.00 USD; bajo las mismas reglas y criterios utilizados con los arrendadores de equipos de perforación bajo la modalidad REMI MIXTO.

Por último, es de señalar, que la propuesta formulada por el Grupo de Trabajo de Negociaciones, no es un criterio o regla imposible de cumplir, en razón de que con motivo de las negociaciones a las demás empresas arrendadoras de equipos de perforación de las características de la plataforma autoelevable Decus (400 Pies/P), se les propuso como negociación el mismo monto de Renta Diaria reducida; el cual fue aceptado por las empresas arrendadoras.

En ese orden, resulta incuestionable que el ARRENDADOR a través del CONTRATO, no ofreció a Petróleos Mexicanos que actúa a través de sus empresas productivas subsidiarias como PPS, las mejores condiciones disponibles, con motivo de las negociaciones implementadas con base en el principio de competitividad contenido en el artículo 3 fracción III de las DAC, bajo los criterios de economía, racionalidad, austeridad y contención del gasto, en la aplicación de los recursos públicos federales, como lo refiere el artículo 134 Constitucional y 1 de la Ley Federal de Presupuesto y Responsabilidad Hacendaria, toda vez que, como se dijo anteriormente, se obtuvo con otras empresas Arrendadoras tarifas reducidas sin que se establezcan cargas o condicionantes inviables por la aceptación de la tarifa reducida, por lo que al no existir un acuerdo entre las partes resulta necesario activar los mecanismos contractuales que permitan a esta Empresa Productiva *estar en posibilidad de obtener las mejores ofertas del mercado* y con ello tornar efectivo el principio de competitividad que rige la ejecución de los contratos, de ahí que el ejercicio del derecho de mi representante de terminar anticipadamente la relación contractual que a través del presente se realiza, se encuentre plenamente justificado.

En consecuencia, la aplicación de los recursos públicos federales debe realizarse con base a criterios de eficiencia, eficacia, economía, racionalidad, austeridad y control, para satisfacer los objetivos a los que están destinados; lo que se considera de **interés público** por ser de importancia para la sociedad Mexicana y que es sumamente superior al interés particular del **ARRENDADOR** de exigir el cumplimiento del **CONTRATO** por, según su dicho, afectarle sus intereses; lo anterior en términos del artículo 1 de la Ley de Petróleos Mexicanos publicada en el DOF el 28 de noviembre de 2008 que regula el **CONTRATO** y, el artículo 1 de Ley de Petróleos Mexicanos publicada en el DOF el 11 de Agosto de 2014 que regula la actuación de **PPS**, ordenamientos jurídicos que de forma simil establecen en dicho precepto que son de interés público.

Particularmente, el artículo 3°, fracción III de las DAC, ordenamiento a que se sujeta la vigencia y ejecución del CONTRATO, establece una serie de máximas indisponibles para las partes a las que deben sujetarse el procedimiento de contratación y la ejecución del contrato mismo; específicamente una de dicha pautas que orientan la contratación y ejecución de los contratos es la competitividad conforme al cual "se establecerán reglas, condiciones y criterios" *para estar en posibilidad para obtener las mejores ofertas del mercado*.

En atención a dicho principio es que esta Empresa Productiva Subsidiaria se encuentra irremediablemente obligada a buscar en todo momento la obtención de las tarifas que le resulten más favorables.

En ese sentido, el hecho de que se hayan obtenido por parte de otras empresas Arrendadoras de equipos de perforación, propuestas con mejores condiciones para equipos similares, resulta innegable que atendiendo al principio de competitividad la relación jurídica con el ARRENDADOR no puede subsistir, de ahí que resulte irremediable ejercitar el derecho del ARRENDATARIO (**PPS**) de terminar anticipadamente el **CONTRATO** al tenor de lo acordado en la cláusula Décima Octava inciso b) y 75 fracción V de las DAC.

28 de 29



**SUBDIRECCIÓN DE OPERACIONES EN INTERVENCIONES A POZOS
GERENCIA DE PERFORACIÓN Y REPARACIÓN DE POZOS MARINA**

JUSTIFICACIÓN TÉCNICA PARA LA TERMINACIÓN ANTICIPADA DEL CONTRATO No. 421004806

Por lo expuesto, se considera que existen razones debidamente justificadas para que PPS ejerza el derecho de terminar anticipadamente el **CONTRATO**, con fundamento tanto en el Artículo 75 fracción V, penúltimo y último párrafos, de las DAC, vigentes a la fecha de la contratación, como en el propio acuerdo pactado entre las partes, específicamente en el inciso b) de la Cláusula DÉCIMA OCTAVA "TERMINACIÓN ANTICIPADA", del **CONTRATO**.

## 3. DETERMINACIÓN

Por todo lo anteriormente expuesto y fundado, **PPS** a través de la Gerencia de Perforación y Reparación de Pozos Marina (Área Administradora del Proyecto), adscrita a la Subdirección de Operaciones en Intervenciones a Pozos, de la Dirección General de Pemex Perforación y Servicios, con apoyo de las Áreas de Servicio para la Contratación y, contando con la autorización del Director General de Pemex Perforación y Servicios; con fundamento en lo establecido en el artículo 64 primer párrafo, del Reglamento de la Ley de Petróleos Mexicanos aplicable al **CONTRATO**, Artículo 75 fracción V, penúltimo y último párrafos de las DAC, vigentes a la fecha de la contratación y, el inciso b) de la Cláusula Décima OCTAVA.- TERMINACIÓN ANTICIPADA, del **CONTRATO**, determina por razones debidamente justificadas, la Terminación Anticipada del **CONTRATO 421004806**, celebrado con la empresa **PERFORADORA ORO NEGRO S. DE R.L. DE C.V.**, por lo que no es factible dar continuidad al **CONTRATO.**

Se deberá comunicar al **ARRENDADOR** que el **CONTRATO** se da por terminado y en términos de la Cláusula Décima OCTAVA.- TERMINACIÓN ANTICIPADA primer párrafo del inciso b) se deberá cumplir el plazo de 30 (treinta) días naturales, en el entendido de que los derechos y obligaciones de las partes se mantendrán en pleno vigor durante dicho lapso.

ELABORA                        PROPONE

**ING. GERARDO CARDENAS CASTILLO**     **C.P. EDGAR JUVENCIO HERRERA RODRÍGUEZ**
REPRESENTANTE DE CONTRATO A BORDO     RESPONSABLE DE LA RESIDENCIA DE
(SUPERVISOR DEL CONTRATO)          CONTRATOS CARMEN- DOS BOCAS

JUSTIFICA
ÁREA ADMINISTRADORA DEL PROYECTO
GERENCIA DE PERFORACIÓN Y REPARACIÓN DE POZOS MARINA

**ING. RENATO GAMIÑO RAMOS**
GERENTE DE PERFORACIÓN Y REPARACIÓN DE POZOS MARINA

Elaboró: Lic. Roberto Marín Rojas

28 de 29