Juan P. Morillo (*pro hac vice* pending)
Gabriel F. Soledad
Daniel Pulecio-Boek
QUINN EMANUEL URQUHART &
SULLIVAN LLP
1300 I Street, NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
Email: juanmorillo@quinnemanuel.com
Email: gabrielsoledad@quinnemanuel.com
Email: danielpulecioboek@quinnemanuel.com

Eric Winston (*pro hac vice* pending)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: ericwinston@quinnemanuel.com

Scott C. Shelley
Samantha Gillespie (*pro hac vice* pending)
QUINN EMANUEL URQUHART &
SULLIVAN LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: scottshelley@quinnemanuel.com
Email: samanthagillespie@quinnemanuel.com

*Attorneys for the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| INTEGRADORA DE SERVICIOS PETROLEROS ORO NEGRO, S.A.P.I. DE C.V. | Case No. 18-11095 |
| Debtor in a Foreign Proceeding. | |
| In re: | Chapter 15 |
| PERFORADORA ORO NEGRO, S. DE R.L. DE C.V. | Case No. 18-11094 |
| Debtor in a Foreign Proceeding. | |

**MOTION OF FOREIGN REPRESENTATIVE ALONSO DEL VAL-ECHEVERRIA PURSUANT TO 11 U.S.C. §§ 1519 AND 1521 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 1015(b) FOR ORDER DIRECTING JOINT ADMINISTRATION OF CASES UNDER CHAPTER 15 OF BANKRUPTCY CODE**

Alonso Del Val-Echeverria ("Del Val" or "Petitioner"), in his capacity as Foreign Representative (the "Foreign Representative") of both Integradora de Servicios Petroleros Oro Negro, S.A.P.I. de C.V. ("Integradora Oro Negro") and Perforadora Oro Negro, S. de R.L. de C.V. ("Perforadora Oro Negro" and, together with Integradora Oro Negro, the "Debtors") pending before the Second District Court for Civil Matters of México City (the "*Concurso Mercantil*"), through his attorneys Quinn Emanuel Urquhart & Sullivan, LLP, respectfully submits this motion (the "Motion") for entry of an order (the "Proposed Order"), substantially in the form attached hereto as Exhibit A, authorizing the joint administration of the above-captioned Chapter 15 cases pursuant to sections 1519 and 1521 of title 11 of the United States Code (as amended, the "Bankruptcy Code") and Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). In support of the Motion, the Foreign Representative respectfully represents as follows:

## JURISDICTION

1.  This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157(a) and 1334(a) and (b) and 11 U.S.C. § 1501. Venue is proper in this district pursuant to 28 U.S.C. §§ 1410(a)(1) and (3). This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(P).

## BACKGROUND

2.  On or about April 20, 2018, the Petitioner, in his capacity as Foreign Representative of the Debtors, petitioned this Court for entry of an Order pursuant to sections 1515 and 1517 of the Bankruptcy Code recognizing the *Concurso Mercantil* as a foreign main proceeding, or in the alternative a foreign nonmain proceeding. Additionally, the Foreign Representative filed a separate Verified Petition for Recognition on behalf of each of the Debtors setting forth in full the basis for

2

these Chapter 15 cases, as well as the documents required pursuant to section 1515 of the Bankruptcy Code. Additional background concerning the Debtors' Chapter 15 cases is set forth in the Declarations of Alonso Del Val-Echeverria and Alfonso López Melih, filed contemporaneously herewith.

**RELIEF REQUESTED**

3. By this Motion, the Foreign Representative seeks entry of an order from this Court, substantially in the form of the Proposed Order attached hereto as Exhibit A, directing the joint administration of the Debtors' Chapter 15 cases for procedural purposes only, pursuant to Bankruptcy Code section 1015(b).

4. The Foreign Representative requests that this Court establish the following official caption to be used by all parties in all pleadings in the Debtors' jointly administered Chapter 15 cases:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re: | **Chapter 15 Case** |
|---|---|
| PERFORADORA ORO NEGRO, S. DE R.L. DE C.V., *et al.* | **Case No. 18-11094** |
| Debtors in Foreign Proceedings. | **Jointly Administered** |

5. The Foreign Representative also seeks the Court's direction that a notation substantially similar to the following notation be entered on the docket in each of the Chapter 15 cases to reflect the joint administration of these cases.

> An Order has been entered in this case directing the procedural consolidation and joint administration of the Chapter 15 cases of Integradora de Servicios Petroleros Oro Negro, S.A.P.I. de C.V. and Perforadora Oro Negro, S. de R.L. de C.V.; the docket in Case

3

No. 18-11094 should be consulted for all matters affecting these cases.

## **JOINT ADMINISTRATION IS WARRANTED**

6. Section 1519 of the Bankruptcy Code permits this Court upon the filing of a petition under Chapter 15 to grant relief, including appropriate relief under section 1521(a)(7) of the Bankruptcy Code, where "needed to protect the assets of the debtor or the interests of creditors." 11 U.S.C. § 1519. Section 1521(a)(7) of the Bankruptcy Code permits this Court, upon request of a foreign representative, to grant any "additional relief that may be available to a trustee," which includes joint administration. 11 U.S.C. § 1521.

7. Bankruptcy Rule 1015(b) provides that if two or more petitions for relief are pending in the same court by or against a debtor and its affiliate, the court may order joint administration of the cases. Integradora Oro Negro and Perforadora Oro Negro are "affiliates" as that term is defined under section 101(2) of the Bankruptcy Code, as Integradora Oro Negro owns 99.99% of the equity of Perforadora Oro Negro.

8. Entry of an order for joint administration of these Chapter 15 cases will avoid duplicative notices, applications and orders, thereby saving Oro Negro considerable time and expense. The rights of the Debtors' respective creditors, stakeholders and any other parties in interest will not be adversely affected by joint administration of these Chapter 15 cases because the relief requested in this Motion is purely administrative and in no way affects any party's substantive rights. Indeed, joint administration will ensure that all creditors may look to one bankruptcy case docket to file their motions or otherwise seek redress against the Debtors. Moreover, the Court will also be relieved of the burden of entering duplicative orders and maintaining duplicative files.

## NOTICE

9. In light of the administrative nature of the relief requested, the Foreign Representative submits, and requests that this Court hold, that no further or additional notice of this Motion is required to any parties. In accordance with Rule 2002 of the Federal Rules of Bankruptcy Procedure, the Foreign Representative will serve a copy of the signed Order approving this Motion on the Office of the United States Trustee; and (ii) all known parties in interest located in the United States. Accordingly, the Foreign Representative requests that the Court grant this Motion without requiring further and additional notice.

10. No prior request for the order sought herein has been made to this or any other Court.

WHEREFORE, the Foreign Representative respectfully requests that this Court enter an Order, substantially in the form attached hereto as <u>Exhibit A</u>, authorizing and directing the joint administration of the Debtors' Chapter 15 cases, and granting such other and further relief as is just and proper.

Dated: April 20, 2018      QUINN EMANUEL URQUHART & SULLIVAN LLP
New York, New York

    /s/    Scott C. Shelley
Scott C. Shelley
Samantha Gillespie (*pro hac vice* pending)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7000
Fax: (212) 849-7100
scottshelley@quinnemanuel.com
samanthagillespie@quinnemanuel.com

Juan P. Morillo (*pro hac vice* pending)
Gabriel F. Soledad
Daniel Pulecio-Boek
1300 I Street, NW, Suite 900
Washington, DC 20005
Tel: (202) 538-8000
Fax: (202) 538-8100
juanmorillo@quinnemanuel.com
gabrielsoledad@quinnemanuel.com
danielpulecioboek@quinnemanuel.com

Eric Winston (*pro hac vice* pending)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100
ericwinston@quinnemanuel.com

*Attorneys for the Foreign Representative*