Presentment Date and Time: October 8, 2018, at 12 p.m.
Objection Deadline: October 5, 2018, at 4 p.m.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| PERFORADORA ORO NEGRO, S. DE R.L. DE C.V., *et al.* | Case No. 18-11094 (SCC) (Jointly Administered) |
| Debtors in a Foreign Proceeding. | |

**NOTICE OF PRESENTMENT OF ORDER AMENDING ORDER GRANTING IN PART AND DENYING IN PART THE (I) FOREIGN REPRESENTATIVE'S REQUEST FOR DISCRETIONARY RELIEF PURSUANT TO 11 U.S.C. § 1521(a) AND (II) MOTION BY THE INTERESTED PARTIES PURSUANT TO SECTION 1522(b) OF THE BANKRUPTCY CODE FOR AN ORDER IMPOSING APPROPRIATE CONDITIONS ON OPERATION OF THE DEBTORS' BUSINESS OR ALTERNATIVELY, GRANTING ADEQUATE PROTECTION [ECF NO. 85]**

**PLEASE TAKE NOTICE** that the undersigned will present the attached proposed order to the Honorable Shelley C. Chapman, United States Bankruptcy Judge, for signature on October 8, 2018 at 12:00 noon.

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the proposed order, with proof of service, is filed with the Clerk of the Court and a courtesy copy is delivered to Judge Chapman's chambers at least three days before the date of presentment, no hearing will be held and the order may be signed.

**PLEASE TAKE FURTHER NOTICE** that if a written objection is timely filed, the Court will notify the moving and objecting parties of the date and time of the hearing and of the moving party's obligation to notify all other parties entitled to receive notice. The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

| | |
|---|---|
| Dated:  October 1, 2018<br>New York, New York | Respectfully submitted,<br><br> /s/   Scott C. Shelley  <br><br>Scott C. Shelley<br>Samantha Gillespie (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone:  (212) 849-7000<br>Facsimile: (212) 849-7100<br><br>Juan P. Morillo (*pro hac vice*)<br>Gabriel F. Soledad<br>Daniel Pulecio-Boek<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>1300 I Street, NW, Suite 900<br>Washington, D.C. 20005<br>Telephone:  (202) 538-8000<br>Facsimile:  (202) 538-8100<br><br>Eric D. Winston (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California  90017<br>Telephone:  (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>*Attorneys for the Foreign Representative* |

# Exhibit A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTrict OF New York**

| | |
|---|---|
| In re:<br><br>PERFORADORA ORO NEGRO,<br>S. DE R.L. DE C.V., *et al.*<br><br>Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 18-11094 (SCC)<br>(Jointly Administered) |

**ORDER AMENDING ORDER GRANTING IN PART AND DENYING IN PART THE (I) FOREIGN REPRESENTATIVE'S REQUEST FOR DISCRETIONARY RELIEF PURSUANT TO 11 U.S.C. § 1521(a) AND (II) MOTION BY THE INTERESTED PARTIES PURSUANT TO SECTION 1522(b) OF THE BANKRUPTCY CODE FOR AN ORDER IMPOSING APPROPRIATE CONDITIONS ON OPERATION OF THE DEBTORS' BUSINESS OR ALTERNATIVELY, GRANTING <u>ADEQUATE PROTECTION [ECF NO. 85]</u>**

This matter comes before the Court in connection with discussions that took place during an in chambers conference on September 27, 2018, involving (1) counsel for Alonso Del Val-Echeverria, in his capacity as Foreign Representative of Integradora de Servicios Petroleros Oro Negro, S.A.P.I. de C.V. and Perforadora Oro Negro, S. de R.L. de C.V.; and (2) counsel for Alterna Capital Partners LLC, Contrarian Capital Management, LLC, and AMA Capital Partners, LLC; and the Court having determined that it is appropriate to amend the Order Granting in Part and Denying in Part the (I) Foreign Representative's Request for Discretionary Relief Pursuant to 11 U.S.C. § 1521(a) and (II) Motion by the Interested Parties Pursuant to Section 1522(b) of the Bankruptcy Code for an Order Imposing Appropriate Conditions on Operation of the Debtors' Business or Alternatively, Granting Adequate Protection [ECF NO. 85] (the "<u>July 11 Order</u>").

**NOW THEREFORE, IT IS HEREBY**

**ORDERED** that the July 11 Order is hereby amended by **deleting** the sixteenth decretal paragraph thereof, which provided as follows:

        ORDERED, that the Foreign Representative will provide updates in the form of filings on the docket of this Court as and when new orders are entered in any of the pending proceedings in Mexico, Singapore, or any other court that is not this Court; provided, however, that any such update shall be without prejudice to any party and shall not be treated as an admission, agreement, or acknowledgment by any party of any characterization, translation, or other statement concerning such orders; and it is further

and it is further

    ORDERED that the July 11 Order as so amended shall otherwise remain in full force and effect, and this Court shall retain jurisdiction with respect to the enforcement, amendment, modification or implementation of the July 11 Order and this Order.

Dated: October ___, 2018
      New York, NY

                                                                       _____
                                                                       Hon. Shelley C. Chapman
                                                                       United States Bankruptcy Judge