IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) Chapter 15 |
| PERFORADORA ORO NEGRO S. DE R.L. DE C.V., *et al.*: | ) Case No. 18-11094 (SCC) <br> ) (Jointly Administered) |
| Debtors in a Foreign Proceeding. | ) |

## MEDIATION NOTICE

Hon. James M. Peck (Ret.) and Lic. Fernando Pérez-Correa Camarena, in their capacity as mediators (the "Mediators") appointed under the *Stipulation And Order Pursuant To Local Bankruptcy Rule 9019-1 And General Order M-452 §§ 1.1 And 1.3 Appointing A Mediator And Ordering The Parties to Mediation* [Docket No. 171] (the "Mediation Order")[1] entered January 18, 2019, file this notice in accordance with paragraph 19 of the Mediation Order. The Mediation Order requires that, promptly following the termination of the Mediation, the Mediators file a notice setting forth (a) that the Mediators have conducted the mediation; (b) the names of the participants in the Mediation; and (c) whether and to what extent the mediation was successful.

1.  The Mediators conducted the Mediation jointly in New York, New York on various dates commencing on January 19, 2019 and continuing through March 26, 2019.

2.  The participants in the Mediation were representatives of the foreign debtors, the Foreign Representative, and the Ad Hoc Group and their respective U.S. and Mexican counsel.

3.  Despite the diligent efforts of the Mediators and the active participation of the Mediation Parties, the Mediation was unsuccessful and terminated on March 26, 2019 without an

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Mediation Order.

1

ny-1564302

agreement leading the Mediators to conclude that further mediation sessions at this point are unlikely to be productive. Notwithstanding the occurrence of the Termination Date, the Mediators anticipate that Fernando Pérez-Correa Camarena will continue his efforts to promote consensus in his capacity as conciliador under applicable Mexican law.

Respectfully submitted,

Dated: March 26, 2019

*/s/ James M. Peck*
James M. Peck
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
JPeck@mofo.com

*/s/ Fernando Pérez-Correa Camarena*
Fernando Pérez-Correa Camarena
SOLÓRZANO, CARVAJAL, GONZÁLEZ Y PÉREZ-CORREA, S.C.
Insurgentes Sur 1602 - Piso 11, Oficina 1102
Col. Crédito Constructor, 03940 Ciudad de México

*Mediators*