Juan P. Morillo (*pro hac vice*)
Gabriel F. Soledad
Daniel Pulecio-Boek
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1300 I Street, NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
Email: juanmorillo@quinnemanuel.com
Email: gabrielsoledad@quinnemanuel.com
Email: danielpulecioboek@quinnemanuel.com

Eric Winston (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: ericwinston@quinnemanuel.com

Scott C. Shelley
Samantha Gillespie (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: scottshelley@quinnemanuel.com
Email: samanthagillespie@quinnemanuel.com

*Attorneys for the Foreign Representative*

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PERFORADORA ORO NEGRO,<br>S. DE R.L. DE C.V., *et al.*<br><br>Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 18-11094 (SCC)<br>(Jointly Administered) |

**NOTICE PURSUANT TO 11 U.S.C. § 1518**

The Foreign Representative for Perforadora Oro Negro, S. de R.L. de C.V. ("Perforadora") and Integradora de Servicios Petroleros Oro Negro, S.A.P.I. de C.V. ("Integradora," and together with Perforadora, the "Debtors"), hereby files this notice pursuant to 11 U.S.C. § 1518 (the "Notice").

1. On April 23, 2019, Integradora (1) approved the appointment of Gonzalo Gil White ("Mr.Gil") to act as the representative of Integradora in any proceeding outside of Mexico, including this Chapter 15 proceeding; and (2) granted Mr. Gil power of attorney authorizing him to act on behalf of Integradora in any legal proceeding outside of Mexico, including this Chapter 15 proceeding. Exhibit 1 to this Notice is the minutes of Integradora's April 23, 2019 Board of Directors' meeting appointing and authorizing Mr. Gil to act as the Foreign Representative and granting him power of attorney to act as Foreign Representative.

2. On April 24, 2019, Perforadora (1) approved the appointment of Mr. Gil to act as the representative of Peforadora in any proceeding outside of Mexico, including this Chapter 15 proceeding; and (2) granted Mr. Gil power of attorney authorizing him to act on behalf of Perforadora in any legal proceeding outside of Mexico, including this Chapter 15 proceeding. Exhibit 2 to this Notice is Perforadora's April 24, 2019 decision appointing and authorizing Mr. Gil to act as the Foreign Representative and granting him power of attorney to act as Foreign Representative, with an English translation.

*[Signature page follows]*

Dated: April 30, 2019
      New York, New York

QUINN EMANUEL URQUHART & SULLIVAN, LLP

  /s/ Scott C. Shelley
Scott C. Shelley
Samantha Gillespie (*pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: 212-849-7000
Facsimile: 212-849-7100
Email: scottshelley@quinnemanuel.com
Email: samanthagillespie@quinnemanuel.com

Juan P. Morillo (*pro hac vice*)
Gabriel F. Soledad
Daniel Pulecio-Boek
1300 I Street, NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
Email: juanmorillo@quinnemanuel.com
Email: gabrielsoledad@quinnemanuel.com
Email: danielpulecioboek@quinnemanuel.com

Eric Winston (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: ericwinston@quinnemanuel.com

Sara C. Clark (*pro hac vice*)
711 Louisiana Street, Suite 500
Houston, Texas 77002
Telephone: (713) 221-7000
Facsimile: (713) 221-7100
Email: saraclark@quinnemanuel.com

*Attorneys for the Foreign Representative*