**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PERFORADORA ORO NEGRO,<br>S. DE R.L. DE C.V., *et al.*<br><br>Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 18-11094 (SCC)<br>(Jointly Administered) |

**SUPPLEMENTAL ORDER GRANTING RECOGNITION
OF FOREIGN MAIN PROCEEDING**

This Supplemental Order having been submitted on presentment [ECF 191], and no objection having been timely filed, on the basis of the information set forth in the *Notice Pursuant to 11 U.S.C. § 1518*, dated April 30, 2019 (the "Notice") [ECF 189], and the entire record, after due deliberation and sufficient cause appearing therefor, it is hereby:

1. **ORDERED,** that Gonzalo Gil White, being duly authorized and empowered to act as the representative of Integradora de Servicios Petroleros, S.A.P.I. de C.V. ("Integradora") and Perforadora Oro Negro, S. de R.L. de C.V. ("Perforadora") in any proceeding outside of Mexico, including this Chapter 15 proceeding, and having been granted powers of attorney to act as foreign representative, is granted all rights, authority, privileges and powers that were granted to Alonso Del Val Echeverria under this Court's *Order Granting Recognition of Foreign Main Proceeding*, dated May 17, 2018 (the "Recognition Order") [ECF 54]; and it is further

2. **ORDERED,** for the avoidance of doubt, that recognition of the *Concurso Mercantil* as foreign main proceedings pursuant to 11 U.S.C. §§ 1515 and 1517 and all attendant rights and relief in the Recognition Order and all subsequent orders of the Court in this matter continue without interruption; and it is further

3. **ORDERED,** that nothing set forth herein shall affect the authority or validity of any actions taken by Alonso Del Val Echeverria with respect to Integradora or Perforadora during the period for which he was the Foreign Representative; and it is further

4. **ORDERED,** that this Court retains jurisdiction with respect to the enforcement, amendment or modification of this Order.

Date: May 17, 2019  
New York, New York

                /S/ Shelley C. Chapman  
                THE HONORABLE SHELLEY C. CHAPMAN  
                UNITED STATES BANKRUPTCY JUDGE