**Hearing Date: June 25, 2019 at 2:00 p.m. (EST)**
**Objections Due: June 18, 2019 at 4:00 p.m. (EST)**

Juan P. Morillo (*pro hac vice*)
Gabriel F. Soledad
Daniel Pulecio-Boek
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1300 I Street, NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
Email: juanmorillo@quinnemanuel.com
Email: gabrielsoledad@quinnemanuel.com
Email: danielpulecioboek@quinnemanuel.com

Scott C. Shelley
Samantha Gillespie (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: scottshelley@quinnemanuel.com
Email: samanthagillespie@quinnemanuel.com

Eric Winston (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: ericwinston@quinnemanuel.com

Sara C. Clark (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
711 Rusk Street, Suite 500
Houston, Texas 77002
Telephone: (713) 221-7000
Facsimile: (713) 221-7100
Email: saraclark@quinnemanuel.com

*Counsel for the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| PERFORADORA ORO NEGRO, S. DE R.L. DE C.V., *et al*. | Case No. 18-11094 (SCC) (Jointly Administered) |
| Debtors in a Foreign Proceeding. | |

**AMENDED NOTICE OF FOREIGN REPRESENTATIVE'S (1) MOTION FOR LEAVE TO FILE UNDER SEAL; AND (2) MOTION FOR ORDER PURSUANT TO BANKRUPTCY CODE SECTIONS 105(a), 362, 363, 1520(a)(2), 1520(a)(3) AND 1521(a)(7) AUTHORIZING ENTRY INTO A LITIGATION INTEREST AGREEMENT AND GRANTING RELATED RELIEF[1]**

---

[1] This amended notice is filed to confirm that the objection deadline is June 18, 2019.

**PLEASE TAKE NOTICE** that a hearing (the "Hearing") will be held before the Honorable Shelley C. Chapman of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") on **June 25, 2019 at 2:00 p.m. (Prevailing Eastern Time)**, in Courtroom 623, One Bowling Green, New York, New York 10004, to consider the motions (the "Motions") of Gonzalo Gil-White, in his capacity as foreign representative (the "Foreign Representative") of Perforadora Oro Negro, S. de R.L. de C.V. and Integradora de Servicios Petroleros, S.A.P.I. de C.V. (together, the "Debtors") in the above-captioned proceeding, seeking (1) entry of an order pursuant to Bankruptcy Code section 107(b), Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 9018-1 authorizing the Foreign Representative to file an un-redacted copy of the *Motion of Foreign Representative for Order Pursuant to Bankruptcy Code Sections 105(a), 362, 363, 1520(a)(2), 1520(a)(3) and 1521(a)(7) Authorizing Entry into a Litigation Interest Agreement and Granting Related Relief* and exhibits thereto under seal (the "Motion to Seal") [ECF 204]; and (2) for an Order Pursuant to Bankruptcy Code Sections 105(A), 362, 363, 1520(A)(2), 1520(A)(3) and 1521(A)(7) Authorizing Entry into a Litigation Interest Agreement (the "Motion for Authorization") [ECF 205].

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motions must (i) conform to the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and the Local Rules of the Bankruptcy Court for the Southern District of New York (the "Local Rules"); (ii) be made in writing; (iii) state with particularity the grounds therefor; (iv) be filed with the Bankruptcy Court (with a copy to the Judge's chambers); and (v) be served upon Quinn Emanuel Urquhart & Sullivan, LLP, 51 Madison Avenue, 22nd Floor, New York, New York 10010, Attn: Scott C. Shelley, Esq., so as to be received no later than 4:00 p.m. (prevailing Eastern Time) on **June 18, 2019** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if an objection to the Motions is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the Bankruptcy Court may enter an order granting the relief sought without a hearing on any date after the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend any hearing set by the Court, and failure to appear may result in relief being granted upon default.

**PLEASE TAKE FURTHER NOTICE** that you need not appear at the Hearing if you do not object to the relief requested in the Motions.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing or at a later hearing.

| | |
|---|---|
| Dated: June 10, 2019<br>New York, New York | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br><br>  /s/   Gabriel F. Soledad<br>Gabriel F. Soledad<br>Juan P. Morillo (*pro hac vice*)<br>Daniel Pulecio-Boek<br>1300 I Street, NW, Suite 900<br>Washington, D.C. 20005<br>Telephone:  (202) 538-8000<br>Facsimile:  (202) 538-8100<br>Email:  gabrielsoledad@quinnemanuel.com<br>Email:  juanmorillo@quinnemanuel.com<br>Email:  danielpulecioboek@quinnemanuel.com<br><br>Scott C. Shelley<br>Samantha Gillespie (*pro hac vice*)<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone:  212-849-7000<br>Facsimile:  212-849-7100<br>Email: scottshelley@quinnemanuel.com<br>Email: samanthagillespie@quinnemanuel.com<br><br>Eric Winston (*pro hac vice*)<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>Telephone:  (213) 443-3000<br>Facsimile:  (213) 443-3100<br>Email:  ericwinston@quinnemanuel.com<br><br>Sara C. Clark (*pro hac vice*)<br>711 Rusk Street, Suite 500<br>Houston, Texas 77002<br>Telephone:  (713) 221-7000<br>Facsimile:  (713) 221-7100<br>Email:  saraclark@quinnemanuel.com<br><br>*Counsel for the Foreign Representative* |