Juan P. Morillo (*pro hac vice*)
Gabriel F. Soledad
Daniel Pulecio-Boek
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1300 I Street, NW, Suite 900
Washington, D.C. 20005
Telephone:  (202) 538-8000
Facsimile:  (202) 538-8100
Email:  juanmorillo@quinnemanuel.com
Email:  gabrielsoledad@quinnemanuel.com
Email:  danielpulecioboek@quinnemanuel.com

Eric Winston (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100
Email:  ericwinston@quinnemanuel.com

Scott C. Shelley
Samantha Gillespie (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:  (212) 849-7000
Facsimile:  (212) 849-7100
Email:  scottshelley@quinnemanuel.com
Email:  samanthagillespie@quinnemanuel.com

*Attorneys for the Foreign Representative*

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PERFORADORA ORO NEGRO,<br>S. DE R.L. DE C.V., *et al.*<br><br>Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 18-11094 (SCC)<br>(Jointly Administered) |

## NOTICE PURSUANT TO 11 U.S.C. § 1518

Gonzalo Gil White, the Foreign Representative for Perforadora Oro Negro, S. de R.L. de C.V. ("Perforadora") and Integradora de Servicios Petroleros Oro Negro, S.A.P.I. de C.V. ("Integradora," and together with Perforadora, the "Debtors"), hereby files this notice pursuant to 11 U.S.C. § 1518 (the "Notice").

1.    On June 13, 2019, the Mexican judge presiding over the foreign main proceeding issued an order placing the Debtors into liquidation (the "Liquidation Order"). *See* ECF 214.

2.    The Liquidation Order provides that the current *Conciliador*, Fernando Perez Correa Camarena ("Mr. Perez"), will be the Debtors' liquidator (*sindico*) and orders the Federal Institute of Commercial Bankruptcy Specialists ("IFECOM") to "ratify" him as liquidator. *See* ECF 214.

3.    The IFECOM ratified Mr. Perez as liquidator on June 14, 2019 and notified Mr. Perez by letter (the "IFECOM Letter"). The IFECOM Letter is attached hereto as Exhibit 1.[1]

*[Signature page follows]*

---

[1]    Exhibit 1 is the IFECOM Letter in Spanish. The Debtors do not have any funds to translate the IFECOM Letter at this time.

Dated: June 17, 2019
New York, New York

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

 /s/  Scott C. Shelley
Scott C. Shelley
Samantha Gillespie (*pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:  212-849-7000
Facsimile:  212-849-7100
Email: scottshelley@quinnemanuel.com
Email: samanthagillespie@quinnemanuel.com

Juan P. Morillo (*pro hac vice*)
Gabriel F. Soledad
Daniel Pulecio-Boek
1300 I Street, NW, Suite 900
Washington, D.C. 20005
Telephone:  (202) 538-8000
Facsimile:  (202) 538-8100
Email:  juanmorillo@quinnemanuel.com
Email:  gabrielsoledad@quinnemanuel.com
Email:  danielpulecioboek@quinnemanuel.com

Eric Winston (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100
Email:  ericwinston@quinnemanuel.com

Sara C. Clark (*pro hac vice*)
711 Louisiana Street, Suite 500
Houston, Texas 77002
Telephone:  (713) 221-7000
Facsimile:  (713) 221-7100
Email: saraclark@quinnemanuel.com

*Attorneys for the Foreign Representative*