**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PERFORADORA ORO NEGRO,<br>S. DE R.L. DE C.V., *et al.*<br><br>Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 18-11094 (SCC)<br>(Jointly Administered) |

## SECOND SUPPLEMENTAL ORDER GRANTING
## RECOGNITION OF FOREIGN MAIN PROCEEDINGS

This Supplemental Order having been submitted on presentment [ECF 225], and no objection having been timely filed, on the basis of the information set forth in the *Notice Pursuant to 11 U.S.C. § 1518*, dated June 18, 2019 (the "Notice") [ECF 217], and the entire record, after due deliberation and sufficient cause appearing therefor, it is hereby:

1.  **ORDERED,** that Fernando Perez Correa Camarena, being duly authorized and empowered to act as the liquidator of Integradora de Servicios Petroleros, S.A.P.I. de C.V. ("Integradora") and Perforadora Oro Negro, S. de R.L. de C.V. ("Perforadora"), including to take actions in any proceeding outside of Mexico, including this Chapter 15 proceeding, and having been granted authority to act as foreign representative, is hereby granted all rights, authority, privileges and powers that were granted to (a) Gonzalo Gil White under this Court's *Supplemental Order Granting Recognition of Foreign Main Proceeding*, dated May 17, 2019 [ECF 196], and (b) Alonso Del Val Echeverria under this Court's *Order Granting Recognition of Foreign Main Proceeding*, dated May 17, 2018 [ECF 54] (together with [ECF 196], the "Recognition Orders"); and it is further

2.  **ORDERED,** for the avoidance of doubt, that recognition of the *Concurso Mercantil* as foreign main proceedings pursuant to 11 U.S.C. §§ 1515 and 1517 and all attendant

rights and relief in the Recognition Orders and all subsequent orders of the Court in this matter continue without interruption; and it is further

3.     **ORDERED,** that nothing set forth herein shall affect the authority or validity of any actions taken by (a) Alonso Del Val Echeverria or (b) Gonzalo Gil White, with respect to Integradora or Perforadora during the period for which either was the Foreign Representative; and it is further

4.     **ORDERED,** that this Court retains jurisdiction with respect to the enforcement, amendment or modification of this Order.

Date: July 8, 2019
New York, New York

        /S/ Shelley C. Chapman
        THE HONORABLE SHELLEY C. CHAPMAN
        UNITED STATES BANKRUPTCY JUDGE