O'MELVENY & MYERS LLP
Peter M. Friedman (*pro hac vice* forthcoming)
1625 Eye Street, NW
Washington, D.C.  20006
Telephone:  (202) 383-5300
Facsimile:  (202) 383-5414
E-mail:   pfriedman@omm.com

Daniel S. Shamah
Diana M. Perez
Seven Times Square
New York, New York 10036
Telephone:  (212) 326-2000
Facsimile:  (212) 326-2061
E-mail:   dshamah@omm.com
           dperez@omm.com

*Independent Counsel to the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PERFORADORA ORO NEGRO,<br>S. DE R.L. DE C.V., *et al.*,<br><br>Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 18-11094 (SCC)<br>(Jointly Administered) |

### <u>NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS</u>

PLEASE TAKE NOTICE that O'Melveny & Myers LLP ("O'Melveny") hereby appears

in the above-captioned cases pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy

Procedure (the "Bankruptcy Rules") as independent counsel for Fernando Pérez-Correa

Camarena, in his capacity as Foreign Representative of Integradora de Servicios Petroleros Oro

Negro, S.A.P.I. de C.V. and Perforadora Oro Negro, S. de R.L. de C.V., with respect to certain

specific matters pending before this Court in the above-referenced cases.  O'Melveny requests,

pursuant to Bankruptcy Rules 9007 and 9010(b), that all notices given or required to be given in

these cases and all papers served or required to be served in these cases be given to and served

upon the undersigned at the following office address, telephone numbers and e-mail address:

> Peter M. Friedman (*pro hac vice* forthcoming)
> O'MELVENY & MYERS LLP
> 1625 Eye Street, NW
> Washington, D.C.  20006
> Telephone:   (202) 383-5300
> Facsimile:    (202) 383-5414
> E-mail:   pfriedman@omm.com
>
> Daniel S. Shamah
> Diana M. Perez
> O'MELVENY & MYERS LLP
> Seven Times Square
> New York, New York 10036
> Telephone:   (212) 326-2000
> Facsimile:    (212) 326-2061
> E-mail:  dshamah@omm.com
>             dperez@omm.com

This Notice of Appearance is not and shall not be construed as a waiver of any of the

Foreign Representative's jurisdictional, substantive, or procedural rights and remedies in

connection with the above-captioned proceeding, all of which are hereby expressly reserved.

Dated:  July 18, 2019                             Respectfully submitted,
      New York, New York

> */s/  Daniel Shamah*
> Daniel S. Shamah
> O'MELVENY & MYERS LLP
> Times Square Tower
> Seven Times Square
> New York, New York 10036
> Telephone:  (212) 326-2000
> Facsimile:   (212) 326-2061
> E-mail:    dshamah@omm.com
>
> *Independent Counsel to the Foreign Representative*