WILK AUSLANDER LLP
Eric J. Snyder, Esq.
1515 Broadway, 43rd Floor
New York, New York 10036
(212) 981-2300
Email:esnyder@wilkauslander.com

*Counsel for Seadrill Limited and Fintech Advisory Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------X
                                                      :    Chapter 15
In re:                                                :
                                                      :    Case No. 18-11094(SCC)
PERFORADORA ORO NEGRO, S. DE R.L.                     :
DE C.V., *et al.*,                                    :    (Jointly Administered)
                                                      :
Debtors in a Foreign Proceeding.                      :
                                                      :
------------------------------------------------------X

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Wilk Auslander LLP, hereby appears as counsel for Seadrill Limited ("Seadrill") and Fintech Advisory Inc. ("Fintech"), pursuant to section 1109(b) of title 11 of the United States Code (as amended, the "*Bankruptcy Code*"), Rules 2002, 3017(a), 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (as amended, the "*Bankruptcy Rules*"), and requests that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

> Eric J. Snyder, Esq.
> WILK AUSLANDER LLP
> 1515 Broadway, 43rd Floor
> New York, New York 10036
> esnyder@wilkauslander.com
> Phone: (212) 981- 2300

**PLEASE TAKE FURTHER NOTICE** that, in accordance with 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy

1

01045308

Rules specified above, but also includes, without limitation, orders and notices of any petition, pleading, complaint, conference, hearing, application, motion, request, or demand (collectively, the "*Filings*"), whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopy, or otherwise which affect or seek to affect in any way any rights or interests of the Entities.

**PLEASE TAKE FURTHER NOTICE** that the filing of this Notice of Appearance shall not constitute (a) waiver of the right of Seadrill or Fintech to contest service of any Filing; (b) a waiver of rights to have any and all final orders in any and all non-core matters entered only after *de novo* by a United States District Court; (c) a waiver of rights to trial by jury in any proceeding as to any and all maters so triable; (d) a waiver of rights to have the reference withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; (e) a waiver of any rights, claims actions, defenses, setoffs, or recoupments all of which DWL expressly reserves; or (f) a consent by Seadrill or Fintech to the jurisdiction of the United States Bankruptcy Court for the Southern District of New York with respect to any proceeding commenced in this case against or otherwise involving Seadrill or Fintech.

| | |
|---|---|
| Dated: July 19, 2019<br>New York, New York | WILK AUSLANDER LLP<br><br>/s/ Eric J. Snyder<br>Eric J. Snyder, Esq.<br>1515 Broadway, 43rd Floor<br>New York, New York 10036<br>Tel: (212) 981- 2300<br>Fax: (212) 752-6380<br>Email: esnyder@wilkauslander.com<br><br>*Counsel for Seadrill Limited and Fintech Advisory Inc.* |