O'MELVENY & MYERS LLP
Peter M. Friedman (admitted *pro hac vice*)
1625 Eye Street, NW
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
E-mail: pfriedman@omm.com

Daniel S. Shamah
Diana M. Perez
Seven Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
E-mail: dshamah@omm.com
 dperez@omm.com

*Independent Counsel to the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PERFORADORA ORO NEGRO,<br>S. DE R.L. DE C.V., *et al.*,<br><br>Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 18-11094 (SCC)<br>(Jointly Administered) |

**NOTICE OF FILING OF CERTIFIED TRANSLATIONS OF RELEVANT**
***CONCURSO* COURT DOCUMENTS**

**PLEASE TAKE NOTICE** that, pursuant to this Court's direction at the July 24 telephone conference, Fernando Pérez-Correa Camarena, in his capacity as Foreign Representative of Integradora de Servicios Petroleros Oro Negro, S.A.P.I. de C.V. and Perforadora Oro Negro S. de R.L. de C.V. (the "Debtors") submits the following recent filings in the Debtors' *concurso mercantil* proceedings pending in the Second District Court for Civil Matters of México City:

| **Exhibit A** | July 18, 2019 Letter from the Foreign Representative to the Second District Judge in Civil Matters of México City |
|---|---|
| **Exhibit B** | July 18, 2019 Order[1] |
| **Exhibit C** | July 22, 2019 Revocation Appeal with respect to the July 18, 2019 Order filed by the Foreign Representative |
| **Exhibit D** | July 25, 2019 Order |

Dated:   July 31, 2019
         New York, New York

Respectfully submitted,

*/s/  Daniel S. Shamah*

O'MELVENY & MYERS LLP
Peter M. Friedman (admitted *pro hac vice*)
1625 Eye Street, NW
Washington, D.C.  20006
Telephone:  (202) 383-5300
Facsimile:   (202) 383-5414
E-mail:  pfriedman@omm.com

Daniel S. Shamah
Diana M. Perez
Seven Times Square
New York, New York 10036
Telephone:  (212) 326-2000
Facsimile:   (212) 326-2061
E-mail:  dshamah@omm.com
         dperez@omm.com

*Independent Counsel to the Foreign Representative*

---

[1] A translation of the entire July 18, 2019 Order is attached; however, the Foreign Representative draws the Court's attention to page 8, regarding Letter 13106, as the portion of this order that is relevant to this Case.