**Hearing:  August 15, 2019 at 9:30 a.m.**
**Foreign Representative's Supplemental Briefing Due:  July 25, 2019**
**Reponses to Supplemental Briefing Due:  August 5, 2019**
**Supplemental Replies Due:  August 12, 2019 at 4:00 p.m.**

Juan P. Morillo (*pro hac vice*)
Gabriel F. Soledad
Daniel Pulecio-Boek
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1300 I Street, NW, Suite 900
Washington, D.C. 20005
Telephone:  (202) 538-8000
Facsimile:  (202) 538-8100
Email:  juanmorillo@quinnemanuel.com
Email:  gabrielsoledad@quinnemanuel.com
Email:  danielpulecioboek@quinnemanuel.com

Scott C. Shelley
Samantha Gillespie (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:  (212) 849-7000
Facsimile:  (212) 849-7100
Email:  scottshelley@quinnemanuel.com
Email:  samanthagillespie@quinnemanuel.com

Eric Winston (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100
Email:  ericwinston@quinnemanuel.com

Sara C. Clark (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
711 Louisiana Street, Suite 500
Houston, Texas 77002
Telephone:  (713) 221-7000
Facsimile:  (713) 221-7100
Email:  saraclark@quinnemanuel.com

*Counsel for the Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| PERFORADORA ORO NEGRO, S. DE R.L. DE C.V., *et al.* | Case No. 18-11094 (SCC) (Jointly Administered) |
| Debtors in a Foreign Proceeding. | |

## AMENDED NOTICE OF (A) HEARING ON MOTION TO SEAL AND (B) SUPPLEMENTAL BRIEFING SCHEDULE FOR MOTION FOR AUTHORIZATION TO ENTER INTO LITIGATION INTEREST AGREEMENT

**PLEASE TAKE NOTICE** that a hearing (the "Sealing Hearing") will be held before the Honorable Shelley C. Chapman of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") on **August 15, 2019 at 9:30 a.m. (Prevailing Eastern Time)**, in Courtroom 623, One Bowling Green, New York, New York 10004, to consider the motion of the Foreign Representative of Perforadora Oro Negro, S. de R.L. de C.V. and Integradora de Servicios Petroleros, S.A.P.I. de C.V. (together, the "Debtors") seeking entry of an order pursuant to Bankruptcy Code section 107(b), Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 9018-1 authorizing the Foreign Representative to file an un-redacted copy of the *Motion of Foreign Representative for Order Pursuant to Bankruptcy Code Sections 105(a), 362, 363, 1520(a)(2), 1520(a)(3) and 1521(a)(7) Authorizing Entry into a Litigation Interest Agreement and Granting Related Relief* and exhibits thereto under seal [ECF 204] ("Motion to Seal").

**PLEASE TAKE FURTHER NOTICE** that supplemental briefing regarding the Court's authority to consider, at this time, the Foreign Representative's motion for authorization to enter into a Litigation Interest Agreement (the "Authorization Motion"), as requested by the Court at the July 16, 2019 conference (the "Supplemental Briefing"), will proceed according to the following schedule: The Foreign Representative must file briefing on the matter by **Thursday, July 25, 2019**; any Response to the Foreign Representative's brief must be filed by **Monday, August 5, 2019**; and any Reply by the Foreign Representative must be filed by **Monday, August 12, 2019, at 4:00 p.m.** The Court will consider the arguments set forth in the Supplemental Briefing at the Sealing Hearing.

2

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend any hearing set by the Court, and failure to appear may result in relief being granted upon default.

**PLEASE TAKE FURTHER NOTICE** that you need not appear at the Sealing Hearing if you do not object to the relief requested in the Motion to Seal or the Authorization Motion.

**PLEASE TAKE FURTHER NOTICE** that the Sealing Hearing may be continued or adjourned from time to time without further notice other than an announcement of the adjourned date or dates at the Sealing Hearing or at a later hearing.

*[signature page follows]*

Dated:  August 7, 2019
   New York, New York

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

 _/s/_ Gabriel F. Soledad_____
Gabriel F. Soledad
Juan P. Morillo (*pro hac vice*)
Daniel Pulecio-Boek
1300 I Street, NW, Suite 900
Washington, D.C. 20005
Telephone:  (202) 538-8000
Facsimile:  (202) 538-8100
Email:  gabrielsoledad@quinnemanuel.com
Email:  juanmorillo@quinnemanuel.com
Email:  danielpulecioboek@quinnemanuel.com

Scott C. Shelley
Samantha Gillespie (*pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:  212-849-7000
Facsimile:  212-849-7100
Email: scottshelley@quinnemanuel.com
Email: samanthagillespie@quinnemanuel.com

Eric Winston (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100
Email:  ericwinston@quinnemanuel.com

Sara C. Clark (*pro hac vice*)
711 Louisiana Street, Suite 500
Houston, Texas 77002
Telephone:  (713) 221-7000
Facsimile:  (713) 221-7100
Email:  saraclark@quinnemanuel.com

*Counsel for the Foreign Representative*