| | |
|---|---|
| In re:<br><br>PERFORADORA ORO NEGRO, S. DE R.L. DE C.V., *et al.*<br><br>Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 18-11094 (SCC)<br>(Jointly Administered) |

# THIRD SUPPLEMENTAL ORDER GRANTING RECOGNITION OF FOREIGN MAIN PROCEEDINGS

This Supplemental Order having been submitted on presentment [ECF NO. 266], and no objection having been timely filed, on the basis of the information set forth in the letter of José Gerardo Badín Cherit, dated November 12, 2019 [ECF No. 261] (the "November 12 Letter") and the entire record, after due deliberation and sufficient cause appearing therefor, it is hereby:

1.    **ORDERED**, that José Gerardo Badín Cherit, being duly authorized and empowered to act as the liquidator of Integradora de Servicios Petroleros, S.A.P.I. de C.V. ("Integradora") and Perforadora Oro Negro, S. de R.L. de C.V. ("Perforadora" and, together with Integradora, the "Debtors"), including to take actions in any proceeding outside of Mexico, including this Chapter 15 proceeding, and having been granted authority to act as foreign representative, is hereby granted all rights, authority, privileges and powers that were granted to (a) Fernando Pérez-Correa Camarena under this Court's *Second Supplemental Order Granting Recognition Of Foreign Main Proceedings*, dated July 8, 2019 [ECF No. 231], (b) Gonzalo Gil-White under this Court's *Supplemental Order Granting Recognition of Foreign Main Proceeding*, dated May 17, 2019 [ECF No. 196], and (c) Alonso Del Val Echeverria under this Court's *Order Granting Recognition of Foreign Main Proceeding*, dated May 17, 2018 [ECF 54] (collectively, the "Recognition Orders"); and it is further

2. **ORDERED**, for the avoidance of doubt, that recognition of the Debtors' *Concurso Mercantil* as a foreign main proceeding pursuant to 11 U.S.C. §§ 1515 and 1517 and all attendant rights and relief in the Recognition Orders and all subsequent orders of the Court in this matter continue without interruption; and it is further

3. **ORDERED**, that nothing set forth herein shall affect the authority or validity of any actions taken by (a) Fernando Pérez-Correa Camarena, (b) Gonzalo Gil-White, or (c) Alonso Del Val Echeverria with respect to Integradora or Perforadora during the periods for which each was the Foreign Representative; and it is further

4. **ORDERED**, that this Court retains jurisdiction with respect to the enforcement, amendment or modification of this Supplemental Order.

Date: January 3, 2020
New York, New York

/S/ Shelley C. Chapman
THE HONORABLE SHELLEY C. CHAPMAN
UNITED STATES BANKRUPTCY JUDGE