## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004–1408**

| | |
|---|---|
| IN RE: Perforadora Oro Negro, S. de R.L. de C.V. and Integradora de Servicios Petroleros, S.A.P.I. de C | CASE NO.: 18–11094–scc |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: | CHAPTER: 15 |

## NOTICE OF HEARING

Please take notice that a status conference will be held in the above captioned case on March 9, 2020 at 10:00 a.m. in courtroom 623.

Thank you

Dated: March 4, 2020                                                    Vito Genna
                                                                                      Clerk of the Court