**WILK AUSLANDER LLP**
825 Eighth Avenue, Suite 2900
New York, New York 10019
Telephone: (212) 981-2300
Jay S. Auslander
Eric J. Snyder
Natalie Shkolnik
Julie Cilia
Robert C. Reiland
*Counsel for Seadrill Limited and Fintech Advisory Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------- X
                                         :    Chapter 15
In re:                                   :
                                         :    Case No. 18-11094(SCC)
PERFORADORA ORO NEGRO, S. DE R.L.        :
DE C.V., et al.,                         :    (Jointly Administered)
                                         :
Debtors in a Foreign Proceeding.         :
                                         :
------------------------------------------------------- X
```

**NOTICE OF SUGGESTION OF BANKRUPTCY**
**FOR *SEADRILL LIMITED, ET AL.*, AND CERTAIN**
**OF ITS AFFILIATES AND AUTOMATIC STAY OF PROCEEDINGS**

**PLEASE TAKE NOTICE** that on February 7, 2021, Asia Offshore Drilling Limited and

four affiliates filed voluntary petitions under chapter 11 of title 11 of the United States Code (the

"Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas (the

"Court"), and on February 10, 2021, Seadrill Limited and the debtors and debtors in possession

identified in the order attached as **Exhibit B** (the "Debtors") filed voluntary petitions for relief

under chapter 11 of the Bankruptcy Code in the Court. A copy of the voluntary petition of the lead

Debtor, Seadrill Limited, is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that the Debtors' chapter 11 cases are pending

before the Honorable Judge David R. Jones and are being jointly administered under the lead case

*In re Seadrill Limited*, Case No. Case No. 21-30427 (DRJ) (the "Chapter 11 Cases"). A copy of

the order entered on February 11, 2021 directing joint administration of these Chapter 11 Cases is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 362(a) of the Bankruptcy Code, the Debtors' filing of their respective voluntary petitions gives rise to a stay, applicable to all entities, of, among other things: (a) the commencement or continuation of any judicial, administrative, or other action or proceeding against the Debtors (i) that was or could have been commenced before the commencement of the Chapter 11 Cases, or (ii) to recover a claim against the Debtors that arose before the commencement of the Chapter 11 Cases; (b) the enforcement against any of the Debtors or against any property of each of the Debtors' bankruptcy estates of a judgment obtained prior to the commencement of the Chapter 11 Cases; and (c) any act to obtain possession of property of or from any of the Debtors' bankruptcy estates, or to exercise control over property of any of the Debtors' bankruptcy estates.[1]  No order has been entered in the Chapter 11 Cases granting relief from the automatic stay.

**PLEASE TAKE FURTHER NOTICE** that additional information regarding the Chapter 11 Cases may be obtained free of charge by: (i) reviewing, free of charge, the docket of the Debtors' Chapter 11 Cases on the website of the Debtors' proposed claims and noticing agent at http://cases.primeclerk.com/SeadrillLimited or by calling (844) 858-8891 (toll free) or (312) 667-1347 (international); (ii) visiting the Bankruptcy Court's website at https://ecf.sdtx.uscourts.gov (PACER login and password required) in accordance with the procedures and fees set forth therein; or (iii) contacting any of the following proposed counsel for the Debtors: (a) Kirkland & Ellis LLP, 300 North LaSalle, Chicago, Illinois 60654, Attn: Anup

---

[1]  Nothing herein shall constitute a waiver of the Debtors' rights to assert any claims, counterclaims, defenses, rights of setoff or recoupment, or any other claims against any party to the above-captioned case.  The Debtors expressly reserve all rights to contest any claims that may be asserted against the Debtors.

Sathy, Ross Kwasteniet, Brad Weiland, or Spencer Winters, or (b) Jackson Walker LLP, 1401

McKinney Street, Suite 1900, Houston, Texas 77010, Attn: Matthew D. Cavenaugh, Jennifer F.

Wertz, Vienna F. Anaya, and Victoria Argeroplos.

Dated: New York, New York
February 22, 2021

Wilk Auslander LLP

By: _____ /s/ _____

Eric J. Snyder
Jay S. Auslander
Natalie Shkolnik
Julie Cilia
Robert C. Reiland
825 Eighth Avenue, Suite 2900
New York, New York 10019
Telephone:  (212) 981-2300
Facsimile:   (212) 752-6380

## CERTIFICATE OF SERVICE

I, Eric J. Snyder, certify that on the 22nd of February 2021, I caused to be served, via the Court's electronic filing system, a true and correct copy of the foregoing *Notice of Suggestion of Bankruptcy for Seadrill Limited and Certain of its Affiliates and Automatic Stay of Proceedings,* on the parties listed below.

Dated: New York, New York
February 22, 2021

Wilk Auslander LLP

By: _____/s/_____
        Eric J. Snyder
825 Eighth Avenue, Suite 2900
New York, New York 10019
Telephone: (212) 981-2300
Facsimile: (212) 752-6380

**Parties receiving service:**

Scott C. Shelley
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue
New York, NY 10010
(212) 849-7358
Fax : (212) 849-7100
Email: scottshelley@quinnemanuel.com

Gabriel Fernando Soledad
Quinn Emanuel Urquhart & Sullivan LLP
1300 I Street NW
Suite 900
Washington, DC 20005
202-538-8000
Fax : 202-538-8100
Email: gabrielsoledad@quinnemanuel.com

Lauren Marguerite Weinstein
MoloLamken LLP
600 New Hampshire Avenue, NW
Suite 500
Washington, DC 20037
202-556-2000
Email: lweinstein@mololamken.com

Justin M Ellis
Molo Lamken LLP
430 Park Avenue
New York, NY 10022
212-607-8160
Email: jellis@mololamken.com

Jay B. Kasner
Skadden, Arps, Slate, Meagher
& Flom LLP
One Manhattan West
New York, NY 10001-8602
212-735-2628
Fax : 917-777-2628
Email: jay.kasner@skadden.com

Israel Dahan
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036
212-556-2114
Fax : 212-556-2222
Email: idahan@kslaw.com

Scott D. Musoff
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001-8602
212-735-7852
Fax : 917-777-7852
Email: scott.musoff@skadden.com

George A. Zimmerman
Skadden, Arps, Slate, Meagher & Flom LLP
One Manhattan West
New York, NY 10001-8602
212-735-2047
Email: george.zimmerman@skadden.com


William Clareman
Paul, Weiss, Rifkind, Wharton
& Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
212-373-3000
Email: wclareman@paulweiss.com

William J O'Brien
Skadden, Arps, Slate, Meagher & Flom
LLP
One Manhattan West
New York, NY 10001-8602
212-735-3000
Email: william.obrien@skadden.com

Shmuel Vasser
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036-6797
(212) 698-3500
Fax : (212) 698-3599
Email: shmuel.vasser@dechert.com

# EXHIBIT A

| Fill in this information to identify the case: |
|---|

United States Bankruptcy Court for the:

        Southern District of Texas
              (State)

Case number *(if known)*: _____  Chapter __11__

☐ Check if this is an
amended filing

### Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/20**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's Name**

    **Seadrill Limited**

**2. All other names debtor used in the last 8 years**

    **New Sdrl Limited**

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**

    **N/A**

**4. Debtor's address**

**Principal place of business**

**Par-La-Ville Place**
Number      Street

**14 Par-La-Ville Road**

**Hamilton, Bermuda**      **HM08**
City          State    Zip Code

County

**Mailing address, if different from principal place of business**

**11025 Equity Drive, Suite 150**
Number      Street

P.O. Box

**Houston, Texas**      **75201**
City          State    Zip Code

**Location of principal assets, if different from principal place of business**

Number      Street

City          State    Zip Code

**5. Debtor's website (URL)**

    http://www.seadrill.com/

**6. Type of debtor**

    ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

    ☐ Partnership (excluding LLP)

    ☐ Other. Specify: _____

| Debtor | **Seadrill Limited** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **7.** | **Describe debtor's business** | **A.** *Check One:* | |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) | |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) | |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) | |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) | |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) | |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) | |
| | | ☒ None of the above | |

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**2111 - Oil and Gas Extraction**

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check One:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1). Its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000 **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☒ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form**.**

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

| | | | | | | |
|---|---|---|---|---|---|---|
| **9.** | **Were prior bankruptcy cases filed by or against the debtor or an affiliate of the debtor within the last 8 years?** | ☐ No | District | **Southern District of Texas** | When | **09/12/2017** |
| | | ☒ Yes. | | | | MM/DD/YYYY Case number **See Rider 1** |
| | If more than 2 cases, attach a separate list. | | District | **Southern District of Texas** | When | **12/01/2020; 02/07/2021** |
| | | | | | | MM/DD/YYYY Case number **See Rider 1** |

| Debtor | **Seadrill Limited** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes.

| | | Relationship | **Affiliate** |
|---|---|---|---|
| Debtor | **See Rider 2** | | |
| District | **Southern District of Texas** | When | **09/12/2017; 12/01/2020; 02/07/2021; 02/10/2021** |
| Case number, if known | **See Rider 2** | | MM / DD / YYYY |

---

**11. Why is the case filed in *this* district?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No[1]
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

| | |
|---|---|
| Number | Street |
| City | State | Zip Code |

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

| | **Statistical and administrative information** |
|---|---|

---

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

[1] The Debtors provide offshore drilling services, including the operation of a rig fleet. The Debtors note that the term "imminent and identifiable hazard" is not defined in this form; however, the Debtors do not believe they own or possess any real or personal property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety.

| Debtor | **Seadrill Limited** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| **14. Estimated number of creditors (on a consolidated basis)** | ☐ 1-49 <br> ☐ 50-99 <br> ☐ 100-199 <br> ☐ 200-999 | ☐ 1,000-5,000 <br> ☐ 5,000-10,000 <br> ☒ 10,001-25,000 | ☐ 25,001-50,000 <br> ☐ 50,001-100,000 <br> ☐ More than 100,000 |
|---|---|---|---|

| **15. Estimated assets (on a consolidated basis)** | ☐ $0-$50,000 <br> ☐ $50,001-$100,000 <br> ☐ $100,001-$500,000 <br> ☐ $500,001-$1 million | ☐ $1,000,001-$10 million <br> ☐ $10,000,001-$50 million <br> ☐ $50,000,001-$100 million <br> ☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion <br> ☒ $1,000,000,001-$10 billion <br> ☐ $10,000,000,001-$50 billion <br> ☐ More than $50 billion |
|---|---|---|---|

| **16. Estimated liabilities (on a consolidated basis)** | ☐ $0-$50,000 <br> ☐ $50,001-$100,000 <br> ☐ $100,001-$500,000 <br> ☐ $500,001-$1 million | ☐ $1,000,001-$10 million <br> ☐ $10,000,001-$50 million <br> ☐ $50,000,001-$100 million <br> ☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion <br> ☒ $1,000,000,001-$10 billion <br> ☐ $10,000,000,001-$50 billion <br> ☐ More than $50 billion |
|---|---|---|---|

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    02/10/2021
                MM/ DD / YYYY

**✗**   */s/ Grant Creed*                     Grant Creed
      Signature of authorized representative of debtor           Printed name

Title    **Authorized Signatory**

**18. Signature of attorney**

**✗**   */s/ Matthew D. Cavenaugh*         Date    02/10/2021
      Signature of attorney for debtor                      MM/DD/YYYY

**Matthew D. Cavenaugh**
Printed name

**Jackson Walker L.L.P.**
Firm name

**1401 McKinney Street, Suite 1900**
Number                 Street

**Houston**                        **Texas**      **77010**
City                                  State       ZIP Code

**(713) 752-4200**                 **mcavenaugh@jw.com**
Contact phone                        Email address

**24062656**                           **Texas**
Bar number                         State

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

Southern District of Texas
(State)

Case number *(if known):* _____  Chapter  **11**

☐ Check if this is an
amended filing

**Rider 1**
**Prior Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor Within the Last 8 years**

On September 12, 2017, the Debtor's affiliate, Seadrill Limited and 85 affiliated entities (collectively, the "Seadrill Limited Debtors") filed petitions in the United States Bankruptcy Court for the Southern District of Texas for relief under chapter 11 of title 11 of the United States Code.  A plan of reorganization was confirmed in the Seadrill Limited Debtors' cases on April 17, 2018, and such plan went effective on July 2, 2018.  Except with respect to the case of Seadrill Limited, Case No. 17-60079 (DRJ), each of the Seadrill Limited Debtors' cases are now closed.

| | |
| --- | --- |
| Eastern Drilling AS | Case No. 17-35367 |
| North Atlantic Alpha Ltd | Case No. 17-60082 |
| North Atlantic Crew AS | Case No. 17-60083 |
| North Atlantic Crewing Ltd. | Case No. 17-60084 |
| North Atlantic Drilling Ltd. | Case No. 17-60080 |
| North Atlantic Drilling UK Ltd | Case No. 17-35368 |
| North Atlantic Elara Ltd | Case No. 17-60085 |
| North Atlantic Epsilon Ltd | Case No. 17-60086 |
| North Atlantic Linus Charterer Ltd | Case No. 17-60087 |
| North Atlantic Management AS | Case No. 17-35369 |
| North Atlantic Navigator Ltd | Case No. 17-60088 |
| North Atlantic Norway Ltd. | Case No. 17-60089 |
| North Atlantic Phoenix Ltd | Case No. 17-60090 |
| North Atlantic Support Services Limited | Case No. 17-60091 |
| North Atlantic Venture Ltd | Case No. 17-60092 |
| Scorpion Drilling Ltd | Case No. 17-60093 |
| Scorpion Intrepid Ltd. | Case No. 17-60094 |
| Scorpion Servicos Offshore Ltda | Case No. 17-60095 |
| Scorpion Vigilant Ltd | Case No. 17-60096 |
| Sea Dragon de Mexico S de R.L. de CV | Case No. 17-60097 |
| Seadrill Abu Dhabi Operations Limited | Case No. 17-60098 |
| Seadrill Americas, Inc | Case No. 17-60077 |
| Seadrill Angola, Lda | Case No. 17-60099 |
| Seadrill Aquila Ltd | Case No. 17-60100 |
| Seadrill Ariel Ltd | Case No. 17-60101 |
| Seadrill Brunei Ltd | Case No. 17-60102 |
| Seadrill Callisto Ltd | Case No. 17-60103 |
| Seadrill Capital Spares Pool AS | Case No. 17-60104 |
| Seadrill Carina Ltd | Case No. 17-60105 |
| Seadrill Castor Ltd | Case No. 17-60106 |
| Seadrill Castor Pte Ltd | Case No. 17-60107 |
| Seadrill Cressida Ltd | Case No. 17-60108 |
| Seadrill Deepwater Charterer Ltd | Case No. 17-60109 |
| Seadrill Deepwater Crewing Ltd | Case No. 17-60110 |
| Seadrill Deepwater Units Pte Ltd | Case No. 17-60111 |

| Seadrill Dorado Ltd | Case No. 17-60112 |
| Seadrill Draco Ltd | Case No. 17-60113 |
| Seadrill Eclipse Ltd | Case No. 17-60114 |
| Seadrill Eminence Ltd | Case No. 17-60115 |
| Seadrill Far East Limited | Case No. 17-60116 |
| Seadrill Freedom Ltd | Case No. 17-60117 |
| Seadrill GCC Operations Ltd | Case No. 17-60118 |
| Seadrill Gemini Ltd | Case No. 17-60119 |
| Seadrill Global Services Ltd | Case No. 17-60120 |
| Seadrill Gulf Operations Neptune LLC | Case No. 17-60121 |
| Seadrill Indonesia Ltd | Case No. 17-60122 |
| Seadrill International Resourcing DMCC | Case No. 17-60123 |
| Seadrill Jack Up Holding Ltd | Case No. 17-60124 |
| Seadrill Jack Up I B.V. | Case No. 17-60126 |
| Seadrill Jack Up II B.V. | Case No. 17-60127 |
| Seadrill Jupiter Ltd | Case No. 17-60125 |
| Seadrill Labuan Ltd | Case No. 17-60128 |
| Seadrill Libra Ltd | Case No. 17-60129 |
| Seadrill Limited | Case No. 17-60079 |
| Seadrill Management (S) Pte Ltd | Case No. 17-60130 |
| Seadrill Management AME Ltd | Case No. 17-60131 |
| Seadrill Management Ltd | Case No. 17-60132 |
| Seadrill Neptune Hungary Kft | Case No. 17-60133 |
| Seadrill Newfoundland Operations Ltd | Case No. 17-60134 |
| Seadrill Nigeria Operations Limited | Case No. 17-60135 |
| Seadrill Offshore AS | Case No. 17-60136 |
| Seadrill Offshore Malaysia Sdn Bhd | Case No. 17-60137 |
| Seadrill Offshore Nigeria Limited | Case No. 17-60138 |
| Seadrill Operations de Mexico S de R.L. de CV | Case No. 17-60139 |
| Seadrill Orion Ltd | Case No. 17-60140 |
| Seadrill Pegasus (S) Pte Ltd | Case No. 17-60141 |
| Seadrill Prospero Ltd | Case No. 17-60142 |
| Seadrill Saturn Ltd | Case No. 17-60143 |
| Seadrill Servicos de Petroleos Ltda | Case No. 17-60144 |
| Seadrill Telesto Ltd | Case No. 17-60145 |
| Seadrill Tellus Ltd | Case No. 17-60146 |
| Seadrill Tucana Ltd | Case No. 17-60147 |
| Seadrill UK Ltd | Case No. 17-60148 |
| Sevan Brasil Ltd | Case No. 17-60149 |
| Sevan Driller Ltd | Case No. 17-60150 |
| Sevan Drilling Limited | Case No. 17-60151 |
| Sevan Drilling Ltd | Case No. 17-60081 |
| Sevan Drilling North America LLC | Case No. 17-60078 |
| Sevan Drilling Pte Ltd | Case No. 17-60152 |
| Sevan Drilling Rig II AS | Case No. 17-60153 |
| Sevan Drilling Rig II Pte. Ltd | Case No. 17-60154 |
| Sevan Drilling Rig V AS | Case No. 17-60155 |
| Sevan Drilling Rig V Pte. Ltd | Case No. 17-60156 |
| Sevan Drilling Rig VI AS | Case No. 17-60157 |
| Sevan Louisiana Hungary Kft | Case No. 17-60158 |
| Sevan Marine Servicos de Perfuracao Ltda | Case No. 17-60159 |

On December 1, 2020, the Debtor's affiliate, Seadrill Partners LLC and 28 affiliated entities listed below (collectively, the "Seadrill Partners Debtors") filed petitions in the United States Bankruptcy Court for the Southern District of Texas (the "Court") for relief under chapter 11 of title 11 of the United States Code. The Seadrill Partners Debtors' cases are currently pending before the Court and are jointly administered under Case No. 20-35740 (DRJ).

| | |
|---|---|
| Seadrill Partners LLC | Case No. 20-35740 |
| Seabras Rig Holdco Kft. | Case No. 20-35742 |
| Seadrill Auriga Hungary Kft. | Case No. 20-35746 |
| Seadrill Canada Ltd. | Case No. 20-35749 |
| Seadrill Capricorn Holdings LLC | Case No. 20-35755 |
| Seadrill China Operations Ltd. | Case No. 20-35759 |
| Seadrill Deepwater Drillship Ltd. | Case No. 20-35741 |
| Seadrill Ghana Operations Ltd. | Case No. 20-35744 |
| Seadrill Mobile Units (Nigeria) Ltd. | Case No. 20-35766 |
| Seadrill Gulf Operations Auriga LLC | Case No. 20-35748 |
| Seadrill Gulf Operations Sirius LLC | Case No. 20-35752 |
| Seadrill Gulf Operations Vela LLC | Case No. 20-35756 |
| Seadrill Hungary Kft. | Case No. 20-35739 |
| Seadrill International Ltd. | Case No. 20-35761 |
| Seadrill Leo Ltd. | Case No. 20-35764 |
| Seadrill OPCO Sub LLC | Case No. 20-35763 |
| Seadrill Operating GP LLC | Case No. 20-35760 |
| Seadrill Operating LP | Case No. 20-35757 |
| Seadrill Partners B.V. | Case No. 20-35753 |
| Seadrill Partners Finco LLC | Case No. 20-35750 |
| Seadrill Partners Malaysia Sdn. Bhd. | Case No. 20-35745 |
| Seadrill Partners Operating LLC | Case No. 20-35743 |
| Seadrill Polaris Ltd. | Case No. 20-35747 |
| Seadrill T-15 Ltd. | Case No. 20-35751 |
| Seadrill T-16 Ltd. | Case No. 20-35754 |
| Seadrill Texas LLC | Case No. 20-35738 |
| Seadrill US Gulf LLC | Case No. 20-35758 |
| Seadrill Vela Hungary Kft. | Case No. 20-35762 |
| Seadrill Vencedor Ltd. | Case No. 20-35765 |

On February 7, 2021, the Debtor's affiliate, Asia Offshore Drilling Limited and 4 affiliated entities listed below (collectively, the "Asia Offshore Drilling Debtors") filed petitions in the United States Bankruptcy Court for the Southern District of Texas (the "Court") for relief under chapter 11 of title 11 of the United States Code. The Asia Offshore Drilling Debtors' cases are currently pending before the Court under Case Nos. 21-30385 (DRJ), 21-30386 (DRJ), 21-30387 (DRJ), 21-30388 (DRJ), and 21-30391 (DRJ).

| | |
|---|---|
| Asia Offshore Drilling Limited | Case No. 21-30385 |
| Asia Offshore Rig 1 Limited | Case No. 21-30386 |
| Asia Offshore Rig 2 Limited | Case No. 21-30387 |
| Asia Offshore Rig 3 Limited | Case No. 21-30388 |
| Seadrill GCC Operations Ltd. | Case No. 21-30391 |

| Fill in this information to identify the case: |
| --- |

United States Bankruptcy Court for the:

Southern District of Texas

(State)

Case number (if known): _____  Chapter ___11___

☐ Check if this is an
amended filing

## Rider 2
## Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On September 12, 2017, the Debtor's affiliate, Seadrill Limited and 85 affiliated entities (collectively, the "Seadrill Limited Debtors"), as listed on **Rider 1**, filed petitions in the United States Bankruptcy Court for the Southern District of Texas for relief under chapter 11 of title 11 of the United States Code. A plan of reorganization was confirmed in the Seadrill Limited Debtors' cases on April 17, 2018, and such plan went effective on July 2, 2018. Except with respect to the case of Seadrill Limited, Case No. 17-60079 (DRJ), each of the Seadrill Limited Debtors' cases are now closed.

On December 1, 2020, the Debtor's affiliate, Seadrill Partners LLC and 28 affiliated entities (collectively, the "Seadrill Partners Debtors"), as listed on **Rider 1**, filed petitions in the United States Bankruptcy Court for the Southern District of Texas (the "Court") for relief under chapter 11 of title 11 of the United States Code. The Seadrill Partners Debtors' cases are currently pending before the Court and are jointly administered under Case No. 20-35740 (DRJ).

On February 7, 2021, the Debtor's affiliate, Asia Offshore Drilling Limited and 4 affiliated entities (collectively, the "Asia Offshore Drilling Debtors"), as listed on **Rider 1**, filed petitions in the United States Bankruptcy Court for the Southern District of Texas (the "Court") for relief under chapter 11 of title 11 of the United States Code. The Asia Offshore Drilling Debtors' cases are currently pending before the Court under Case Nos. 21-30385 (DRJ), 21-30386 (DRJ), 21-30387 (DRJ), 21-30388 (DRJ), and 21-30391 (DRJ).

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in the United States Bankruptcy Court for the Southern District of Texas for relief under chapter 11 of title 11 of the United States Code. The Debtors have moved for joint administration of these cases and the cases of the Asia Offshore Drilling Debtors under the case number assigned to the chapter 11 case of Seadrill Limited.

| Seadrill Limited | Seadrill Jack Up I BV |
| --- | --- |
| Eastern Drilling AS | Seadrill Jack Up II BV |
| North Atlantic Alpha Ltd. | Seadrill Jack-Ups Contracting Ltd. |
| North Atlantic Elara Ltd. | Seadrill Jupiter Ltd. |
| North Atlantic Epsilon Ltd. | Seadrill Labuan Ltd. |
| North Atlantic Linus Charterer Ltd. | Seadrill Management (S) Pte Ltd. |
| North Atlantic Navigator Ltd. | Seadrill Management AME Ltd. |
| North Atlantic Phoenix Ltd. | Seadrill Management Ltd. |
| North Atlantic Venture Ltd. | Seadrill Mimas Ltd. |
| Scorpion Courageous Ltd. | Seadrill Mira Hungary Kft. |
| Scorpion Deepwater BV | Seadrill Mira Ltd. |
| Scorpion Deepwater Ltd. | Seadrill Neptune Hungary Kft. |
| Scorpion Drilling Ltd. | Seadrill Newfoundland Operations Ltd. |
| Scorpion Freedom Ltd. | Seadrill Nigeria Operations Ltd. |
| Scorpion International Ltd. | Seadrill North Atlantic Holdings Limited |
| Scorpion Nederlandse BV | Seadrill North Sea Crewing Ltd. |
| Scorpion Offshore Inc. | Seadrill Norway Crew AS |
| Scorpion Resolute Ltd. | Seadrill Norway Operations Ltd. |
| Scorpion Rigs Ltd. | Seadrill Offshore AS |
| Scorpion Servicos Offshore Ltda. | Seadrill Offshore Malaysia Sdn. Bhd. |

| | |
|---|---|
| Scorpion USA Expats Inc. | Seadrill Offshore Nigeria Ltd. |
| Scorpion Vigilant Ltd. | Seadrill Operations de Mexico S de RL de CV |
| SDS Drilling Ltd. | Seadrill Orion Ltd. |
| Sea Dragon de Mexico S de RL de CV | Seadrill Pegasus (S) Pte Ltd. |
| Seadrill Abu Dhabi Operations Limited | Seadrill Prospero Ltd. |
| Seadrill Americas, Inc. | Seadrill Proteus Ltd. |
| Seadrill Angola LDA | Seadrill Rhea Ltd. |
| Seadrill Ariel Ltd. | Seadrill Rig Holding Company Limited |
| Seadrill Australia Pte Ltd. | Seadrill Saturn Ltd. |
| Seadrill Brunei Ltd. | Seadrill Saudi I BV |
| Seadrill Callisto Ltd. | Seadrill Saudi II BV |
| Seadrill Carina Ltd. | Seadrill Servicos de Petroleos Ltda. |
| Seadrill Castor Ltd. | Seadrill Sevan Holdings Limited |
| Seadrill Castor Pte Ltd. | Seadrill Telesto Ltd. |
| Seadrill Common Holdings Ltd. | Seadrill Tellus Ltd. |
| Seadrill Cressida Ltd. | Seadrill Tethys Ltd. |
| Seadrill Deepwater Charterer Ltd. | Seadrill Titan Ltd. |
| Seadrill Deepwater Contracting Ltd. | Seadrill Titania Sarl |
| Seadrill Deepwater Crewing Ltd. | Seadrill Treasury UK Limited |
| Seadrill Deepwater Holdings Ltd. | Seadrill Triton Ltd. |
| Seadrill Deepwater Units Pte Ltd. | Seadrill Tucana Ltd. |
| Seadrill Dione Ltd. | Seadrill UK Ltd. |
| Seadrill Eclipse Ltd. | Seadrill UK Operations Ltd. |
| Seadrill Eminence Ltd. | Seadrill UK Support Services Ltd. |
| Seadrill Equatorial Guinea Ltd. | Seadrill Umbriel Ltd. |
| Seadrill Europe Management AS | Sevan Brasil Ltd. |
| Seadrill Far East Ltd. | Sevan Developer Ltd. |
| Seadrill Freedom Ltd. | Sevan Driller Ltd. |
| Seadrill Gemini Ltd. | Sevan Drilling Limited |
| Seadrill Global Services Ltd. | Sevan Drilling North America LLC |
| Seadrill Gulf Operations Neptune LLC | Sevan Drilling Pte Ltd. |
| Seadrill Holdings Singapore Pte Ltd. | Sevan Drilling Rig II AS |
| Seadrill Hyperion Ltd. | Sevan Drilling Rig II Pte Ltd. |
| Seadrill Indonesia Ltd. | Sevan Drilling Rig IX Pte Ltd. |
| Seadrill Insurance Ltd. | Sevan Drilling Rig V Pte Ltd. |
| Seadrill International Resourcing DMCC | Sevan Louisiana Hungary Kft. |
| Seadrill Investment Holding Company Limited | Sevan Marine Servicos de Perfuracao Ltda |
| Seadrill Jack Up Holding Ltd. | |

Official Form 201A (12/15)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL LIMITED, | ) | Case No. 21-_____(___) |
| | ) | |
| Debtor. | ) | |
| | ) | |

### Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1.  If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is  **0001737706**

2.  The following financial data is the latest available information and refers to the debtor's condition on **June 30, 2020**

(a)  Total assets    $  **7,291,000,000**

(b)  Total debts (including debts listed in 2.c., below)    $  **7,193,000,000**

(c)  Debt securities held by more than 500 holders    **See comment**

|  |  |  |  |  | | Approximate number of holders: |
|---|---|---|---|---|---|---|
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | _____ | | **See comment** |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | _____ | | **See comment** |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | _____ | | **See comment** |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | _____ | | **See comment** |
| secured ☐ | unsecured ☐ | subordinated ☐ | $ | _____ | | **See comment** |

(d)  Number of shares of preferred stock    **N/A**

(e)  Number of shares of common stock[2]    **138,880,000**

Comments, if any:    **Seadrill Limited does not and cannot know the precise number of beneficial holders of any of the debt securities it has issued and does not believe that any such securities are held by more than 500 holders.**

3.  Brief description of debtor's business:    **Offshore drilling services required for exploration and production of oil and gas resources.**

4.  List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:[3] **Hemen Holding Ltd (27.09%).**

---

[2]  As of June 30, 2020, there were 138,880,000 shares authorized and 100,329,887 shares issued.

[3]  As of December 31, 2020.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| SEADRILL LIMITED, | ) | Case No. 21-_____(____) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

### LIST OF EQUITY SECURITY HOLDERS[4]

| Debtor | Equity Holders | Address of Equity Holder | Percentage of Equity Held |
|---|---|---|---|
| Seadrill Limited | Hemen Holding Ltd. | 3399 LIMASSOL P.O. BOX 3562 LIMASSOL G4 CY-3399 | 27.09% |

---

[4] This list reflects holders of five percent or more of Seadrill Limited's common stock.  This list serves as the disclosure required to be made by the debtor pursuant to rule 1007 of the Federal Rules of Bankruptcy Procedure.  By the *Debtor's Emergency Motion for Entry of an Order (I) Waiving the Requirement to File a List of Equity Security Holders, (II) Authorizing the Debtors to Redact Certain Personal Identification Information, (III) Approving the Form and Manner of Notice of the Commencement of these Chapter 11 Cases, and (IV) Granting Related Relief* filed contemporaneously herewith, the Debtor is requesting a waiver of the requirement under Rule 1007 to file a list of all of its equity security holders.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| SEADRILL LIMITED, | ) |
| | ) Case No. 21-_____(____) |
| Debtor. | ) |
| | ) |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a government unit, that directly or indirectly own 10% or more of any class of the debtor's equity interest:

| Shareholder | Approximate Percentage of Shares Held |
|---|---|
| Hemen Holding Ltd. | 27.09% |

Debtor  Seadrill Limited, et al.,_____   Case number (if known)_____

| Fill in this information to identify the case: |
|---|
| Debtor name:  Seadrill Limited, et al.. |
| United States Bankruptcy Court for the: Southern District of Texas |
| Case number (If known): _____ |

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim if the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | NATIONAL OILWELL VARCO L.P ATTN: FRODE JENSEN SENIOR VP - MARKETING AND SALES LAGERVEIEN 16 STAVANGER, N-4033 NORWAY | FRODE JENSEN EMAIL - frode.jensen@nov.com PHONE - 713-320-3744 | Trade Payable | | | | $ 2,376,655 |
| 2 | SODEXO MOBILE UNITS AS ATTN: ED MORROW VICE PRESIDENT - GLOBAL ENERGY ACCOUNT SODEXO GROUP HEAD QUARTER 255 QUAI DE LA BATAILLE DE STALINGRAD ISSY-LES-MOULINEAUX, 92130 FRANCE | ED MORROW EMAIL - ed.morrow@sodexo.com PHONE - + 33 1 30 85 75 00 | Trade Payable | | | | $ 1,426,916 |
| 3 | CAMERON INTERNATIONAL CORPORATION ATTN: GOKHQN YARIM DIRECTOR OF SALES AND COMMERCIAL MEKJARVIK 1 RANDABERG, 4070 NORWAY | GOKHQN YARIM EMAIL - gyarim@slb.com | Trade Payable | | | | $ 1,402,784 |
| 4 | SR GROUP AS ATTN: GUSTAV SANNE GUNDERSEN HEAD OF SALES ENERGIVEIEN 9 TANANGER, 4056 NORWAY | GUSTAV SANNE GUNDERSEN EMAIL - bjorn.rostad@sr-group.no PHONE - 63 94 04 10 FAX - +47 51 71 53 50 | Trade Payable | | | | $ 728,276 |
| 5 | MHWIRTH AS ATTN: DAN GUDALL SENIOR SALES MANAGER (CAPITAL) NEDREVEI 8 HORTEN, 3183 NORWAY | DAN GUDALL EMAIL - dan.gudall@mhwirth.com PHONE - +47 38 05 70 00 | Trade Payable | | | | $ 605,186 |
| 6 | RTC OFFSHORE AS ATTN: METTE SOLVIK BUSINESS DEVELOPMENT MANAGER RIKARD NORDRAAKSGATE 14 NORD SKIEN, TELEMARK 3724 NORWAY | METTE SOLVIK EMAIL - mette.solvik@rtcoffshore.no PHONE - 47 35 59 40 00 | Trade Payable | | | | $ 545,795 |
| 7 | JANSEN OG WILLUMSEN SERVICES AS ATTN: KENNETH JANSEN CHIEF EXECUTIVE OFFICER HAMMAREN 15 STAVANGER, 4056 NORWAY | KENNETH JANSEN EMAIL - kenneth.jansen@jws.no PHONE - +47 51 64 05 80 | Trade Payable | | | | $ 448,451 |
| 8 | 3C METAL ATTN: DEJAN ZIGIC GROUP MANAGING DIRECTOR PLOT NO. MO 0629 JEBEL ALI FREE ZONE (JAFZA) DUBAI, 261998 UNITED ARAB EMIRATES | DEJAN ZIGIC EMAIL - dzigic@3cmetalme.com PHONE - +33 5 59 67 64 67 | Trade Payable | | | | $ 396,649 |
| 9 | STOREBRAND HELSEFORSIKRING AS ATTN: ODD ARILD GREFSTAD CHIEF EXECUTIVE OFFICER PROFESSOR KOHTS VEI 9 LYSAKER, 1327 NORWAY | ODD ARILD GREFSTAD EMAIL - odd.arild.grefstad@storebrand.no PHONE - 47 915 08880 | Trade Payable | | | | $ 388,109 |

Debtor  Seadrill Limited, et al., _____   Case number (if known)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim if the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 10 | SEMCO MARITIME<br>ATTN: SIMON WALL<br>VICE PRESIDENT - GLOBAL SALES<br>ESBJERG BRYGGE 30<br>ESBJERG, 6700<br>DENMARK | SIMON WALL<br>EMAIL - swa@semcomaritime.com<br>PHONE - +45 7916 6666 | Trade Payable | | | | $ 372,926 |
| 11 | CAPROCK UK LTD<br>ATTN: JAMES TREVELYAN<br>SENIOR VICE PRESIDENT OF GLOBAL SALES<br>DENMORE ROAD<br>BRIDGE OF DON, GRAMPIAN<br>ABERDEEN, AB23 8JW<br>UNITED KINGDOM | JAMES TREVELYAN<br>EMAIL - james.trevelyan@speedcast.com<br>PHONE - 44 1224 707377 | Trade Payable | | | | $ 301,146 |
| 12 | SOFTCAT PLC<br>ATTN: EDWARD GWATKIN<br>SENIOR ACCOUNT MANAGER<br>ONE CREECHURCH LANE<br>5TH FLOOR<br>LONDON, EC3A 5AY<br>UNITED KINGDOM | EDWARD GWATKIN<br>EMAIL - edwardgw@softcat.com | Trade Payable | | | | $ 275,517 |
| 13 | COPASTUR VIAGENS E TURISMO LTDA<br>ATTN: PIPPA GANDERTON<br>DIRECTOR OF GLOBAL ACCOUNTS<br>RUA BELA CINTRA<br>986<br>6° ANDAR<br>SAO PAULO, SP 1415000<br>BRAZIL | PIPPA GANDERTON<br>EMAIL - pippa.ganderton@atpi.com<br>PHONE - 55 11 3218-7300 | Trade Payable | | | | $ 268,658 |
| 14 | SMEDVIG EIENDOM<br>ATTN: GEIR ØSTERHUS<br>SITE DIRECTOR<br>LØKKEVEIEN 103<br>STAVANGER, 4004<br>NORWAY | GEIR ØSTERHUS<br>EMAIL - geir.osterhus@smedvig.no<br>PHONE - 47 51 50 96 00 | Trade Payable | | | | $ 268,419 |
| 15 | SWIFT TECHNICAL SERVICOS TECNICOS<br>ESPECIALIZADOS LTDA<br>ATTN: JANETTE MARX<br>CHIEF EXECUTIVE OFFICER<br>AV ALMIRANTE BARROSO<br>63<br>CENTRO<br>RIO DE JANEIRO, RJ 20031-003<br>BRAZIL | JANETTE MARX<br>EMAIL - janette.marx@ajilonoffice.com<br>PHONE - 925-937-1000 | Trade Payable | | | | $ 261,137 |
| 16 | KONGSBERG MARITIME<br>ATTN: RANDALL NUNMAKER<br>VICE PRESIDENT OF SALES<br>PIRSENTERET<br>TRONDHEIM, 7462<br>NORWAY | RANDALL NUNMAKER<br>EMAIL - randall.nunmaker@km.kongsberg.com<br>PHONE - 832-540-4286 | Trade Payable | | | | $ 241,394 |
| 17 | EXPRESS SERVICES (PTY) LTD.<br>ATTN: PRESIDENT OR GENERAL COUNSEL<br>CNR 3RD STREET & 14TH ROAD<br>WALVIS BAY, 13013<br>NAMIBIA | PRESIDENT OR GENERAL COUNSEL<br>EMAIL - louis@expserv.net<br>PHONE - +264 64 205859/60 | Trade Payable | | | | $ 241,024 |
| 18 | VINJE INDUSTRI AS<br>ATTN: LEIF JARLE JOHANSEN<br>PROJECT MANAGER<br>SKIBASEN 10A<br>KRISTIANSAND, 4636<br>NORWAY | LEIF JARLE JOHANSEN<br>EMAIL - leifen@vinjeindustri.no<br>PHONE - (+47) 38 03 88 00 | Trade Payable | | | | $ 205,313 |
| 19 | BAUER COMPRESSORS, INC.<br>ATTN: MICHAEL MAYER<br>DIRECTOR OF CUSTOMER SUPPORT<br>1328 AZALEA GARDEN ROAD<br>NORFOLK, VA 23510<br>UNITED STATES | MICHAEL MAYER<br>EMAIL - michael.mayer@bauercomp.com<br>PHONE - (757) 855-6006<br>FAX - (757) 857-1041 | Trade Payable | | | | $ 197,256 |
| 20 | AGILE RIG & MODULES AS<br>ATTN: MORTEN SOLLAND<br>CHIEF OPERATING OFFICER<br>MOSEIDVEIEN 17<br>POSTBOKS 422<br>STAVANGER, 4067<br>NORWAY | MORTEN SOLLAND<br>EMAIL - morten.solland@agilerig.no | Trade Payable | | | | $ 193,227 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim if the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21 | AXESS AS ATTN: KNUT STEFANUSSEN CHIEF TECHNOLOGY OFFICER / SENIOR VICE PRESIDENT GRØNORA NÆRINGSPARK ORKANGER, 7300 NORWAY | KNUT STEFANUSSEN EMAIL - knut.stefanussen@axessgroup.com PHONE - +47 982 43 600 | Trade Payable | | | | $       191,693 |
| 22 | IPT GLOBAL ATTN: ALAN SANSOVICH CHIEF EXECUTIVE OFFICER 16200 PARK ROW SUITE 350 HOUSTON, TX 77084 UNITED STATES | ALAN SANSOVICH EMAIL - alan.sansovich@3ipt.com PHONE - 281-204-2912 | Trade Payable | | | | $       187,628 |
| 23 | WORLD WIDE TECHNOLOGY, LLC. ATTN: CARRIE DRAKE CLIENT MANAGER 1 WORLD WIDE WAY ST. LOUIS, MO 63146 UNITED STATES | CARRIE DRAKE EMAIL - carrie.drake@wwt.com | Trade Payable | | | | $       178,887 |
| 24 | ANCONA OVERSEAS, INC. ATTN: PRESIDENT OR GENERAL COUNSEL PALM GROVE HOUSE PO BOX 438, S/N ROAD TOWN TORTOLA BRITISH VIRGIN ISLANDS | | Trade Payable | | | | $       178,224 |
| 25 | VMS GROUP A/S ATTN: PETER KROGH-NYMAND CHIEF EXECUTIVE OFFICER HAVNEPLADSEN 12, BUILDING 14 FREDERIKSHAVN, DK-9900 DENMARK | PETER KROGH-NYMAND EMAIL - pkn@vms.dk PHONE - +45 9622 1100 | Trade Payable | | | | $       177,649 |
| 26 | LIDER TAXI AEREO S.A. - AIR BRASIL ATTN: PRESIDENT OR GENERAL COUNSEL AV. AYRTON SENNA 2541-HANGAR 8 AEROPORTO DE JACAREPAGUA RIO DE JANEIRO, RJ 22775-002 BRAZIL | PRESIDENT OR GENERAL COUNSEL EMAIL - central@lideraviacao.com.br PHONE - +55 31 3490 4769 | Trade Payable | | | | $       175,343 |
| 27 | OCHSNER CLINIC FOUNDATION ATTN: GINA MMAHAT DIRECTOR OF CLINICAL OPERATIONS 1514 JEFFERSON HWY NEW ORLEANS, LA 70121 UNITED STATES | GINA MMAHAT EMAIL - gina.mmahat@ochsner.org PHONE - 866-624-7637 | Trade Payable | | | | $       173,530 |
| 28 | AFG - INSPECAO E REPARO EM RISERS S.A. ATTN: BILLY WALKER VICE PRESIDENT AV. MEM DE SA 1299 CENTRO MACAE, RJ 27925-545 BRAZIL | BILLY WALKER EMAIL - wwalker@afglobalcorp.com | Trade Payable | | | | $       158,875 |
| 29 | GARDEN TOUR AGENCIA DE VIAGEM E TURISMO LTDA - ME ATTN: PRESIDENT OR GENERAL COUNSEL RUA MOTORISTA LUIZ ABREU 811 CASA 53 RIO DE JANEIRO, RJ 21645-420 BRAZIL | PRESIDENT OR GENERAL COUNSEL EMAIL - garden@gardenturismo.com.br PHONE - (21) 3414-9946 FAX - (21) 3385-4225 | Trade Payable | | | | $       157,032 |
| 30 | INTERNATIONAL SOS PTE LTD ATTN: VICKIE ROSE GLOBAL ACCOUNT DIRECTOR 8 CHANGI BUSINESS PARK AVENUE 1 UE BIZHUB EAST 486018 SINGAPORE | VICKIE ROSE EMAIL - victoria.rose@internationalsos.com PHONE - 215-942-8226 | Trade Payable | | | | $       153,312 |

Fill in this information to identify the case and this filing:

Debtor Name **Seadrill Limited**

United States Bankruptcy Court for the: Southern District of Texas

(State)

Case number (If known):

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property (Official Form 206A/B)*

☐ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐ *Schedule H: Codebtors (Official Form 206H)*

☐ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐ Amended Schedule

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☒ Other document that requires a declaration **List of Equity Security Holders and Corporate Ownership Statement**

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on | 02/10/2021 | ☒ */s/ Grant Creed* |
|---|---|---|
| | MM/ DD/YYYY | Signature of individual signing on behalf of debtor |
| | | **Grant Creed** |
| | | Printed name |
| | | **Authorized Signatory** |
| | | Position or relationship to debtor |

**Official Form 202** Declaration Under Penalty of Perjury for Non-Individual Debtors

**Seadrill Limited**

**(the "Company")**

**Minutes of a meeting of the board of directors (the "Governing Body") of the Company (the "Meeting") from 6:00pm Local Bermuda Time on February 10, 2021**

**Present:**        **Glen Ole Rødland**

                    **Gunnar Winther Eliassen**

                    **Bjarte Bøe**

                    **Herman R Flinder**

                    **Birgit Aagaard-Svendsen**

**In attendance:**

**Management:**  **Stuart Jackson**

                    **Sandra Redding**

                    **Grant Creed**

                    **Tyson De Souza**

                    **Abdallah Kalam**

                    **Sarah French**

**Advisors:**        **David Hilty (Houlihan Lokey, Inc.)**

                    **Drew Talarico (Houlihan Lokey, Inc.)**

                    **Anup Sathy (Kirkland & Ellis LLP)**

                    **Ross M. Kwasteniet Kirkland & Ellis LLP**

                    **Ellen Teresa Heyerdahl  (Advokatfirmaet Thommessen AS)**

                    **Philip Snell (Slaughter and May)**

I.      **NOTICE AND QUORUM**

**IT WAS RESOLVED THAT** Glen Ole Rødland be appointed Chairperson of the Meeting.

The Chairperson noted that the Meeting had been duly convened by proper notice and in accordance with the Company's governing documents and applicable law and that a quorum was present (which quorum was present, and maintained and voting throughout the Meeting).

II.     **DECLARATION OF INTERESTS**

The members of the Governing Body confirmed that they had no interest in the subject matter of the Meeting which had not already been duly disclosed to the Meeting as required by the Company's governing documents and applicable law.

III.    **BACKGROUND AND PURPOSE OF THE MEETING**

The Chairperson noted that the purpose of the meeting is for the Governing Body to consider and approve the filing of a voluntary petitions for relief for the Company and its subsidiaries under the provisions of chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (as amended, the "**Bankruptcy Code**"), and if applicable, local proceedings for the Company, pursuant to applicable law and in accordance with the requirements of the Company's governing documents and applicable law (the "**Restructuring Matters**").

In advance of the Meeting, the Governing Body received and considered the presentation entitled "Project Paratus: *Presentation to the Board of Seadrill Limited*" dated as of the date hereof and certain materials presented by the management of the Company and the Company's financial and legal advisors, including, but not limited to, materials regarding the liabilities and obligations of the Company and its subsidiaries, their liquidity, strategic alternatives available, and the effect of the foregoing on the Company and its subsidiaries' businesses and the Company and its subsidiaries' stakeholders.

IV.     **RESOLUTIONS**

The Governing Body, having reviewed and considered the materials presented by the management of the Company and the Company's financial and legal advisors, and having had adequate opportunity to consult such persons regarding the materials presented, obtain additional information, and to fully consider each of the strategic alternatives available to the Company, therefore **RESOLVED THAT**:

1.      **VOLUNTARY PETITIONS FOR RELIEF UNDER APPLICABLE BANKRUPTCY LAW AND SEEKING NECESSARY RELIEF**

A.      In the judgment of the Governing Body it is desirable and in the best interest of the Company, its interest holders, its creditors, and other parties in interest, that the Company file or cause to be filed voluntary petitions for relief (the "**Bankruptcy Petitions**") under the provisions of chapter 11 of the Bankruptcy Code for the Company and any of its subsidiaries (including, for the avoidance of doubt, any of the entities listed on **Schedule 1** attached hereto) any applicable foreign ancillary

2

proceedings for the Company on the date hereof or as soon as reasonably practicable thereafter; and, in accordance with the requirements in the Company's governing documents and applicable law, hereby consents to, authorizes and approves, the filing of the Bankruptcy Petitions and the foreign ancillary proceedings; and

B.   The Chief Executive Officer, Chief Restructuring Officer, General Counsel or other duly appointed senior executive officer of the Company (collectively, the "**Authorized Persons**") be, and hereby are, authorized and appointed to act as signatory and attorney on behalf of the Company in respect of the Restructuring Matters and/or any persons to whom such Authorized Persons and/or officers delegate certain responsibilities, be, and hereby are, authorized to execute (under the common seal of the Company, if appropriate) and file on behalf of the Company and its subsidiaries all petitions, schedules, lists, and other motions, papers, or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, but not limited to, issuing a press release and other public communication announcing the Bankruptcy Petitions and any other action necessary or proper to maintain the ordinary course operations of the Company's or any of its subsidiaries' businesses.

## 2.   BERMUDA ANCILLARY PROCEEDINGS

A.   In the judgment of the Governing Body it is desirable and in the best interest of the Company, its interest holders, its creditors, and other parties in interest, that the Company file or cause to be filed a winding-up petition in furtherance of the Restructuring Matters (the "**Bermuda Petition**") in the Supreme Court of Bermuda (the "**Bermuda Court**");

B.   Each Authorized Person be, and hereby is, authorized to file or cause to be filed with the Bermuda Court the Bermuda Petition;

C.   Each Authorized Person be, and hereby is, authorized, empowered and directed to, concurrent with the filing of the Bermuda Petition, make an application to appoint Roy Bailey, Simon Edel and Chris Maiato as joint provisional liquidators; and

D.   Each Authorized Person be, and hereby is, authorized and empowered to execute (under the Common Seal of the Company, if appropriate), deliver, and file or cause to be filed with the Bermuda Court, including through Conyers Dill & Pearman Limited, on behalf of the Company, all papers, motions, applications, schedules, and pleadings necessary or convenient to facilitate the Bermuda Petition and all other matters and proceedings, and any and all other documents, including affidavits and declarations, necessary or appropriate in connection with the Bermuda Petition, each in such form or forms as such Authorized Person may approve, such approval to be conclusively evidenced by said individual taking such action or the execution thereof.

## 3.   RETENTION OF PROFESSIONALS

A.   Each of the Authorized Persons, be, and hereby are, authorized, empowered and directed to employ: (i) the law firm of Kirkland & Ellis LLP as general bankruptcy counsel, (ii) the law firm of Jackson Walker L.L.P. as co-bankruptcy counsel**,** (iii) the law firm of Slaughter and May as co-corporate counsel, (iv) the law firm of Conyers Dill & Pearman Limited as co-corporate counsel, (v) the law firm of Advokatfirmaet Thommessen AS as co-corporate counsel, (vi) Houlihan Lokey, Inc. as financial advisor, (vii) Alvarez & Marsal North America, LLC as restructuring advisor, (viii) Prime Clerk LLC as notice and claims agent, and (ix) any other legal counsel, accountants, financial

3

advisors, restructuring advisors or other professionals the Authorized Persons deem necessary, appropriate or advisable; each to represent and assist the Company in carrying out its duties and responsibilities and exercising its rights under the Bankruptcy Code and any applicable law (including, but not limited to, the law firms filing any pleadings or responses); and in connection therewith, the Authorized Persons, be, and hereby are authorized, empowered and directed, in accordance with the terms and conditions hereof, to execute (under the common seal of the Company, if appropriate) appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain such services; and

B. Each of the Authorized Persons, be, and hereby are, authorized, empowered and directed to execute (under the common seal of the Company, if appropriate) and file all petitions, schedules, motions, lists, applications, pleadings, and other papers, and to perform such further actions and execute (under the common seal of the Company, if appropriate) such further documentation that the Authorized Persons in their absolute discretion deem necessary, appropriate or desirable in accordance with these resolutions.

**4. USE OF CASH COLLATERAL**

A. To the extent applicable to the Company, in the judgment of the Governing Body, it is desirable and in the best interest of the Company, its interest holders, its creditors, and other parties in interest, to obtain the benefits from the use of cash collateral (as such term is defined in section 363(a) of the Bankruptcy Code), which is security for certain of the Company's prepetition secured lenders under certain credit facilities by and among the Company, and the guarantors party thereto, the lenders party thereto (the "**Prepetition Secured Lenders**");

B. To the extent applicable to the Company, the Authorized Persons be, and hereby are, authorized, directed and empowered in the name of, and on behalf of, the Company to seek approval of the use of cash collateral pursuant to a cash collateral order in interim and final form (a "**Cash Collateral Order**"), and, to the extent applicable to the Company, any Authorized Person be, and hereby is, authorized, empowered, and directed to negotiate, execute (under the common seal of the Company, if appropriate), and deliver any and all agreements, instruments, or documents, by or on behalf of the Company, necessary or advisable to implement the Cash Collateral Order, including providing for adequate protection to the Prepetition Secured Lenders in accordance with section 363 of the Bankruptcy Code, as well as any additional or further agreements for the use of cash collateral in connection with the Company's chapter 11 cases, which agreement(s) may require the Company to grant adequate protection and security interests to the Prepetition Secured Lenders and each other agreement, instrument, or document to be executed and delivered in connection therewith, by or on behalf of the Company pursuant thereto or in connection therewith, all with such changes therein and additions thereto as any Authorized Person in his absolute discretion approves, such approval to be conclusively evidenced by the taking of such action or by the execution and delivery thereof;

C. Each of the Authorized Persons be, and hereby are, authorized, directed, and empowered in the name of, and on behalf of, the Company to execute (under the common seal of the Company, if appropriate) and deliver any amendments, supplements, modifications, renewals, replacements, consolidations, substitutions, and extensions of the Cash Collateral Order or to do such other things which shall in his/her absolute discretion be necessary, desirable, proper, or advisable to

give effect to the foregoing resolutions, which determination shall be conclusively evidenced by his or their execution thereof; and

**5.      FURTHER ACTIONS AND PRIOR ACTIONS**

A.   The Company is hereby authorized to authorize (and the Company hereby authorizes) any direct or indirect subsidiary of the Company or any entity of which the Company or any subsidiary of such Company is the sole member, general partner, managing member, or equivalent manager, as applicable, to take each of the actions described in these resolutions or any of the actions authorized in these resolutions, and none of the resolutions contained herein, or action taken in furtherance hereto, shall have or cause an adverse effect on any such subsidiary or the Company's interest therein (including without limitation, any automatic dissolution, divestiture, dissociation, or like event under applicable law);

B.   In addition to the specific authorizations heretofore conferred upon the Authorized Persons, the Authorized Persons, either individually or as otherwise required by the Company's governing documents and applicable law, be, and each of them hereby is, authorized to execute (under hand or under the common seal of the Company if appropriate), acknowledge, deliver, and file any and all agreements, certificates, instruments, powers of attorney, letters, forms, transfer, deeds and other documents on behalf of the Company relating to the Restructuring Matters;

C.   Each of the Authorized Persons (and their designees and delegates) be, and hereby is, authorized, empowered, and directed, in the name of and on behalf of the Company, to take or cause to be taken any all such other and further action, and to execute (under the common seal of the Company, if appropriate), acknowledge, deliver, and file any and all such agreements, petitions, schedules, motions, lists, applications, pleadings, and other papers, certificates, instruments, and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such Authorized Person's or Authorized Persons' absolute discretion, shall be necessary, appropriate, or desirable in order to fully carry out the intent and accomplish the purposes of the resolution adopted herein;

D.   The Governing Body has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as may be required by the governing documents of the Company, or hereby waives any right to have received such notice;

E.   All acts, actions, and transactions relating to the matters contemplated by the foregoing Resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing Resolutions except that such acts were taken before the adoption of these Resolutions, are hereby in all respects approved, confirmed and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement, or certificate had been specifically authorized in advance by resolution of the Governing Body; and

F.   Any Authorized Person be, and each of them hereby is, authorized to do all such other acts, deeds and other things as the Company itself may lawfully do, in accordance with its governing documents and applicable law, howsoever arising in connection with the matters above, or in furtherance of the intentions expressed in the foregoing resolutions, including, but not limited to, the negotiation, finalization, execution (under hand or common seal, whether or not expressed

to be a deed, as may be necessary or appropriate) and delivery of any other agreements, certificates, instruments, powers of attorney, letters, forms, transfer, deeds and other documents whatsoever as the individual acting may in his/her absolute and unfettered discretion approve, deem or determine necessary, appropriate or advisable, such approval, deeming or determination to be conclusively evidenced by said individual taking such action or the execution thereof.

V.   **FILING**

A.   The Chairperson instructed the Company Secretary (or another officer of the Company, as appropriate) to arrange all necessary filings and returns in consequence of the business transacted at the Meeting.

B.   The board reviewed and approved the tabled market notification and press release.

**C.**   The board reviewed and approved the post-filing communications plan recommended by management.

VI.   **CLOSE**

There being no further business, the Meeting closed.

[Signature pages follow]

## Schedule 1

## Seadrill Subsidiaries

| | |
|---|---|
| Seadrill Limited | Bermuda |
| Eastern Drilling AS | Norway |
| North Atlantic Alpha Ltd. | Bermuda |
| North Atlantic Elara Ltd. | Bermuda |
| North Atlantic Epsilon Ltd. | Bermuda |
| North Atlantic Linus Charterer Ltd. | Bermuda |
| North Atlantic Navigator Ltd. | Bermuda |
| North Atlantic Phoenix Ltd. | Bermuda |
| North Atlantic Venture Ltd. | Bermuda |
| Scorpion Courageous Ltd. | Bermuda |
| Scorpion Deepwater B.V. | Netherlands |
| Scorpion Deepwater Ltd. | Bermuda |
| Scorpion Drilling Ltd. | Bermuda |
| Scorpion Freedom Ltd. | Bermuda |
| Scorpion International Ltd. | Bermuda |
| Scorpion Nederlandse B.V. | Netherlands |
| Scorpion Offshore Inc. | United States |
| Scorpion Resolute Ltd. | Bermuda |
| Scorpion Rigs Ltd. | Bermuda |
| Scorpion Servicos Offshore Ltda. | Brazil |
| Scorpion USA Expats, Inc. | United States |
| Scorpion Vigilant Ltd. | Bermuda |
| SDS Drilling Ltd. | Bermuda |
| Sea Dragon de Mexico S de R.L. de CV | Mexico |
| Seadrill Abu Dhabi Operations Limited | Bermuda |
| Seadrill Americas, Inc. | United States |
| Seadrill Angola Lda. | Angola |
| Seadrill Ariel Ltd. | Liberia |
| Seadrill Australia Pte Ltd. | Singapore |
| Seadrill Brunei Ltd. | Bermuda |
| Seadrill Callisto Ltd. | Bermuda |
| Seadrill Carina Ltd. | Bermuda |
| Seadrill Castor Ltd. | Bermuda |
| Seadrill Castor Pte Ltd. | Singapore |
| Seadrill Common Holdings Ltd. | Bermuda |
| Seadrill Cressida Ltd. | Bermuda |
| Seadrill Deepwater Charterer Ltd. | Bermuda |
| Seadrill Deepwater Contracting Ltd. | Bermuda |
| Seadrill Deepwater Crewing Ltd. | Bermuda |
| Seadrill Deepwater Holdings Ltd. | Bermuda |
| Seadrill Deepwater Units Pte Ltd. | Singapore |
| Seadrill Eclipse Ltd. | Bermuda |

| | |
|---|---|
| Seadrill Eminence Ltd. | Bermuda |
| Seadrill Equatorial Guinea Ltd. | Bermuda |
| Seadrill Europe Management AS | Norway |
| Seadrill Far East Ltd. | Hong Kong |
| Seadrill Freedom Ltd. | Bermuda |
| Seadrill Gemini Ltd. | Bermuda |
| Seadrill Global Services Ltd. | Bermuda |
| Seadrill Gulf Operations Neptune LLC | United States |
| Seadrill Holdings Singapore Pte Ltd. | Singapore |
| Seadrill Indonesia Ltd. | Bermuda |
| Seadrill Insurance Ltd. | Bermuda |
| Seadrill International Resourcing DMCC | United Arab Emirates |
| Seadrill Investment Holding Company Limited | Bermuda |
| Seadrill Jack Up Holding Ltd. | Bermuda |
| Seadrill Jack Up I B.V. | Netherlands |
| Seadrill Jack Up II B.V. | Netherlands |
| Seadrill Jack-Ups Contracting Ltd. | Bermuda |
| Seadrill Jupiter Ltd. | Bermuda |
| Seadrill Labuan Ltd. | Malaysia |
| Seadrill Management (S) Pte Ltd. | Singapore |
| Seadrill Management AME Ltd. | Bermuda |
| Seadrill Management Ltd. | United Kingdom |
| Seadrill Mira Hungary Kft. | Hungary |
| Seadrill Mira Ltd. | Bermuda |
| Seadrill Neptune Hungary Kft. | Hungary |
| Seadrill Newfoundland Operations Ltd. | Canada |
| Seadrill Nigeria Operations Ltd. | Nigeria |
| Seadrill North Atlantic Holdings Limited ("New NADL") | Bermuda |
| Seadrill North Sea Crewing Ltd. | Bermuda |
| Seadrill Norway Crew AS | Norway |
| Seadrill Norway Operations Ltd. | Bermuda |
| Seadrill Offshore AS | Norway |
| Seadrill Offshore Malaysia Sdn. Bhd. | Malaysia |
| Seadrill Offshore Nigeria Ltd. | Nigeria |
| Seadrill Operations de Mexico S de RL de CV | Mexico |
| Seadrill Orion Ltd. | Bermuda |
| Seadrill Pegasus (S) Pte Ltd. | Singapore |
| Seadrill Prospero Ltd. | Bermuda |
| Seadrill Rig Holding Company Limited | Bermuda |
| Seadrill Saturn Ltd. | Bermuda |
| Seadrill Saudi I B.V. | Netherlands |
| Seadrill Saudi II B.V. | Netherlands |
| Seadrill Servicos de Petroleos Ltda. | Brazil |
| Seadrill Sevan Holdings Limited | Bermuda |
| Seadrill Telesto Ltd. | Bermuda |

KE 74212012.14

| Seadrill Tellus Ltd. | Bermuda |
|---|---|
| Seadrill Titania Sarl | Luxembourg |
| Seadrill Treasury UK Limited | United Kingdom |
| Seadrill Triton Ltd. | Bermuda |
| Seadrill Tucana Ltd. | Bermuda |
| Seadrill UK Ltd. | United Kingdom |
| Seadrill UK Operations Ltd. | United Kingdom |
| Seadrill UK Support Services Ltd. | United Kingdom |
| Sevan Brasil Ltd. | Bermuda |
| Sevan Developer Ltd. | Bermuda |
| Sevan Driller Ltd. | Bermuda |
| Sevan Drilling Limited | United Kingdom |
| Sevan Drilling North America LLC | United States |
| Sevan Drilling Pte Ltd. | Singapore |
| Sevan Drilling Rig II AS | Norway |
| Sevan Drilling Rig II Pte Ltd. | Singapore |
| Sevan Drilling Rig IX Pte Ltd. | Singapore |
| Sevan Drilling Rig V Pte Ltd. | Singapore |
| Sevan Louisiana Hungary Kft. | Hungary |
| Sevan Marine Servicos de Perfuracao Ltda | Brazil |
| Seadrill Titan Ltd. | Bermuda |
| Seadrill Proteus Ltd. | Bermuda |
| Seadrill Rhea Ltd. | Bermuda |
| Seadrill Tethys Ltd. | Bermuda |
| Seadrill Hyperion Ltd. | Bermuda |
| Seadrill Umbriel Ltd. | Bermuda |
| Seadrill Dione Ltd. | Bermuda |
| Seadrill Mimas Ltd. | Bermuda |

KE 74212012.14

# EXHIBIT B

01178730.1

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

ENTERED
02/11/2021

| | |
|---|---|
| In re:                                    ) | Chapter 11 |
| SEADRILL LIMITED,                          ) | Case No. 21-30427 (DRJ) |
| Debtor.                                    ) | |
| Tax I.D. No. N/A                           ) | |
| In re:                                     ) | Chapter 11 |
| ASIA OFFSHORE DRILLING LIMITED,            ) | Case No. 21-30385 (DRJ) |
| Debtor.                                    ) | |
| Tax I.D. No. N/A                           ) | |
| In re:                                     ) | Chapter 11 |
| ASIA OFFSHORE RIG 1 LIMITED,               ) | Case No. 21-30386 (DRJ) |
| Debtor.                                    ) | |
| Tax I.D. No. N/A                           ) | |
| In re:                                     ) | Chapter 11 |
| ASIA OFFSHORE RIG 2 LIMITED,               ) | Case No. 21-30387 (DRJ) |
| Debtor.                                    ) | |
| Tax I.D. No. N/A                           ) | |
| In re:                                     ) | Chapter 11 |
| ASIA OFFSHORE RIG 3 LIMITED,               ) | Case No. 21-30388 (DRJ) |
| Debtor.                                    ) | |
| Tax I.D. No. N/A                           ) | |

1

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| EASTERN DRILLING AS, | ) | Case No. 21-30437 (DRJ) |
|  | ) |  |
|       Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. N/A | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| NORTH ATLANTIC ALPHA LTD., | ) | Case No. 21-30443 (DRJ) |
|  | ) |  |
|       Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. N/A | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| NORTH ATLANTIC ELARA LTD., | ) | Case No. 21-30445 (DRJ) |
|  | ) |  |
|       Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. N/A | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| NORTH ATLANTIC EPSILON LTD., | ) | Case No. 21-30434(DRJ) |
|  | ) |  |
|       Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. N/A | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| NORTH ATLANTIC LINUS CHARTERER LTD., | ) | Case No. 21-30449 (DRJ) |
|  | ) |  |
|       Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. N/A | ) |  |

2

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTH ATLANTIC NAVIGATOR LTD., | ) | Case No. 21-30453 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NORTH ATLANTIC PHOENIX LTD., | ) | Case No. 21-30429 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| NORTH ATLANTIC VENTURE LTD., | ) | Case No. 21-30457 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SCORPION COURAGEOUS LTD., | ) | Case No. 21-30431 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SCORPION DEEPWATER B.V., | ) | Case No. 21-30438 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |

KE 70015648

3

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| SCORPION DEEPWATER LTD., | ) | Case No. 21-30450 (DRJ) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. N/A | ) |  |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| SCORPION DRILLING LTD., | ) | Case No. 21-30463 (DRJ) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. N/A | ) |  |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| SCORPION FREEDOM LTD., | ) | Case No. 21-30480 (DRJ) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. N/A | ) |  |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| SCORPION INTERNATIONAL LTD., | ) | Case No. 21-30492 (DRJ) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. N/A | ) |  |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| SCORPION NEDERLANDSE B.V., | ) | Case No. 21-30503 (DRJ) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. N/A | ) |  |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SCORPION OFFSHORE INC., | ) | Case No. 21-30518 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SCORPION RESOLUTE LTD., | ) | Case No. 21-30528 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SCORPION RIGS LTD., | ) | Case No. 21-30534 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SCORPION SERVICOS OFFSHORE LTDA., | ) | Case No. 21-30456 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SCORPION USA EXPATS, INC., | ) | Case No. 21-30461 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SCORPION VIGILANT LTD., | ) Case No. 21-30469 (DRJ) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. N/A | ) |
| In re: | ) Chapter 11 |
| | ) |
| SDS DRILLING LTD., | ) Case No. 21-30476 (DRJ) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. N/A | ) |
| In re: | ) Chapter 11 |
| | ) |
| SEA DRAGON DE MEXICO S DE R.L. DE CV, | ) Case No. 21-30485 (DRJ) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. N/A | ) |
| In re: | ) Chapter 11 |
| | ) |
| SEADRILL ABU DHABI OPERATIONS LIMITED, | ) Case No. 21-30493 (DRJ) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. N/A | ) |
| In re: | ) Chapter 11 |
| | ) |
| SEADRILL AMERICAS, INC., | ) Case No. 21-30425 (DRJ) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 20-8468993 | ) |

KE 70015648

6

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL ANGOLA LDA., | ) | Case No. 21-30500 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL ARIEL LTD., | ) | Case No. 21-30502 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL AUSTRALIA PTE LTD., | ) | Case No. 21-30510 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL BRUNEI LTD., | ) | Case No. 21-30477 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL CALLISTO LTD., | ) | Case No. 21-30481 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL CARINA LTD., | ) | Case No. 21-30487 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL CASTOR LTD., | ) | Case No. 21-30497 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL CASTOR PTE LTD., | ) | Case No. 21-30505 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL COMMON HOLDINGS LTD., | ) | Case No. 21-30509 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL CRESSIDA LTD., | ) | Case No. 21-30513 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SEADRILL DEEPWATER CHARTERER LTD., | ) Case No. 21-30517 (DRJ) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. N/A | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SEADRILL DEEPWATER CONTRACTING LTD., | ) Case No. 21-30525 (DRJ) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. N/A | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SEADRILL DEEPWATER CREWING LTD., | ) Case No. 21-30464 (DRJ) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. N/A | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SEADRILL DEEPWATER HOLDINGS LTD., | ) Case No. 21-30486 (DRJ) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. N/A | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SEADRILL DEEPWATER UNITS PTE LTD., | ) Case No. 21-30498 (DRJ) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. N/A | ) |

KE 70015648

9

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL DIONE LTD., | ) | Case No. 21-30506 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL ECLIPSE LTD., | ) | Case No. 21-30514 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL EMINENCE LTD., | ) | Case No. 21-30526 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL EQUATORIAL GUINEA LTD., | ) | Case No. 21-30530 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL EUROPE MANAGEMENT AS, | ) | Case No. 21-30536 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |

|                          |     |                          |
|--------------------------|-----|--------------------------|
| In re:                   | )   | Chapter 11               |
|                          | )   |                          |
| SEADRILL FAR EAST LTD.,  | )   | Case No. 21-30538 (DRJ)  |
|                          | )   |                          |
| Debtor.                  | )   |                          |
|                          | )   |                          |
| Tax I.D. No. N/A         | )   |                          |
|                          | )   |                          |
| In re:                   | )   | Chapter 11               |
|                          | )   |                          |
| SEADRILL FREEDOM LTD.,   | )   | Case No. 21-30432 (DRJ)  |
|                          | )   |                          |
| Debtor.                  | )   |                          |
|                          | )   |                          |
| Tax I.D. No. N/A         | )   |                          |
|                          | )   |                          |
| In re:                   | )   | Chapter 11               |
|                          | )   |                          |
| SEADRILL GCC OPERATIONS LTD., | ) | Case No. 21-30391 (DRJ) |
|                          | )   |                          |
| Debtor.                  | )   |                          |
|                          | )   |                          |
| Tax I.D. No. N/A         | )   |                          |
|                          | )   |                          |
| In re:                   | )   | Chapter 11               |
|                          | )   |                          |
| SEADRILL GEMINI LTD.,    | )   | Case No. 21-30436 (DRJ)  |
|                          | )   |                          |
| Debtor.                  | )   |                          |
|                          | )   |                          |
| Tax I.D. No. N/A         | )   |                          |
|                          | )   |                          |
| In re:                   | )   | Chapter 11               |
|                          | )   |                          |
| SEADRILL GLOBAL SERVICES LTD., | ) | Case No. 21-30442 (DRJ) |
|                          | )   |                          |
| Debtor.                  | )   |                          |
|                          | )   |                          |
| Tax I.D. No. N/A         | )   |                          |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL GULF OPERATIONS NEPTUNE LLC, | ) | Case No. 21-30444 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL HOLDINGS SINGAPORE PTE LTD., | ) | Case No. 21-30447 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL HYPERION LTD., | ) | Case No. 21-30468 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL INDONESIA LTD., | ) | Case No. 21-30452 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL INSURANCE LTD., | ) | Case No. 21-30455 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |

KE 70015648

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL INTERNATIONAL RESOURCING DMCC, | ) ) | Case No. 21-30462 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 98-1192555 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL INVESTMENT HOLDING COMPANY LIMITED, | ) ) | Case No. 21-30439 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL JACK UP HOLDING LTD., | ) | Case No. 21-30458 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL JACK UP I B.V., | ) | Case No. 21-30474 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL JACK UP II B.V., | ) | Case No. 21-30489 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SEADRILL JACK-UPS CONTRACTING LTD., | ) Case No. 21-30501 (DRJ) |
| | ) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. N/A | ) |
| In re: | ) Chapter 11 |
| | ) |
| SEADRILL JUPITER LTD., | ) Case No. 21-30515 (DRJ) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. N/A | ) |
| In re: | ) Chapter 11 |
| | ) |
| SEADRILL LABUAN LTD., | ) Case No. 21-30529 (DRJ) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. N/A | ) |
| In re: | ) Chapter 11 |
| | ) |
| SEADRILL MANAGEMENT (S) PTE LTD., | ) Case No. 21-30537 (DRJ) |
| | ) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. N/A | ) |
| In re: | ) Chapter 11 |
| | ) |
| SEADRILL MANAGEMENT AME LTD., | ) Case No. 21-30539 (DRJ) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. N/A | ) |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL MANAGEMENT LTD., | ) | Case No. 21-30433 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL MIMAS LTD., | ) | Case No. 21-30533 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL MIRA HUNGARY KFT., | ) | Case No. 21-30441 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL MIRA LTD., | ) | Case No. 21-30446 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL NEPTUNE HUNGARY KFT., | ) | Case No. 21-30451 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| SEADRILL NEWFOUNDLAND OPERATIONS LTD., | ) | Case No. 21-30507 (DRJ) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. N/A | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| SEADRILL NIGERIA OPERATIONS LTD., | ) | Case No. 21-30512 (DRJ) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. N/A | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| SEADRILL NORTH ATLANTIC HOLDINGS LIMITED, | ) | Case No. 21-30520 (DRJ) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. N/A | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| SEADRILL NORTH SEA CREWING LTD., | ) | Case No. 21-30523 (DRJ) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. N/A | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| SEADRILL NORWAY CREW AS, | ) | Case No. 21-30430 (DRJ) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. N/A | ) |  |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| SEADRILL NORWAY OPERATIONS LTD., | ) | Case No. 21-30435 (DRJ) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. N/A | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| SEADRILL OFFSHORE AS, | ) | Case No. 21-30440 (DRJ) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. N/A | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| SEADRILL OFFSHORE MALAYSIA SDN. BHD., | ) | Case No. 21-30448 (DRJ) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. N/A | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| SEADRILL OFFSHORE NIGERIA LTD., | ) | Case No. 21-30454 (DRJ) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. N/A | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| SEADRILL OPERATIONS DE MEXICO DE RL DE CV, | ) | Case No. 21-30460 (DRJ) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. N/A | ) |  |

17

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL ORION LTD., | ) | Case No. 21-30467 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL PEGASUS (S) PTE LTD., | ) | Case No. 21-30484 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL PROSPERO LTD., | ) | Case No. 21-30494 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL PROTEUS LTD., | ) | Case No. 21-30459 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL RHEA LTD., | ) | Case No. 21-30471 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |

18

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL RIG HOLDING COMPANY LIMITED, | ) | Case No. 21-30478 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL SATURN LTD., | ) | Case No. 21-30491 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL SAUDI I B.V., | ) | Case No. 21-30499 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL SAUDI II B.V., | ) | Case No. 21-30504 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL SERVICOS DE PETROLEOS LTDA., | ) | Case No. 21-30521 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |

19

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| SEADRILL SEVAN HOLDINGS LIMITED, | ) | Case No. 21-30527 (DRJ) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. N/A | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| SEADRILL TELESTO LTD., | ) | Case No. 21-30531 (DRJ) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. N/A | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| SEADRILL TELLUS LTD., | ) | Case No. 21-30470 (DRJ) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. N/A | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| SEADRILL TETHYS LTD., | ) | Case No. 21-30496 (DRJ) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. N/A | ) |  |
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| SEADRILL TITAN LTD., | ) | Case No. 21-30511 (DRJ) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
| Tax I.D. No. N/A | ) |  |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL TITANIA SARL, | ) | Case No. 21-30524 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL TREASURY UK LIMITED, | ) | Case No. 21-30532 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL TRITON LTD., | ) | Case No. 21-30535 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL TUCANA LTD., | ) | Case No. 21-30540 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL UK LTD., | ) | Case No. 21-30541 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL UK OPERATIONS LTD., | ) | Case No. 21-30542 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL UK SUPPORT SERVICES LTD., | ) | Case No. 21-30466 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL UMBRIEL LTD., | ) | Case No. 21-30473 (DRJ) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. N/A | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEVAN BRASIL LTD., | ) | Case No. 21-30479 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEVAN DEVELOPER LTD., | ) | Case No. 21-30483 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEVAN DRILLER LTD., | ) | Case No. 21-30488 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEVAN DRILLING LIMITED, | ) | Case No. 21-30495 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEVAN DRILLING NORTH AMERICA LLC, | ) | Case No. 21-30508 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 42-1775072 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEVAN DRILLING PTE LTD., | ) | Case No. 21-30519 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEVAN DRILLING RIG II AS, | ) | Case No. 21-30522 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |

23

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEVAN DRILLING RIG II PTE LTD., | ) | Case No. 21-30465 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEVAN DRILLING RIG IX PTE LTD., | ) | Case No. 21-30472 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEVAN DRILLING RIG V PTE LTD., | ) | Case No. 21-30475 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEVAN LOUISIANA HUNGARY KFT., | ) | Case No. 21-30482 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| SEVAN MARINE SERVICOS DE PERFURACAO LTDA, | ) | Case No. 21-30490 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. N/A | ) | |

24

## ORDER (I) DIRECTING JOINT ADMINISTRATION
## OF THE CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF

(Docket No. 2)

Upon the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), (a) directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only; and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 21-30427 (DRJ) with a

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

petition date of February 7, 2021, for the AOD Debtors, and February 10, 2021, for the Seadrill

Limited Debtors.  Additionally, the following checked items are ordered:

a. ☒ One disclosure statement and plan of reorganization may be filed for all of the cases by any plan proponent.

b. ☒ Parties may request joint hearings on matters pending in any of the jointly administered cases.

c. ☒ Other:  See below.

2. The caption of the jointly administered cases should read as follows:

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL LIMITED, *et al.*,[2] | ) | Case No. 21-30427 (DRJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

3. The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

4. A docket entry, substantially similar to the following, shall be entered on the dockets of each of the Debtors, other than Seadrill Limited, and any related Debtor affiliates that subsequently commence chapter 11 cases (which, for the avoidance of doubt, shall not include the debtors in the Seadrill Partners Cases or any affiliate that subsequently joins the Seadrill Partners Cases), to reflect the joint administration of these chapter 11 cases:

An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Bankruptcy Local Rules directing joint administration of the

---

[2] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at http://cases.primeclerk.com/SeadrillLimited.  The location of Debtor Seadrill Americas, Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 11025 Equity Drive, Suite 150, Houston, Texas 75201.

chapter 11 cases of: Seadrill Limited, Case No. 21-30427; Asia Offshore Drilling Limited, Case No. 21-30385; Asia Offshore Rig 1 Limited, Case No. 21-30386; Asia Offshore Rig 2 Limited, Case No. 21-30387; Asia Offshore Rig 3 Limited, Case No. 21-30388; Eastern Drilling AS, Case No. 21-30437; North Atlantic Alpha Ltd., Case No. 21-30443; North Atlantic Elara Ltd., Case No. 21-30445; North Atlantic Epsilon Ltd., Case No. 21-30434; North Atlantic Linus Charterer Ltd., Case No. 21-30449; North Atlantic Navigator Ltd., Case No. 21-30453; North Atlantic Phoenix Ltd., Case No. 21-30429; North Atlantic Venture Ltd., Case No. 21-30457; Scorpion Courageous Ltd., Case No. 21-30431; Scorpion Deepwater B.V., Case No. 21-30438; Scorpion Deepwater Ltd., Case No. 21-30450; Scorpion Drilling Ltd., Case No. 21-30463; Scorpion Freedom Ltd., Case No. 21-30480; Scorpion International Ltd., Case No. 21-30492; Scorpion Nederlandse B.V., Case No. 21-30503; Scorpion Offshore Inc., Case No. 21-30518; Scorpion Resolute Ltd., Case No. 21-30528; Scorpion Rigs Ltd., Case No. 21-30534; Scorpion Servicos Offshore Ltda, Case No. 21-30456; Scorpion USA Expats, Inc., Case No. 21-30461; Scorpion Vigilant Ltd., Case No. 21-30469; SDS Drilling Ltd., Case No. 21-30476; Sea Dragon de Mexico S de R.L. de CV, Case No. 21-30485; Seadrill Abu Dhabi Operations Limited, Case No. 21-30493; Seadrill Americas, Inc., Case No. 21-30425; Seadrill Angola LDA, Case No. 21-30500; Seadrill Ariel Ltd., Case No. 21-30502; Seadrill Australia Pte Ltd., Case No. 21-30510; Seadrill Brunei Ltd., Case No. 21-30477; Seadrill Callisto Ltd., Case No. 21-30481; Seadrill Carina Ltd., Case No. 21-30487; Seadrill Castor Ltd., Case No. 21-30497; Seadrill Castor Pte Ltd., Case No. 21-30505; Seadrill Common Holdings Ltd., Case No. 21-30509; Seadrill Cressida Ltd., Case No. 21-30513; Seadrill Deepwater Charterer Ltd., Case No. 21-30517; Seadrill Deepwater Contracting Ltd., Case No. 21-30525; Seadrill Deepwater Crewing Ltd., Case No. 21-30464; Seadrill Deepwater Holdings Ltd., Case No. 21-30486; Seadrill Deepwater Units Pte Ltd., Case No. 21-30498; Seadrill Dione Ltd. Case No. 21-30506; Seadrill Eclipse Ltd., Case No. 21-30514; Seadrill Eminence Ltd., Case No. 21-30526; Seadrill Equatorial Guinea Ltd., Case No. 21-30530; Seadrill Europe Management AS, Case No. 21-30536; Seadrill Far East Limited, Case No. 21-30538; Seadrill Freedom Ltd., Case No. 21-30432; Seadrill GCC Operations Ltd., Case No. 21-30391; Seadrill Gemini Ltd., Case No. 21-30436; Seadrill Global Services Ltd., Case No. 21-30442; Seadrill Gulf Operations Neptune LLC, Case No. 21-30444; Seadrill Holdings Singapore Pte Ltd., Case No. 21-30447; Seadrill Hyperion Ltd., Case No. 21-30468; Seadrill Indonesia Ltd., Case No. 21-30452; Seadrill Insurance Ltd., Case No. 21-30455; Seadrill International Resourcing DMCC, Case No. 21-30462; Seadrill Investment Holding Company Limited, Case No. 21-30439; Seadrill Jack Up Holding Ltd., Case No. 21-30458; Seadrill Jack Up I B.V., Case No. 21-30474; Seadrill Jack Up II B.V., Case No. 21-30489; Seadrill Jack-Ups Contracting Ltd., Case No. 21-30501; Seadrill Jupiter Ltd., Case No. 21-30515; Seadrill Labuan Ltd., Case No. 21-30529; Seadrill Management (S) Pte Ltd., Case No. 21-30537; Seadrill Management AME Ltd., Case No. 21-30539; Seadrill Management Ltd., Case No. 21-30433; Seadrill Mimas Ltd., Case No. 21-30533; Seadrill Mira Hungary Kft., Case No. 21-30441; Seadrill Mira Ltd., Case No. 21-30446; Seadrill Neptune Hungary Kft., Case No. 21-30451; Seadrill Newfoundland Operations Ltd., Case No. 21-30507; Seadrill Nigeria Operations Limited, Case No. 21-30512; Seadrill North Atlantic Holdings Limited, Case No. 21-30520; Seadrill North Sea Crewing Ltd., Case No. 21-30523; Seadrill Norway Crew AS, Case No. 21-30430; Seadrill Norway Operations Ltd., Case No. 21-30435; Seadrill Offshore AS, Case No. 21-30440; Seadrill Offshore Malaysia Sdn. Bhd., Case No. 21-30448; Seadrill Offshore Nigeria Limited, Case No. 21-30454; Seadrill Operations de Mexico S de R.L. de CV, Case No. 21-30460; Seadrill Orion Ltd., Case No. 21-30467; Seadrill Pegasus (S) Pte Ltd., Case No. 21-30484; Seadrill Prospero Ltd., Case No. 21-30494; Seadrill Proteus Ltd., Case No. 21-30459; Seadrill Rhea Ltd., Case No. 21-30471; Seadrill Rig Holding Company Limited, Case No. 21-30478; Seadrill Saturn Ltd., Case No. 21-30491; Seadrill Saudi I B.V., Case No. 21-30499; Seadrill Saudi II B.V., Case No. 21-30504; Seadrill Servicos de Petroleos Ltda., Case No. 21-30521; Seadrill Sevan Holdings Limited, Case No. 21-30527; Seadrill Telesto Ltd., Case No. 21-30531; Seadrill Tellus Ltd., Case No. 21-30470; Seadrill Tethys Ltd., Case No. 21-30496; Seadrill Titan Ltd., Case No. 21-30511; Seadrill Titania Sarl, Case No. 21-30524; Seadrill Treasury UK Limited, Case No. 21-30532; Seadrill Triton Ltd., Case No. 21-30535; Seadrill Tucana Ltd., Case No. 21-30540; Seadrill UK Ltd., Case No. 21-30541; Seadrill UK Operations Ltd., Case No. 21-30542; Seadrill UK Support Services Ltd., Case No. 21-30466; Seadrill Umbriel Ltd., Case No. 21-30473; Sevan Brasil Ltd., Case No. 21-30479; Sevan Developer Ltd., Case No. 21-30483; Sevan Driller Ltd.,

Case No. 21-30488; Sevan Drilling Limited, Case No. 21-30495; Sevan Drilling North America LLC, Case No. 21-30508; Sevan Drilling Pte Ltd., Case No. 21-30519; Sevan Drilling Rig II AS, Case No. 21-30522; Sevan Drilling Rig II Pte Ltd., Case No. 21-30465; Sevan Drilling Rig IX Pte Ltd., Case No. 21-30472; Sevan Drilling Rig V Pte Ltd., Case No. 21-30475; Sevan Louisiana Hungary Kft., Case No. 21-30482; Sevan Marine Servicos de Perfuracao Ltda, Case No. 21-30490. **All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 21-30427 (DRJ).**

5.      The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the Southern District of Texas shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

6.      Any party in interest may request joint hearings on matters pending in any of these chapter 11 cases.

7.      Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

8.      The Debtors shall be permitted to file their monthly operating reports and post-effective date quarterly operating reports required by the United States Trustee's *Region 7 Guidelines for Debtors-in-Possession* on a consolidating basis; *provided* that disbursements will be listed on a Debtor-by-Debtor basis.

9.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

10.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Signed:  February 11, 2021.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**